Teitler & Teitler
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL1451)
1114 Avenue of the Americas
New York, NY 10036
(212) 997-4400
Attorneys For Plaintiff One Communications Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

One Communications Corp., as successor in )
interest to CTC Communications Group, Inc. )
and CTC Communications Acquisition )
Corp., )
                      Plaintiff, )
       - v. - )

JP Morgan SBIC LLC, Sixty Wall Street )
SBIC Fund, L.P., The Megunticook Fund II, )
L.P., The Megunticook Side Fund II, L.P., )
Kevin O'Hare, Jeffrey Koester, Mellon )
Investor Services LLC as nominal defendant )
as escrow agent and Verizon New England )
Inc. as defendant on a declaratory judgment )
claim, )
                     Defendants. )

Civil Action No. _____

**RULE 7.1**
**DISCLOSURE STATEMENT**

'07 CV 3905

JUDGE SWAIN

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Plaintiff, One Communications Corp., as successor in interest to CTC Communications Group, Inc. and CTC Acquisition Corp. (private non-governmental parties), certifies that no publicly held corporation owns 10% or more of the

capital stock of One Communications Corp., or any of its affiliates and/or subsidiaries.

Dated: New York, NY
       May 18, 2007

                              TEITLER & TEITLER

                              By _____
                                  John M. Teitler (JT-3111)
                                  Nicholas W. Lobenthal (NL-1451)

                              1114 Avenue of the Americas
                              New York, NY 10036
                              Telephone (212) 997-4400
                              Attorneys for Plaintiff
                              One Communications Corp.