UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONE COMMUNICATIONS CORP., as successor in interest to CTC Communications Group, Inc. and CTC Communications Acquisition Corp.,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br><br>JP MORGAN SBIC LLC, SIXTY WALL STREET SBIC FUND, L.P., THE MEGUNTICOOK FUND II, L.P., THE MEGUNTICOOK SIDE FUND, II, L.P., KEVIN O'HARE, JEFFERY KOESTER, MELLON INVESTOR SERVICES, LLC, as nominal defendant as escrow agent, and VERIZON NEW ENGLAND INC. as defendant on a declaratory judgment claim,<br><br>　　　　　　　　　　Defendants. | 07-CV-3905 (LTS)<br><br>(Document Electronically Filed) |

**RULE 7.1 DISCLOSURE STATEMENT OF VERIZON NEW ENGLAND INC.**

Defendant Verizon New England Inc. files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1, and hereby declares that it is a wholly owned subsidiary of Verizon Communications Inc., a publicly held corporation. Verizon Communications Inc. does not have a parent company, and no publicly held company has a ten percent or greater interest in it.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　By:　　*/s/ Joseph S. Hall*
　　　　　　　　　　　　　　Joseph S. Hall
　　　　　　　　　　　　　　KELLOGG, HUBER, HANSEN,
　　　　　　　　　　　　　　　TODD, EVANS & FIGEL, P.L.L.C.
　　　　　　　　　　　　　　1615 M Street, N.W., Suite 400
　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　(202) 326-7900

　　　　　　　　　　　　　　*Attorneys for Verizon New England Inc.*