<div align="center">

KELLOGG, HUBER, HANSEN, TODD, EVANS & FIGEL, P.L.L.C.

SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3209

---

(202) 326-7900

FACSIMILE:
(202) 326-7999

</div>

June 11, 2007

**VIA ECF and FIRST CLASS MAIL**

The Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
   United States Courthouse
500 Pearl Street, Room 755
New York, New York  10007

Re:   *One Communications Corp. v. JP Morgan SBIC LLC*, et. al.,
       No. 07-Civ-3905 (LTS) (AP)

Dear Judge Swain,

     I write on behalf of defendant Verizon New England Inc. ("Verizon New England") to respectfully request an extension of time to answer or otherwise respond to the complaint until September 15, 2007.  Verizon New England was served with a summons and complaint in this matter on May 22, 2007, and hence is currently due to respond on June 11, 2007.  As set forth in the attached Stipulation, counsel for plaintiff One Communications Corp. consents to this request for an extension, which is the first such request by Verizon New England in this matter.

<div style="margin-left:50%">

Sincerely,

/s/

Joseph S. Hall

</div>

cc:     Service List (attached)

## SERVICE LIST

JP Morgan SBIC LLC
c/o J.P. Morgan Partners, LLC
270 Park Avenue
New York, New York 10017

Sixty Wall Street SBIC Fund, L.P.
270 Park Avenue
New York, New York 10017

The Megunticook Fund II, L.P.
143 Newbury Street
Boston, Massachusetts 02116

The Megunticook Side Fund II, L.P.
143 Newbury Street
Boston, Massachusetts 02116

Kevin O'Hare
48 Steeplechase Drive
Doylestown, Pennsylvania 18901

Jeffrey Koester
32 Haskell Lane
Marlborough, Massachusetts 01752

Mellon Investor Services LLC
480 Washington Boulevard
Jersey City, New Jersey 07310

TEITLER & TEITLER
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL-1451)
1114 Avenue of the Americas
New York, NY 10036
(212) 997-4400

Attorneys for Plaintiff One Communications Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONE COMMUNICATIONS CORP., as successor in interest to CTC Communications Group, Inc. and CTC Communications Acquisition Corp.,<br><br>                       Plaintiff,<br>vs.<br><br>JP MORGAN SBIC LLC, SIXTY WALL STREET SBIC FUND, L.P., THE MEGUNTICOOK FUND II, L.P., THE MEGUNTICOOK SIDE FUND, II, L.P., KEVIN O'HARE, JEFFERY KOESTER, MELLON INVESTOR SERVICES, LLC, as nominal defendant as escrow agent, and VERIZON NEW ENGLAND INC. as defendant on a declaratory judgment claim,<br><br>                       Defendants. | 07-CV-3905 (LTS)<br><br>(Document Electronically Filed) |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties by their respective counsel as follows:

      1.    The time period for Defendant Verizon New England Inc. to answer, move, or otherwise respond to the Complaint shall be extended to September 15, 2007.

2. The time period for Plaintiff to respond to the answer, motion or other response to the Complaint of Defendant Verizon New England Inc. shall be extended to November 15, 2007.

Dated: June 11, 2007

By: *[signature]*

TEITLER & TEITLER

John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL-1451)

1114 Avenue of the Americas
New York, NY 10036
Telephone (212) 997-4400
Facsimile (212) 997-4949

Of Counsel:

Mark S. Resnick, Esq.
Fee, Rosse P.C.
Old City Hall
45 School Street
Boston, MA 02108

*Attorneys for Plaintiff*
*One Communications Corp.*

KELLOGG, HUBER, HANSEN,
   TODD, EVANS & FIGEL, P.L.L.C.

By: *[signature]*

Joseph S. Hall (JH-4612)

1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

*Attorneys for Verizon New England Inc.*