AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
Southern District of New York

**SUMMONS IN A CIVIL CASE**

One Communications Corp., as successor in
interest to CTC Communications Group, Inc.
and CTC Communications Acquisition Corp.,

Plaintiff,

V.

JP Morgan SBIC LLC, Sixty Wall Street SBIC
Fund, L.P., The Megunticook Fund II, L.P.,
The Megunticook Side Fund II, L.P.,
Kevin O'Hare, Jeffrey Koester, Mellon Investor
Services LLC as nominal defendant as escrow
agent and Verizon New England Inc. as defendant
on a declaratory judgment claim,

Defendants.

CASE NUMBER: **07 CIV 3905**

**JUDGE SWAIN**

TO: (Name and address of Defendant)

**See attached list of defendants.**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**TEITLER & TEITLER**
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL-1451)
1114 Avenue of the Americas
New York, NY 10036
(212) 997-4400

an answer to the complaint which is served upon you with this summons, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve upon the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK *[signature]*

MAY 1 8 2007
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99



**Middlesex Sheriff's Office** • Civil Process Division, P.O. Box 827, Framingham, MA 01701 • (508) 872-3110

*Middlesex, ss.*                                                                                    June 4, 2007

I hereby certify and return that on 5/30/2007 at 6:29PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to JEFFREY KOESTER at , 32 HASKELL Lane, MARLBORO, MA 01752. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.60), Postage and Handling ($1.00), Travel ($10.88) Total Charges $50.48

_____
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                   Signature of Server

                                          _____
                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

## LIST OF DEFENDANTS

JP Morgan SBIC LLC
C/o J.P. Morgan Partners, LLC
270 Park Avenue
New York, NY 10017
New York County

Sixty Wall Street SBIC Fund, L.P.
270 Park Avenue
New York, NY 10017
New York County

The Megunticook Fund II, L.P.
143 Newbury Street
Boston, MA 02116
Suffolk County

The Megunticook Side Fund II, L.P.
143 Newbury Street
Boston, MA 02116
Suffolk County

Kevin O'Hare
48 Steeplechase Drive
Doylestown, PA 18901
Bucks County

Jeffrey Koester
32 Haskell Lane
Marlborough, Massachusetts 01752
Middlesex County

Verizon New England Inc.
185 Franklin Street
Boston, MA 02110
Suffolk County

Mellon Investor Services LLC
480 Washington Boulevard
Jersey City, NJ 07310
Hudson County