*Swain, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

One Communications Corp., as successor in interest to CTC Communications Group, Inc. and CTC Communications Acquisition Corp.,

Plaintiff,

-v.-

JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund, L.P., The Megunticook Fund II, L.P., The Megunticook Side Fund II, L.P., Kevin O'Hare, Jeffrey Koester, Mellon Investor Services LLC as nominal defendant as escrow agent and Verizon New England Inc. as defendant on a declaratory judgment claim,

Defendants.

---


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 2 2007

Civil Action No. 07 Civ. 3905
(Judge Laura T. Swain)
(Magistrate Judge Peck)

### STIPULATION AND ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiff One Communications Corp., as successors in interest to CTC Communications Group, Inc. and CTC Communications Acquisition Corp. ("Plaintiff") and Defendant Mellon Investor Services LLC ("Mellon") as follows:

1. The time period for Mellon to answer, move or otherwise respond to the Complaint shall be extended to September 15, 2007.

3. The time period for Plaintiff to respond to the answer, motion or other response to the Complaint of Mellon shall be extended to November 15, 2007.

Dated: New York, New York
June 11, 2007

TEITLER & TEITLER

By: /s/ Nicholas Lobenthal
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL-1451)
1114 Avenue of the Americas
New York, NY 10036
Telephone (212) 997-4400

Of Counsel:

Mark S. Resnick, Esq.
Fee Rosse P.C.
Old City Hall
45 School Street
Boston, MA 02108

Attorneys for Plaintiff
One Communications Corp.

KELLEY DRYE & WARREN LLP

By: /s/ Nicholas J. Panarella
Nicholas J. Panarella (NP-2890)
101 Park Avenue
New York, NY 10178
Telephone (212) 808-7800

Attorneys for Defendant
Mellon Investor Services LLC

SO ORDERED:

/s/ Laura T. Swain
Laura T. Swain
United States District Court Judge