AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## Southern District of New York

**SUMMONS IN A CIVIL CASE**

One Communications Corp., as successor in
interest to CTC Communications Group, Inc.
and CTC Communications Acquisition Corp.,

Plaintiff,

V.

CASE NUMBER: **'07 CIV 3905**

JP Morgan SBIC LLC, Sixty Wall Street SBIC
Fund, L.P., The Megunticook Fund II, L.P.,
The Megunticook Side Fund II, L.P.,
Kevin O'Hare, Jeffrey Koester, Mellon Investor
Services LLC as nominal defendant as escrow
agent and Verizon New England Inc. as defendant
on a declaratory judgment claim,

Defendants.

**JUDGE SWAIN**

TO: (Name and address of Defendant)

**See attached list of defendants.**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**TEITLER & TEITLER**
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL-1451)
1114 Avenue of the Americas
New York, NY 10036
(212) 997-4400

an answer to the complaint which is served upon you with this summons, within _____20_____ days
after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint. Any answer that you serve
upon the parties to this action must be filed with the Clerk of this Court within a reasonable period of time
after service.

J. MICHAEL McMAHON

_____
CLERK

DATE _____ MAY 1 8 2007 _____

_____
(BY) DEPUTY CLERK

## LIST OF DEFENDANTS

JP Morgan SBIC LLC
C/o J.P. Morgan Partners, LLC
270 Park Avenue
New York, NY 10017
New York County

Sixty Wall Street SBIC Fund, L.P.
270 Park Avenue
New York, NY 10017
New York County

The Megunticook Fund II, L.P.
143 Newbury Street
Boston, MA 02116
Suffolk County

The Megunticook Side Fund II, L.P.
143 Newbury Street
Boston, MA 02116
Suffolk County

Kevin O'Hare
48 Steeplechase Drive
Doylestown, PA 18901
Bucks County

Jeffrey Koester
32 Haskell Lane
Marlborough, Massachusetts 01752
Middlesex County

Verizon New England Inc.
185 Franklin Street
Boston, MA 02110
Suffolk County

Mellon Investor Services LLC
480 Washington Boulevard
Jersey City, NJ 07310
Hudson County

## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  07 CIV 3905                                    Purchased/Filed: May 18, 2007

STATE OF NEW YORK          UNITED STATES DISTRICT COURT                    SOUTHERN COUNTY

One Communications Corp., as Successor in interest to CTC Communications Group, Inc., et ano.        Plaintiff

against

JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund, L.P., The Megunticcok Fund II, L.P., et al.        Defendant

STATE OF NEW YORK
COUNTY OF ALBANY          SS.:

_____ Jessica Miller _____ , being duly sworn, deposes and says: deponent is over

the age of eighteen (18) years; that on _____ May 23, 2007 _____ , at __11:45am__ , at the office of the

Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Case, Complaint, Rule 7.1 Disclosure Statement, Civil Cover Sheet, Individual Practices of Judge Laura Taylor Swain, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, and Individual Practices of Magistrate Judge Andrew J. Peck Bearing the above Index # and Filing Date on

_____ The Megunticook Side Fund II, L.P. _____ , the

Defendant in this action, by delivering to and leaving with _____ Donna Christie _____ ,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the

Office of the Secretary of State of the State of New York, __1__ true copies thereof and that at the time

of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service

was made pursuant to Section __121-109 Revised Limited Partnership Act__ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office

of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said

defendant.  A copy of this Affidavit and a copy of the papers have been sent to the defendant via Registered

Mail 7778 4256 4275 5000 0720 to The Corporation Trust Company, Corporation Trust Center 1209 Orange Street, Wilmington DE 19801, 7778 4256 4275 5000 0713 to 143 Newbury Street, Boston MA 02116 and 7778 4256 4275 5000 0706 to c/ Thomas N. Matlack, 137 Newbury st., Second Floor, Boston MA 02116.

Description of the person served:  Approx. Age:__38__    Approx. Wt:__140__    Approx. Ht:__5'6__

Color of skin:__White__    Hair color:__Blonde__    Sex:__Female__    Other:_____

Sworn to before me on this

__25th__  day of _____ May 2007 _____

*(signature)* Deborah A Bottisi (Berlin)

DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

*(signature)* Jessica Miller

Jessica Miller

Invoice•Work Order # 0611816

State of New York - Department of State
Receipt for Service

Receipt #: 200705240084                    Cash #: 200705240072
Date of Service: 05/23/2007              Fee Paid: $40 - DRAWDOWN
Service Company: 05 ATTORNEY'S PROCESS & RESEARCH SERVICES -

Service was directed to be made pursuant to:  SECTION 121-109 OF THE REVISED
   LIMITED PARTNERSHIP ACT

Party Served:    THE MEGUNTICOOK SIDE FUND II, L.P.

Plaintiff/Petitioner:
        ONE COMMUNICATIONS CORP.

Service of Process Address:

                                         Secretary of State
                                         By DONNA CHRISTIE

| Registered No. | | Date Stamp |
|---|---|---|
| **Reg. Fee** 9. $8.50 | | |
| **Handling Charge** $0.00 | **Return Receipt** 2. $2.15 | |
| **Postage** 2. $3.6? | **Restricted Delivery** $0.00 | 05/25/07 |
| **Received by** | | |

To Be Completed By Post Office

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. *(See Reverse).*

OFFICIAL USE

**FROM**

APKS
PO Box 10077
Albany, NY 12201

**TO**

International Oak Side Fund I, L P
c/o The Corporation Trust Company
Corporation Trust Center 1209 Orange Street
Wilmington, DE 1980)

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806**, **Receipt for Registered Mail**    Copy 1 - Customer
May 2004 (7530-02-000-9051)    *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

Date Stamp

| | | | |
|---|---|---|---|
| Reg. Fee $9.50 | | | 0206 |
| Handling Charge $0.00 | Return Receipt $1.75 | | 04 |
| Postage $2.07 | Restricted Delivery $0.00 | | 05/25/07 |
| Received by | | | |

FORT ORANGE U.S.P.

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse)

To Be Completed By Post Office

| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance |
| | ☒ Without Postal Insurance |

OFFICIAL USE

**FROM**
APRS
PO Box 10277
Albany, NY 12201

**TO**
Thornton Wandicook Side Fund, II, LP
143 Newbury St.
Boston MA 02016

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

PS Form **3806**,   **Receipt for Registered Mail**      *Copy 1 - Customer*
May 2004 (7530-02-000-9051)                  *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

| Reg. Fee | 9.50 $9.50 | | | Date Stamp |
|---|---|---|---|---|
| Handling Charge | $0.00 | Return Receipt | 2. $1.85 | |
| Postage | 2.67 $2.67 | Restricted Delivery | $0.00 | |
| Received by | | | | |

FORT ORANGE USPO
0206 MAY 25 2007
05/25/07

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse)

OFFICIAL USE

FROM: APRS
PO Box 1627
Albany, NY 12201

TO: The Westminster Meriwethercook Side Fund II, L P
c/o Thomas N. Matlack
37 Newbury St, Second Floor
Boston MA 00116

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

United States District Court                     County of Southern District of NY

One Communications Corp., Successor in interest to CTC Communications Group, Inc. et ano.

vs

JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund, L.P., The Megunticook Fund II, L.P., et al.

Index Number: 07 CIV 3905
Filed On: 5/18/2007

SUPPLEMENTAL AFFIDAVIT OF SERVICE/MAILING

Jessica Miller, being duly sworn, says:

I am over the age of 18 years and am not a party to this action. On the **25th** of **May**, 2007 I sent on behalf of the Plaintiff herein a copy of the **Summons in a Civil Case, Complaint, Rule 7.1 Disclosure Statement, Civil Cover Sheet, Individual Practices of Judge Laura Taylor Swain, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing and Individual Practices of Magistrate Judge Andrew J. Peck Bearing the above Index # and Filing Date** together with notice of the service upon the Secretary of State thereof to **The Megunticook Side Fund II, L.P.**, the Defendant herein, by registered mail via United States Postal Service (Registered Mail No. **7778 4256 4275 5000 0720, 7778 4256 4275 0706, 7778 4256 4275 5000 0713**) in a securely sealed envelope with sufficient postage thereon with return receipt requested addressed to:

**Delaware: The Corporation Trust Company, Corporation Trust Center 1209 Orange Street, Wilmington DE 19801**

**Massachusetts: c/o Thomas N. Matlack, 137 Newbury St. Second Floor, Boston MA 02116**

**Massachusetts: 143 Newbury St., Boston MA 02116**

ATTACHED HERETO AND MADE A PART HEREOF IS THE
☑     SIGNED RETURN RECEIPT FROM THE DEFENDANT
☐     RETURNED MAIL
☐          UNCLAIMED
☐          RETURNED TO SENDER
☐          UNDELIVERABLE AS ADDRESSED

Sworn to before me this
7th day of June, 2007

Deborah A Bottisi (seal)
Deborah A. Bottisi
Notary Public, State of New York
No. 01BO6036756
Qualified In Albany County
Commission Expires February 7, 20__

Jessica Miller
Jessica Miller

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

7778 4256 4275 5000 0720

| | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| | Received by (Please Print Clearly): JOSEPH TABIRI | B. Date of Delivery: 5/31/07 |

C. Signature

X _____  ☑ Agent
                              ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

---

**3.** Service Type   **REGISTERED MAIL**

**4.** Restricted Delivery? *(Extra Fee)*   [   ] Yes

**1.** Article Addressed to:

0611816-B
The Megunticook Side Fund II, L.P.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

**Reference Information**

MAY
31
2007

---

PS Form 3811, July 2001                    Domestic Return Receipt

7778 4256 4275 5000 0706

| A. Received by (Please Print Clearly) | B. Date of Delivery |
|---|---|
| VAUGHAN | 5-31-07 |

C. Signature

X  VAUGHAN  [signature]

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?    ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type    **REGISTERED MAIL**

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes

1. Article Addressed to:

0611816
The Megunticook Side Fund II, L.P.
c/o Thomas N. Matlack
137 Newbury St.
Second Floor
Boston, MA 02116

Reference Information

PS Form 3811, July 2001                    Domestic Return Receipt

7778 4256 4275 5000 0713

A. Received by (Please Print Clearly)   B. Date of Delivery

VAUGHAN    5-31-07

C. Signature

X _CMVaell_                      ☐ Agent
                                 ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type   **REGISTERED MAIL**

4. Restricted Delivery? (Extra Fee)    ☐ Yes

1. Article Addressed to:

0611816-A
The Megunticook Side Fund II, L.P.
143 Newbury St.
Boston , MA 02116

Reference Information

PS Form 3811, July 2001          Domestic Return Receipt