AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
Southern District of New York

**SUMMONS IN A CIVIL CASE**

One Communications Corp., as successor in
interest to CTC Communications Group, Inc.
and CTC Communications Acquisition Corp.,

          Plaintiff,

V.

CASE NUMBER: **'07 CIV 3905**

JP Morgan SBIC LLC, Sixty Wall Street SBIC
Fund, L.P., The Megunticook Fund II, L.P.,
The Megunticook Side Fund II, L.P.,
Kevin O'Hare, Jeffrey Koester, Mellon Investor
Services LLC as nominal defendant as escrow
agent and Verizon New England Inc. as defendant
on a declaratory judgment claim,

**JUDGE SWAIN**

          Defendants.

TO: (Name and address of Defendant)

**See attached list of defendants.**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    **TEITLER & TEITLER**
    John M. Teitler (JT-3111)
    Nicholas W. Lobenthal (NL-1451)
    1114 Avenue of the Americas
    New York, NY 10036
    (212) 997-4400

an answer to the complaint which is served upon you with this summons, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve upon the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

*[signature]*
(BY) DEPUTY CLERK

MAY 1 8 2007
DATE

## LIST OF DEFENDANTS

JP Morgan SBIC LLC
C/o J.P. Morgan Partners, LLC
270 Park Avenue
New York, NY 10017
New York County

Sixty Wall Street SBIC Fund, L.P.
270 Park Avenue
New York, NY 10017
New York County

The Megunticook Fund II, L.P.
143 Newbury Street
Boston, MA 02116
Suffolk County

The Megunticook Side Fund II, L.P.
143 Newbury Street
Boston, MA 02116
Suffolk County

Kevin O'Hare
48 Steeplechase Drive
Doylestown, PA 18901
Bucks County

Jeffrey Koester
32 Haskell Lane
Marlborough, Massachusetts 01752
Middlesex County

Verizon New England Inc.
185 Franklin Street
Boston, MA 02110
Suffolk County

Mellon Investor Services LLC
480 Washington Boulevard
Jersey City, NJ 07310
Hudson County



# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 CIV 3905                                       Purchased/Filed: May 18, 2007
STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN COUNTY

---

One Communications Corp., as Successor in interest to CTC Communications Group, Inc., et ano.    Plaintiff

against

JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund, L.P., The Megunticcok Fund II, L.P., et al.    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY    SS.:

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on May 24, 2007, at 11:45am, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Case, Complaint, Rule 7.1 Disclosure Statement, Civil Cover Sheet, Individual Practices of Judge Laura Taylor Swain, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, and Individual Practices of Magistrate Judge Andrew J. Peck Bearing the above Index # and Filing Date on

JP Morgan SBIC LLC, the Defendant in this action, by delivering to and leaving with Carol Vogt, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 1 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section 304 Limited Liability Company Law.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant. A copy of this Affidavit and a copy of the papers have been sent to the defendant via Registered Mail 7778 4256 4275 5000 0768 to 1211 Avenue of Americas, New York NY 10020.

Description of the person served: Approx. Age: 46    Approx. Wt: 110 lbs.    Approx. Ht: 5' 1"
Color of skin: White    Hair color: Brown    Sex: Female    Other: glasses

Sworn to before me on this

29th day of May 2007

Deborah A Bottisti (Berlin)
DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

Jessica Miller

Invoice·Work Order # 0611817

State of New York - Department of State
Receipt for Service

Receipt #: 200705240195                          Cash #: 200705240183
Date of Service: 05/24/2007                      Fee Paid: $40 - DRAWDOWN
Service Company: 05 ATTORNEY'S PROCESS & RESEARCH SERVICES -

Service was directed to be made pursuant to: SECTION 304 OF THE LIMITED LIABILITY COMPANY LAW

Party Served: JP MORGAN SBIC LLC

Plaintiff/Petitioner:
    ONE COMMUNICATIONS CORP.

Service of Process Address:

Secretary of State
By CAROL VOGT

| Registered No. | | | Date Stamp |
|---|---|---|---|
| 7770423042 | | | |
| Reg. Fee $9.50 | | | 0206 |
| Handling Charge $0.00 | Return Receipt $2.15 | | 09 |
| Postage $2.84 | Restricted Delivery $0.00 | | 05/29/07 |
| Received by | | | |

Customer Must Declare Full Value $ $0.00

☐ With Postal Insurance
☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
A1220RS
PO Box 10277
Albany, NY 12201

TO:
JP Morgan SBIC LLC
1211 Avenue of Americas
New York, NY 10020

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

United States District Court          County of Southern District of NY

**One Communications Corp., Successor in interest to CTC Communications Group, Inc. et ano.**

vs

**JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund, L.P., The Megunticook Fund II, L.P., et al.**

Index Number: **07 CIV 3905**
Filed On: **5/18/2007**

## SUPPLEMENTAL AFFIDAVIT OF SERVICE/MAILING

**Jessica Miller**, being duly sworn, says:

I am over the age of 18 years and am not a party to this action. On the **29th of May, 2007** I sent on behalf of the Plaintiff herein a copy of the **Summons in a Civil Case, Complaint, Rule 7.1 Disclosure Statement, Civil Cover Sheet, Individual Practices of Judge Laura Taylor Swain, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing and Individual Practices of Magistrate Judge Andrew J. Peck Bearing the above Index # and Filing Date** together with notice of the service upon the Secretary of State thereof to **JP Morgan SBIC LLC**, the Defendant herein, by registered mail via United States Postal Service (Registered Mail No. **7778 4256 4275 5000 0768**) in a securely sealed envelope with sufficient postage thereon with return receipt requested addressed to:

**1211 Avenue of Americas, New York NY 10020**

ATTACHED HERETO AND MADE A PART HEREOF IS THE
☑ SIGNED RETURN RECEIPT FROM THE DEFENDANT
☐ RETURNED MAIL
☐       UNCLAIMED
☐       RETURNED TO SENDER
☐       UNDELIVERABLE AS ADDRESSED

Sworn to before me this
7th day of June, 2007

Deborah A. Bottisti                           Jessica Miller
Notary Public, State of New York
No. 01BO6036756
Qualified In Albany County
Commission Expires February 7, 20 10

7778 4256 4275 5000 0768

| | |
|---|---|
| A. Received by (Please Print Clearly) | B. Date of Delivery |
| TYB ARIVES | 6/1/07 |

C. Signature

X *[signature]*  ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type  **REGISTERED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

   0611817
   JP Morgan SBIC LLC
   1211 Avenue of Americas
   New York, NY 10020

Reference Information

PS Form 3811, July 2001        Domestic Return Receipt

**TEITLER & TEITLER**
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL1451)
1114 Avenue of the Americas
New York, NY 10036
(212) 997-4400
Attorneys for Plaintiff One Communications Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————
                                                            )
One Communications Corp., as successor in )
interest to CTC Communications Group, Inc. )
and CTC Communications Acquisition       )
Corp.,                                                    )
                                                            )
                Plaintiff,                          )
                                                            )
          - v. -                                )
                                                            )
JP Morgan SBIC LLC, Sixty Wall Street     )      O7 CV 3905 (LTS)
SBIC Fund, L.P., The Megunticook Fund II, )
L.P., The Megunticook Side Fund II, L.P.,   )      AFFIDAVIT OF SERVICE
Kevin O'Hare, Jeffrey Koester, Mellon        )
Investor Services LLC as nominal defendant )
as escrow agent and Verizon New England  )
Inc. as defendant on a declaratory judgment )
claim,                                                     )
                                                            )
                Defendants.                    )
                                                            )
                                                            )
———————————————————————

```
STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )
```

        I, Charles F. Mon, being duly sworn, depose and say: I am not a party to this action, am over the age of 18 and reside at 108-24 71st Avenue, Forest Hills, NY 11375. I am a licensed process server license No. 0921878.

On May 22, 2007, at approximately 12:16 P.M., I served the within SUMMONS, COMPLAINT, RULE 7.1 DISCLOSURE STATEMENT, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE LAURA SWAIN, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING AND INDIVIDUAL PRACTICES OF MAGISTRATE PECK on JP Morgan SBIC LLC, One Chase Manhattan Plaza, New York, NY 10081, by delivering a true copy thereof to Doreen Bertone, Legal Specialist III, Legal Department. Ms. Bertone is a Caucasian female, approx. 45 years old, 5'3", 150 lbs., with brown hair.

_____
Charles F. Mon

Sworn to before me this
23rd day of May, 2007

_____
NOTARY PUBLIC

LAUREN PRUZAN GAYNOR
Notary Public, State of New York
No. 02GA6045759
Qualified in New York County
Commission Expires July 31, 2010

2