AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
Southern District of New York

**SUMMONS IN A CIVIL CASE**

One Communications Corp., as successor in
interest to CTC Communications Group, Inc.
and CTC Communications Acquisition Corp.,

          Plaintiff,

V.

CASE NUMBER: '07 CIV 3905

JP Morgan SBIC LLC, Sixty Wall Street SBIC
Fund, L.P., The Megunticook Fund II, L.P.,
The Megunticook Side Fund II, L.P.,
Kevin O'Hare, Jeffrey Koester, Mellon Investor
Services LLC as nominal defendant as escrow
agent and Verizon New England Inc. as defendant
on a declaratory judgment claim,

JUDGE SWAIN

          Defendants.

TO: (Name and address of Defendant)

**See attached list of defendants.**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    **TEITLER & TEITLER**
    John M. Teitler (JT-3111)
    Nicholas W. Lobenthal (NL-1451)
    1114 Avenue of the Americas
    New York, NY 10036
    (212) 997-4400

an answer to the complaint which is served upon you with this summons, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve upon the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                  MAY 1 8 2007
CLERK                                                            DATE

*/s/ Marcos Quintero*

(BY) DEPUTY CLERK

## LIST OF DEFENDANTS

JP Morgan SBIC LLC
C/o J.P. Morgan Partners, LLC
270 Park Avenue
New York, NY 10017
New York County

Sixty Wall Street SBIC Fund, L.P.
270 Park Avenue
New York, NY 10017
New York County

The Megunticook Fund II, L.P.
143 Newbury Street
Boston, MA 02116
Suffolk County

The Megunticook Side Fund II, L.P.
143 Newbury Street
Boston, MA 02116
Suffolk County

Kevin O'Hare
48 Steeplechase Drive
Doylestown, PA 18901
Bucks County

Jeffrey Koester
32 Haskell Lane
Marlborough, Massachusetts 01752
Middlesex County

Verizon New England Inc.
185 Franklin Street
Boston, MA 02110
Suffolk County

Mellon Investor Services LLC
480 Washington Boulevard
Jersey City, NJ 07310
Hudson County

**TEITLER & TEITLER**
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL1451)
1114 Avenue of the Americas
New York, NY 10036
(212) 997-4400
Attorneys for Plaintiff One Communications Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
                                              )
One Communications Corp., as successor in     )
interest to CTC Communications Group, Inc.    )
and CTC Communications Acquisition            )
Corp.,                                        )
                                              )
              Plaintiff,                      )
                                              )
       - v. -                                 )
                                              )
JP Morgan SBIC LLC, Sixty Wall Street         )    O7 CV 3905 (LTS)
SBIC Fund, L.P., The Megunticook Fund II,     )
L.P., The Megunticook Side Fund II, L.P.,     )    AFFIDAVIT OF SERVICE
Kevin O'Hare, Jeffrey Koester, Mellon         )
Investor Services LLC as nominal defendant    )
as escrow agent and Verizon New England       )
Inc. as defendant on a declaratory judgment   )
claim,                                        )
                                              )
              Defendants.                     )
                                              )
                                              )
_____)


STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NEW YORK   )

        I, Charles F. Mon, being duly sworn, depose and say:
I am not a party to this action, am over the age of 18 and reside
at 108-24 71st Avenue, Forest Hills, NY 11375. I am a licensed
process server license No. 0921878.

On May 22, 2007, at approximately 1:30 P.M., I served the within SUMMONS, COMPLAINT, RULE 7.1 DISCLOSURE STATEMENT, CIVIL COVER SHEET, INDIVIDUAL PRACTICES OF JUDGE LAURA SWAIN, 3RD AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL, PROCEDURES FOR ELECTRONIC CASE FILING, GUIDELINES FOR ELECTRONIC CASE FILING AND INDIVIDUAL PRACTICES OF MAGISTRATE PECK on Mellon Investor Services LLC, c/o CT Corporation System, 111 Eighth Avenue, New York, NY 10011, by delivering a true copy thereof to Paula Kash, Senior Process Specialist. Ms. Kash is a Caucasian female, approx. 55 years old, 5'0", 115 lbs., with blond hair.

                                                    Charles F. Mon

Sworn to before me this
23rd day of May, 2007

_____
NOTARY PUBLIC

LAUREN PRUZAN GAYNOR
Notary Public, State of New York
No. 02GA6045759
Qualified in New York County
Commission Expires July 31, 2010