AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
Southern District of New York

**SUMMONS IN A CIVIL CASE**

One Communications Corp., as successor in
interest to CTC Communications Group, Inc.
and CTC Communications Acquisition Corp.,

Plaintiff,

V.

JP Morgan SBIC LLC, Sixty Wall Street SBIC
Fund, L.P., The Megunticook Fund II, L.P.,
The Megunticook Side Fund II, L.P.,
Kevin O'Hare, Jeffrey Koester, Mellon Investor
Services LLC as nominal defendant as escrow
agent and Verizon New England Inc. as defendant
on a declaratory judgment claim,

Defendants.

CASE NUMBER: **07 CIV 3905**

**JUDGE SWAIN**

TO: (Name and address of Defendant)

**See attached list of defendants.**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**TEITLER & TEITLER**
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL-1451)
1114 Avenue of the Americas
New York, NY 10036
(212) 997-4400

an answer to the complaint which is served upon you with this summons, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve upon the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

*[signature]*
(BY) DEPUTY CLERK

DATE  MAY 1 8 2007

## LIST OF DEFENDANTS

JP Morgan SBIC LLC
C/o J.P. Morgan Partners, LLC
270 Park Avenue
New York, NY 10017
New York County

Sixty Wall Street SBIC Fund, L.P.
270 Park Avenue
New York, NY 10017
New York County

The Megunticook Fund II, L.P.
143 Newbury Street
Boston, MA 02116
Suffolk County

The Megunticook Side Fund II, L.P.
143 Newbury Street
Boston, MA 02116
Suffolk County

Kevin O'Hare
48 Steeplechase Drive
Doylestown, PA 18901
Bucks County

Jeffrey Koester
32 Haskell Lane
Marlborough, Massachusetts 01752
Middlesex County

Verizon New England Inc.
185 Franklin Street
Boston, MA 02110
Suffolk County

Mellon Investor Services LLC
480 Washington Boulevard
Jersey City, NJ 07310
Hudson County

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 CIV 3905     Purchased/Filed: May 18, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT     SOUTHERN COUNTY

One Communications Corp., as Successor in interest to CTC Communications Group, Inc., et ano.     Plaintiff

against

JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund, L.P., The Megunticcok Fund II, L.P., et al.     Defendant

STATE OF NEW YORK
COUNTY OF ALBANY     SS.:

Jessica Miller, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on May 23, 2007, at 11:45am, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Case, Complaint, Rule 7.1 Disclosure Statement, Civil Cover Sheet, Individual Practices of Judge Laura Taylor Swain, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, and Individual Practices of Magistrate Judge Andrew J. Peck Bearing the above Index # and Filing Date on The Megunticook Fund II, L.P., the Defendant in this action, by delivering to and leaving with Donna Christie, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 1 true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of 40.00 dollars; That said service was made pursuant to Section 121-109 Revised Limited Partnership Act.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant. A copy of this Affidavit and a copy of the papers have been sent to the defendant via Registered Mail 7778 4256 4275 5000 0645 to 137 Newbury St, Second Floor, Boston MA 02116, 7778 4256 4275 5000 0652 to 143 Newbury St, Boston MA 02216 and 7778 4256 4275 5000 0669 to The Corporation Trust Company, Corporation Trust Center 1209 Orange Street, Wilmington DE 19801.

Description of the person served:  Approx. Age: 38   Approx. Wt: 140   Approx. Ht: 5'6
Color of skin: White   Hair color: Blonde   Sex: Female   Other:

Sworn to before me on this

25th day of May 2007

DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

Jessica Miller

Invoice•Work Order # 0611814

State of New York - Department of State
Receipt for Service

Receipt #: 200705240087          Cash #: 200705240074
Date of Service: 05/23/2007      Fee Paid: $40 - DRAWDOWN
Service Company: 05 ATTORNEY'S PROCESS & RESEARCH SERVICES -

Service was directed to be made pursuant to: SECTION 121-109 OF THE REVISED LIMITED PARTNERSHIP ACT

Party Served: THE MEGUNTICOOK FUND II, L.P.

Plaintiff/Petitioner:
    ONE COMMUNICATIONS CORP.

Service of Process Address:

                                            Secretary of State
                                            By  DONNA CHRISTIE

| Registered No. | | Date Stamp |
|---|---|---|
| Reg. Fee $9.50 | | |
| Handling Charge $0.00 | Return Receipt $2.15 | |
| Postage $2.27 | Restricted Delivery $0.00 | 05/25/07 |
| Received by | | |
| Customer Must Declare Full Value $ $0.00 | ☐ With Postal Insurance<br>☒ Without Postal Insurance | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse) |

OFFICIAL USE

FROM: APRS.
PO Box 10277
Albany, NY 12201

TO: ~~Wilmington~~ Meeticook Fund II, L.P.
c/o The Corporation Trust Company
Corporation Trust Center 1209 Orange St
Wilmington DE 19801

PS Form 3806, **Receipt for Registered Mail**  Copy 1 - Customer
May 2004 (7530-02-000-9051)                  (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

| Registered No. | | | Date Stamp |
|---|---|---|---|
| 7776 4256 4225 6000 0062 | | | |
| Reg. Fee $9.50 | Return Receipt $2.15 | | |
| Handling Charge $0.00 | | | 9206 FORT ORANGE |
| Postage $2.67 | Restricted Delivery $0.00 | | 05/25/07 MAY 25 |
| Received by | | | |

Customer Must Declare Full Value $ $0.00 ☐ With Postal Insurance ☒ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM: APRS
PO Box 10277
Albany, NY 12201

TO: Tonton Meauticoot Fund II, L.P.
143 Newbury Street
Boston, MA 02116

PS Form 3806, Receipt for Registered Mail       Copy 1 - Customer
May 2004 (7530-02-000-9051)                    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

Registered No. 7778 425... 0645

| | | |
|---|---|---|
| Reg. Fee | $9.650 | |
| Handling Charge | $0.00 | |
| Return Receipt | $2.15 | |
| Postage | $2.67 | |
| Restricted Delivery | $0.00 | |
| Received by | | |

Date Stamp: 0206 FORT ORANGE MAY 05/25/07

Customer Must Declare Full Value $ $0.00
☐ With Postal Insurance
☒ Without Postal Insurance

Domestic insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse).

OFFICIAL USE

FROM:
APRS
PO Box 10277
Albany, NY 12201

TO:
Thorton Meonaticook Fund II, L.P
c/o Thomas N. Matlack
137 Newbury St., Second Floor
Boston, MA 02116

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

United States District Court     County of Southern District of NY

One Communications Corp., Successor in interest to CTC Communications Group, Inc. et ano.

vs

JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund, L.P., The Megunticook Fund II, L.P., et al.

Index Number: 07 CIV 3905
Filed On: 5/18/2007

## SUPPLEMENTAL AFFIDAVIT OF SERVICE/MAILING

**Jessica Miller**, being duly sworn, says:

I am over the age of 18 years and am not a party to this action. On the **25th of May, 2007** I sent on behalf of the Plaintiff herein a copy of the **Summons in a Civil Case, Complaint, Rule 7.1 Disclosure Statement, Civil Cover Sheet, Individual Practices of Judge Laura Taylor Swain, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing and Individual Practices of Magistrate Judge Andrew J. Peck Bearing the above Index # and Filing Date** together with notice of the service upon the Secretary of State thereof to **The Megunticook Fund II, L.P.**, the Defendant herein, by registered mail via United States Postal Service (Registered Mail No. **7778 4256 4275 5000 0720, 7778 4256 4275 0706, 7778 4256 4275 5000 0713**) in a securely sealed envelope with sufficient postage thereon with return receipt requested addressed to:

**Delaware: The Corporation Trust Company, Corporation Trust Center 1209 Orange Street, Wilmington DE 19801**

**Massachusetts: c/o Thomas N. Matlack, 137 Newbury St. Second Floor, Boston MA 02116**

**Massachusetts: 143 Newbury St., Boston MA 02116**

ATTACHED HERETO AND MADE A PART HEREOF IS THE
☒    SIGNED RETURN RECEIPT FROM THE DEFENDANT
☐    RETURNED MAIL
☐        UNCLAIMED
☐        RETURNED TO SENDER
☐        UNDELIVERABLE AS ADDRESSED

Sworn to before me this
7th day of June, 2007

Deborah A. Bottisti
Notary Public, State of New York
No. 01BO6036756
Qualified In Albany County
Commission Expires February 7, 2010

Jessica Miller

7778 4256 4275 5000 0652

3. Service Type  **REGISTERED MAIL**

4. Restricted Delivery? *(Extra Fee)*  ☐ Yes

1. Article Addressed to:

0611814-A
The Megunticook Fund II, L.P.
143 Newbury Street
Boston, MA 02116

A. Received by *(Please Print Clearly)*
VAUGHAN

B. Date of Delivery
5-31-07

C. Signature
X *[signature]*
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

**Reference Information**

PS Form 3811, July 2001   Domestic Return Receipt

7778 4256 4275 5000 0645

| | |
|---|---|
| 3. Service Type **REGISTERED MAIL** | |
| 4. Restricted Delivery? *(Extra Fee)* | Yes |

1. Article Addressed to:

0611814
The Megunticook Fund II, L.P.
c/o Thomas N. Matlack
137 Newbury St.
Second Floor
Boston, MA 02116

C. Signature: VAUGHAN

B. Date of Delivery: 5-31-07

X (signature)

☐ Agent
☐ Addressee

D. Is delivery address different from item 1?
If YES, enter delivery address below:
☐ Yes
☐ No

Reference Information

PS Form 3811, July 2001     Domestic Return Receipt

7778 4256 4275 5000 0669

A. Received by (Please Print Clearly): JOSEPH TABIRI
B. Date of Delivery: 5/31/07
C. Signature: X [signature] ☑ Agent ☐ Address
D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type  **REGISTERED MAIL**
4. Restricted Delivery? *(Extra Fee)*  ☐ Yes
1. Article Addressed to:
   0611814-B
   The Megunticook Fund II, L.P.
   The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

Reference Information

MAY 31 2007

PS Form 3811, July 2001          Domestic Return Receipt