AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
Southern District of New York

**SUMMONS IN A CIVIL CASE**

One Communications Corp., as successor in
interest to CTC Communications Group, Inc.
and CTC Communications Acquisition Corp.,

Plaintiff,

V.

CASE NUMBER: **'07 CIV 3905**

JP Morgan SBIC LLC, Sixty Wall Street SBIC
Fund, L.P., The Megunticook Fund II, L.P.,
The Megunticook Side Fund II, L.P.,
Kevin O'Hare, Jeffrey Koester, Mellon Investor
Services LLC as nominal defendant as escrow
agent and Verizon New England Inc. as defendant
on a declaratory judgment claim,

**JUDGE SWAIN**

Defendants.

TO: (Name and address of Defendant)

**See attached list of defendants.**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**TEITLER & TEITLER**
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL-1451)
1114 Avenue of the Americas
New York, NY 10036
(212) 997-4400

an answer to the complaint which is served upon you with this summons, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve upon the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DATE    MAY 1 8 2007

(BY) DEPUTY CLERK

## LIST OF DEFENDANTS

JP Morgan SBIC LLC
C/o J.P. Morgan Partners, LLC
270 Park Avenue
New York, NY 10017
New York County

Sixty Wall Street SBIC Fund, L.P.
270 Park Avenue
New York, NY 10017
New York County

The Megunticook Fund II, L.P.
143 Newbury Street
Boston, MA 02116
Suffolk County

The Megunticook Side Fund II, L.P.
143 Newbury Street
Boston, MA 02116
Suffolk County

Kevin O'Hare
48 Steeplechase Drive
Doylestown, PA 18901
Bucks County

Jeffrey Koester
32 Haskell Lane
Marlborough, Massachusetts 01752
Middlesex County

Verizon New England Inc.
185 Franklin Street
Boston, MA 02110
Suffolk County

Mellon Investor Services LLC
480 Washington Boulevard
Jersey City, NJ 07310
Hudson County

# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07 CIV 3905                                                                         Purchased/Filed: May 18, 2007

STATE OF NEW YORK     UNITED STATES DISTRICT COURT                  SOUTHERN COUNTY

---

One Communications Corp., as Successor in interest to CTC Communications Group, Inc., et ano.    Plaintiff

against

JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund, L.P., The Megunticcok Fund II, L.P., et al.     Defendant

STATE OF NEW YORK
COUNTY OF ALBANY         SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __May 24, 2007__, at __11:45am__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Case, Complaint, Rule 7.1 Disclosure Statement, Civil Cover Sheet, Individual Practices of Judge Laura Taylor Swain, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing, and Individual Practices of Magistrate Judge Andrew J. Peck Bearing the above Index # and Filing Date on

__J.P. Morgan Investment LLC s/h/a JP Morgan SBIC LLC__, the Defendant in this action, by delivering to and leaving with __Carol Vogt__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __1__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40.00__ dollars; That said service was made pursuant to Section __304 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant. A copy of this Affidavit and a copy of the papers have been sent to the defendant via Registered Mail 7778 4256 4275 5000 0775 to 1211 Avenue of Americas, New York NY 10020 and 7778 4256 4275 5000 0782 to The Corporation Trust Company, Corporation Trust Center 1209 Orange Street, Wilmington DE 19801.

Description of the person served: Approx. Age: __46__   Approx. Wt: __110 lbs.__   Approx. Ht: __5' 1"__
Color of skin: __White__   Hair color: __Brown__   Sex: __Female__   Other: glasses

Sworn to before me on this

__29th__ day of __May 2007__

_Deborah A Bottisti (signature)_
DEBORAH A BOTTISTI
NOTARY PUBLIC, State of New York
No 01BO6036756, Qualified in Albany County
Commission Expires February 7, 2010

_Jessica Miller (signature)_
Jessica Miller

Invoice•Work Order # 0611862

```
                    State of New York - Department of State
                               Receipt for Service


Receipt #:  200705240198                            Cash #: 200705240186
Date of Service:  05/24/2007                        Fee Paid: $40 - DRAWDOWN
Service Company:  05 ATTORNEY'S PROCESS & RESEARCH SERVICES -

Service was directed to be made pursuant to:  SECTION 304 OF THE LIMITED
    LIABILITY COMPANY LAW

Party Served:  J.P. MORGAN INVESTMENT LLC


Plaintiff/Petitioner:
          ONE COMMUNICATIONS CORP.



Service of Process Address:


,
                                                    Secretary of State
                                                    By   CAROL VOGT
```

| | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee | 9 $9.50 | | | 0206 |
| Handling Charge | $0.00 | Return Receipt | 2 $2.15 | 09 |
| Postage | 2 $2.84 | Restricted Delivery | $0.00 | 05/29/07 |
| Received by | | | | |
| Customer Must Declare Full Value $ $0.00 | | ☐ With Postal Insurance  ☒ Without Postal Insurance | | Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM:
APRS
PO Box 10277
Albany, NY 12201

TO:
JPMorgan Investment LLC
1211 Avenue of Americas
New York, NY 10020

PS Form **3806**, **Receipt for Registered Mail**   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at *www.usps.com* ®

| | | | | Date Stamp |
|---|---|---|---|---|
| Reg. Fee | 9 $5.50 | | | 0206 |
| Handling Charge | $0.00 | Return Receipt | 2 $2.15 | 09 |
| Postage | 2 $... | Restricted Delivery | $0.00 | 05/29/07 |
| Received by | | | | |
| Customer Must Declare Full Value $ $0.00 | | ☐ With Postal Insurance  ☒ Without Postal Insurance | | Domestic Insurance up to $25,000 is included in the fee. International Indemnity is limited. (See Reverse). |

OFFICIAL USE

FROM:
APRS
PO Box 1037
Albany, NY 12201

TO:
Wilmington DE 19801 Investment LLC
c/o The Corporation Trust Company
Corporation Trust Center, 1209 Orange St
Wilmington DE 19801

PS Form 3806, Receipt for Registered Mail    Copy 1 - Customer
May 2004 (7530-02-000-9051)    (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com ®

United States District Court  County of **Southern District of NY**

**One Communications Corp., Successor in interest to CTC Communications Group, Inc. et ano.**

vs

**JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund, L.P., The Megunticook Fund II, L.P., et al.**

Index Number: **07 CIV 3905**
Filed On: **5/18/2007**

SUPPLEMENTAL AFFIDAVIT OF SERVICE/MAILING

**Jessica Miller**, being duly sworn, says:

I am over the age of 18 years and am not a party to this action. On the **29th** of **May, 2007** I sent on behalf of the Plaintiff herein a copy of the **Summons in a Civil Case, Complaint, Rule 7.1 Disclosure Statement, Civil Cover Sheet, Individual Practices of Judge Laura Taylor Swain, 3rd Amended Instructions for Filing an Electronic Case or Appeal, Procedures for Electronic Case Filing, Guidelines for Electronic Case Filing and Individual Practices of Magistrate Judge Andrew J. Peck Bearing the above Index # and Filing Date** together with notice of the service upon the Secretary of State thereof to **J.P. Morgan Investment LLC s/h/a JP Morgan SBIC LLC**, the Defendant herein, by registered mail via United States Postal Service (Registered Mail No. **7778 4256 4275 5000 0775 and 7778 4256 4275 5000 0782**) in a securely sealed envelope with sufficient postage thereon with return receipt requested addressed to:

New York: **1211 Avenue of Americas, New York NY 10020**

Delaware: **The Corporation Trust Company, Corporation Trust Company 1209 Orange Street, Wilmington DE 19801**

ATTACHED HERETO AND MADE A PART HEREOF IS THE
☑ SIGNED RETURN RECEIPT FROM THE DEFENDANT
☐ RETURNED MAIL
☐     UNCLAIMED
☐     RETURNED TO SENDER
☐     UNDELIVERABLE AS ADDRESSED

Sworn to before me this
7th day of June, 2007

Deborah A. Bottisti
Notary Public, State of New York
No. 01BO6036756
Qualified In Albany County
Commission Expires February 7, 20 10

Jessica Miller

**7778 4256 4275 5000 0775**

| | |
|---|---|
| Received by (Please Print Clearly) | B. Date of Delivery |
| DBARNES | 6/11/0 |

C. Signature

X  *[signature: DBaure]*   ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type   **REGISTERED MAIL**

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

1. Article Addressed to:

   0611862
   J.P. Morgan Investment LLC
   1211 Avenue of Americas
   New York, NY 10020

Reference Information

PS Form 3811, July 2001     Domestic Return Receipt

Case 1:07-cv-03905-LTS   Document 21   Filed 06/13/2007   Page 8 of 9

7778 4256 4275 5000 0775

7778 4256 4275 5000 0782

| A. Received by (Please Print Clearly) | B. Date of Delivery |
|---|---|
| JOSEPH TABIRI | 6/4/07 |

C. Signature

X _(signature)_  ☑ Agent  ☐ Address

D. Is delivery address different from item 1? ☐ Yes ☐ No
   If YES, enter delivery address below:

3. Service Type **REGISTERED MAIL**

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

1. Article Addressed to:

0611862-A
J.P. Morgan Investment LLC
c/o The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

Reference Information

PS Form 3811, July 2001        Domestic Return Receipt