TEITLER & TEITLER
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL-1451)
1114 Avenue of the Americas
New York, NY 10036
(212) 997-4400

Attorneys for Plaintiff One Communications Corp.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 18 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONE COMMUNICATIONS CORP., as successor in interest to CTC Communications Group, Inc. and CTC Communications Acquisition Corp.,<br><br>       Plaintiff,<br>vs.<br><br>JP MORGAN SBIC LLC, SIXTY WALL STREET SBIC FUND, L.P., THE MEGUNTICOOK FUND II, L.P., THE MEGUNTICOOK SIDE FUND, II, L.P., KEVIN O'HARE, JEFFERY KOESTER, MELLON INVESTOR SERVICES, LLC, as nominal defendant as escrow agent, and VERIZON NEW ENGLAND INC. as defendant on a declaratory judgment claim,<br><br>       Defendants. | 07-CV-3905 (LTS)<br><br>(Document Electronically Filed) |

STIPULATION AND ORDER

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties by their respective counsel as follows:

  1.  The time period for Defendant Verizon New England Inc. to answer, move, or otherwise respond to the Complaint shall be extended to September 15, 2007.

2. The time period for Plaintiff to respond to the answer, motion or other response to the Complaint of Defendant Verizon New England Inc. shall be extended to November 15, 2007.

Dated: June 11, 2007

By: *[signature]*
TEITLER & TEITLER

John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL-1451)

1114 Avenue of the Americas
New York, NY 10036
Telephone (212) 997-4400
Facsimile (212) 997-4949

Of Counsel:

Mark S. Resnick, Esq.
Fee, Rosse P.C.
Old City Hall
45 School Street
Boston, MA 02108

*Attorneys for Plaintiff*
*One Communications Corp.*

**SO ORDERED.**

*[signature]* 6/15/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

KELLOGG, HUBER, HANSEN,
 TODD, EVANS & FIGEL, P.L.L.C.

By: *[signature]*
Joseph S. Hall (JH 4612)

1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900

*Attorneys for Verizon New England Inc.*