Swain T

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 8 2007

TEITLER & TEITLER
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL-1451)
1114 Avenue of the Americas
New York, NY 10036
(212) 997-4400

Attorneys for Plaintiff One Communications Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

One Communications Corp., as successor in )
interest to CTC Communications Group, Inc. )
and CTC Communications Acquisition )
Corp., )
               Plaintiff, )
               - v. - )
JP Morgan SBIC LLC, Sixty Wall Street )
SBIC Fund, L.P., The Megunticook Fund II, )
L.P., The Megunticook Side Fund II, L.P., )
Kevin O'Hare, Jeffrey Koester, Mellon )
Investor Services LLC as nominal defendant )
as escrow agent and Verizon New England )
Inc. as defendant on a declaratory judgment )
claim, )
              Defendants. )

Civil Action No. 07 Civ 3905
(Judge Swain)
(Magistrate Judge Peck)

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties by their respective counsel as follows:

    1.    The time period for Defendants JP Morgan SBIC LLC and Sixty Wall Street SBIC Fund, L.P., to answer, move or otherwise respond to the Complaint shall be

extended to ~~August~~ September 15, 2007.

3. The time period for Plaintiff to respond to the answer, motion or other response to the Complaint of Defendants JP Morgan SBIC LLC and Sixty Wall Street SBIC Fund, L.P., shall be extended to ~~October~~ November 15, 2007.

Dated: New York, NY
June 8, 2007

                    TEITLER & TEITLER

                    By _____
                    John M. Teitler (JT-3111)
                    Nicholas W. Lobenthal (NL-1451)

1114 Avenue of the Americas
New York, NY 10036
Telephone (212) 997-4400
Facsimile (212) 997-4949

Of Counsel:

Mark S. Resnick, Esq.
Fee, Rosse P.C.
Old City Hall
45 School Street
Boston, MA 02108

Attorneys for Plaintiff
One Communications Corp.

ROBINSON & MCDONALD LLP

By _____
Jayne S. Robinson (JR-5781)

61 Broadway, Suite 1415
New York, NY 10006
Telephone (212) 953-3400
Facsimile (212) 953-3690

Attorneys for Defendants JP Morgan SBIC LLC
and Sixty Wall Street SBIC Fund, L.P.

SO ORDERED:

_____ 6/15/2007
U.S.D.J.