Swain, J.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 8 2007
```

TEITLER & TEITLER
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL-1451)
1114 Avenue of the Americas
New York NY 10036
(212) 997-4400

Attorneys for Plaintiff One Communications Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

One Communications Corp., as successors in )
Interest to CTC Communications Group, Inc. )
and CTC Communications Acquisition Corp., )
)
        Plaintiff )
)
    v. )
)
JP Morgan SBIC LLC, Sixty Wall Street )
SBIC Fund L.P., The Megunticook Fund II, )
L.P., The Megunticook Side Fund II, L.P., )
Kevin O'Hare, Jeffrey Koester, Mellon )
Investor Services LLC as nominal defendant )
and as escrow agent and Verizon New England )
Inc., as defendant on a declaratory judgment claim, )
)
        Defendants )
)

Civil Action No. 07 Cv 3905
(Judge Swain)
(Magistrate Judge Peck)

---

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties by their respective counsel as follows:

    1.    The time period for Defendants Kevin O'Hare and Jeffrey Koester (collectively, "Defendants") to answer, move or otherwise respond to the Complaint shall be extended up to and including September 15, 2007.

2. The time period for Plaintiff to respond to Defendants' answer, motion or other response to the Complaint shall be extended up to and including November 15, 2007.

3. The undersigned counsel for the Defendants acknowledges proper service of the Complaint and accepts service thereof.

Dated: New York, NY
June 13, 2007

                         TEITLER & TEITLER

                         By _____
                            John M. Teitler (JT-3111)
                            Nicholas W. Lobenthan (NL-1451)

                        1114 Avenue of the Americas
                        New York, NY 10036
                        Telephone (212) 997-4400
                        Facsimile (212) 997-4949

                        Of Counsel:

                        Mark S. Resnick, Esq.
                        Fee, Rosse P.C.
                        Old City Hall
                        45 School Street
                        Boston, MA 02108

                        Attorneys for Plaintiff
                        One Communications Corp.

                        O'CONNOR, CARNATHAN AND MACK LLC

                        By _____
                            Thomas N. O'Connor (1761790)
                            David B. Mack (pro hac vice motion to be filed)

                        8 New England Executive Park, Suite 310
                        Burlington, MA 01803
                        Telephone (781) 359-9000
                        Facsimile (781) 359-9001

                        Attorneys for Defendants Kevin O'Hare and
                        Jeffrey Koester

                                  SO ORDERED:

                                 _____ 6/18/2007
                                 U.S.D.J.