UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ONE COMMUNICATIONS CORP., as successor in interest to CTC Communications Group, Inc. and CTC Communications Acquisition Corp.,<br><br>                    Plaintiff,<br><br>   vs.<br><br>JP MORGAN SBIC LLC, SIXTY WALL STREET SBIC FUND, L.P., THE MEGUNTICOOK FUND II, L.P., THE MEGUNTICOOK SIDE FUND, II, L.P., KEVIN O'HARE, JEFFERY KOESTER, MELLON INVESTOR SERVICES, LLC, as nominal defendant as escrow agent, and VERIZON NEW ENGLAND INC. as defendant on a declaratory judgment claim,<br><br>                    Defendants. | 07-CV-3905 (LTS)<br><br>**MOTION TO ADMIT SCOTT H. ANGSTREICH PRO HAC VICE** |

PURSUANT TO RULE 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Joseph S. Hall a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

Scott Harris Angstreich
Kellogg, Huber, Hansen, Todd,
Evans & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036,
Telephone: (202) 326-7900
Facsimile: (202) 326-7999

Scott H. Angstreich is a member in good standing of the Bar of the States of New York and the District of Columbia. There are no pending disciplinary actions proceeding against Scott H. Angstreich in any State or Federal court.

Dated: June 13, 2007                    Respectfully submitted,

By: _____/s/ Joseph S. Hall_____  JSH-4612
    Joseph S. Hall
    NY Bar # 3900016
    KELLOGG, HUBER, HANSEN,
     TODD, EVANS & FIGEL, P.L.L.C.
    1615 M Street, N.W., Suite 400
    Washington, D.C. 20036
    (202) 326-7900
    (202) 326-7999
    *Attorneys for Verizon New England Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONE COMMUNICATIONS CORP., as successor in interest to CTC Communications Group, Inc. and CTC Communications Acquisition Corp., )<br><br>Plaintiff, )<br>vs. )<br>)<br>JP MORGAN SBIC LLC, SIXTY WALL STREET SBIC FUND, L.P., THE MEGUNTICOOK FUND II, L.P., THE MEGUNTICOOK SIDE FUND, II, L.P., KEVIN O'HARE, JEFFERY KOESTER, MELLON INVESTOR SERVICES, LLC, as nominal defendant as escrow agent, and VERIZON NEW ENGLAND INC. as defendant on a declaratory judgment claim, )<br><br>Defendants. ) | 07-CV-3905 (LTS)<br><br>**AFFIDAVIT OF JOSEPH S. HALL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

Joseph S. Hall, being duly sworn, hereby deposes and says as follows:

1. I am of an attorney at the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C., counsel for Defendant Verizon New England Inc. in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Scott H. Angstreich as counsel pro hac vice to represent Defendant Verizon New England Inc. in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in October 24, 2000. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Scott H. Angstreich since 2001.

4. Scott H. Angstreich is an attorney at Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. in the District of Columbia.

5. I have found Mr. Ansgtreich to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of Scott H. Ansgtreich, pro hac vice.

7.  I respectfully submit a proposed order granting the admission of Scott H. Ansgtreich, pro hac vice, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit Scott H. Ansgtreich, pro hac vice, to represent Defendant in the above captioned matter, be granted.

                                               Joseph S. Hall    JSH-4612

Sworn and subscribed to
before me this 13th day
of June, 2007.

Notary Public

**Marilyn R. Williams**
**Notary Public, District of Columbia**
**My Commission Expires 8-14-2010**

2

Dated: June 13, 2007                    Respectfully submitted,

                                        By:  /s/ Joseph S. Hall          JSH-4612
                                             Joseph S. Hall
                                             NY Bar # 3900016
                                             KELLOGG, HUBER, HANSEN,
                                               TODD, EVANS & FIGEL, P.L.L.C.
                                             1615 M Street, N.W., Suite 400
                                             Washington, D.C. 20036
                                             (202) 326-7900
                                             (202) 326-7999
                                             *Attorneys for Verizon New England Inc.*



# District of Columbia Court of Appeals
### Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

SCOTT HARRIS ANGSTREICH

was on the 9TH day of MARCH, 2001 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on June 8, 2007.

GARLAND PINKSTON, JR., CLERK

By: _____
Deputy Clerk



# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

---

I, **Michael J. Novack**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Scott Harris Angstreich

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **26th day of January, 1999**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **12th day of June, 2007**.



_____
Clerk

## CERTIFICATE OF SERVICE

    I hereby certify that, on this 13th day of June 2007, I caused a copy of the foregoing Motion to Admit Scott H. Angstreich Pro Hac Vice, Affidavit of Joseph S. Hall in Support of the Motion, and Proposed Order to be served upon the parties listed below by first-class mail, postage prepaid.

JP Morgan SBIC LLC
c/o J.P. Morgan Partners, LLC
270 Park Avenue
New York, New York  10017

Sixty Wall Street SBIC Fund, L.P.
270 Park Avenue
New York, New York  10017

The Megunticook Fund II, L.P.
143 Newbury Street
Boston, Massachusetts  02116

The Megunticook Side Fund II, L.P.
143 Newbury Street
Boston, Massachusetts  02116

Kevin O'Hare
48 Steeplechase Drive
Doylestown, Pennsylvania  18901

Jeffrey Koester
32 Haskell Lane
Marlborough, Massachusetts  01752

Mellon Investor Services LLC
480 Washington Boulevard
Jersey City, New Jersey  07310

_____
Andrew Kizzie

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ONE COMMUNICATIONS CORP., as successor in interest to CTC Communications Group, Inc. and CTC Communications Acquisition Corp.,<br><br>                      Plaintiff,<br>vs.<br><br>JP MORGAN SBIC LLC, SIXTY WALL STREET SBIC FUND, L.P., THE MEGUNTICOOK FUND II, L.P., THE MEGUNTICOOK SIDE FUND, II, L.P., KEVIN O'HARE, JEFFERY KOESTER, MELLON INVESTOR SERVICES, LLC, as nominal defendant as escrow agent, and VERIZON NEW ENGLAND INC. as defendant on a declaratory judgment claim,<br><br>                      Defendants. | 07-CV-3905 (LTS)<br><br>**ORDER FOR ADMISSION PRO HAC VICE** |

Upon the motion of Joseph S. Hall attorney for Verizon New England Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Scott Harris Angstreich
    Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
    1615 M Street, N.W., Suite 400
    Washington, D.C. 20036,
    Telephone: (202) 326-7900
    Facsimile: (202) 326-7999
    Email: sangstreich@khhte.com

is admitted to practice pro hac vice as counsel for Verizon New England Inc. in the above captioned case in the United States District Court for the Southern District of New York.  All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.  If this action is assigned to the Electronic case Filing

(ECF) system, counsel shall immediately apply for an ECF password at <u>nysd.uscourts.gov</u>.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: _____ \_\_\_\_\_

_____
United States District/ Magistrate Judge

2