Joseph M. Pastore III, Esq. (JP-1717)
Dreier LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorney for Defendants Kevin O' Hare and Jeffrey Koester*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
One Communication Corp. , as successor in           :
interest to CTC Communications Group, Inc.          :    **Case No.: 07 CIV 3905**
and CTC Communications Acquisitions                 :
Corp.,                                              :
          Plaintiff,                               :
                                                    :
          v.                                       :
                                                    :    **JUNE 26, 2007**
JP Morgan SBIC LLC, Sixty Wall Street               :
SBIC Fund, L.P., The Megunticook Fund II,           :
L.P., Kevin O'Hare, Jeffrey Koester, Mellon         :
Investor Services LLC as nominal defendant          :    **APPEARANCE**
as escrow agent and Verizon New England             :
Inc. as defendant on a declaratory judgement        :
claim,                                              :
          Defendants.                              :
------------------------------------------------------- X

        PLEASE TAKE NOTICE THAT the undersigned hereby appears as counsel in the above entitled action on behalf of the defendants', Kevin O'Hare and Jeffrey Koester.

Dated: June 26, 2007
New York, New York

        Respectfully submitted,


        DREIER LLP

        By:_____/s/_____
           Joseph M. Pastore III, Esq. (JP-1717)
           499 Park Avenue
           New York, New York 10022
           (212) 328-6100
           jpastore@dreierllp.com

        \* \* \*
        One Landmark Square, 20th Floor
        Stamford, Connecticut 06901
        (203) 425-9500

        *Attorney for Defendants*
        *Kevin O'Hare and Jeffrey Koester*

## CERTIFICATE OF SERVICE

I certify that on June 26, 2007 a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties listed below may access this filing through the Court's system.

**Counsel for Plaintiffs:**

Nicholas W. Lobenthal
John Michael Teitler
*Representing One Communications Corp.*
*as successor in interest to CTC Communications Group, Inc.,*
*and CTC Communications Acquisition Corp.*
**Teitler & Teitler**
1114 Avenue of the Americas
45th Floor
New York, NY 10036
(212) 997-4400
Fax: (212)-997-4949
Email: nwlobenthal@teitler.com
Email: jmteitler@teitler.com


**Counsel for Defendants:**

Scott H. Angstreich
Joseph Solomon Hall
*Representing Verizon New England*
**Kellogg, Huber, Hansen, Todd & Evans P.L.L.C. (DC)**
1615 M Street, N.W., Suite 400
Washington, DC  20036
(202) 326-7983
Fax: (202) 326-7999
Email: sangstreich@khht.com
Email: jhall@khhte.com

This is to certify that I have served a copy of the foregoing on June 26, 2007, postage prepaid and properly addressed to the below parties unable to receive electronic filings:

**Defendants:**

| | |
|---|---|
| JP Morgan SBIC LLC<br>270 Park Avenue<br>c/o J.P. Morgan Partners, LLC<br>New York, NY  10017 | Sixty Wall Street SBIC Fund, L.P.<br>270 Park Avenue<br>New York, NY  10017 |
| The Megunticook Fund II, L.P.<br>143 Newbury Street<br>Boston, MA  02116 | The Meguniticook Side Fund II, L.P<br>143 Newbury Street<br>Boston, MA  02116 |

By:_____/s/_____
     Joseph M. Pastore III, Esq.