UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 6 2007
```

ONE COMMUNICATIONS CORP., as successor in )
interest to CTC Communications Group, Inc. and CTC )
Communications Acquisition Corp., )
                                              Plaintiff, )
              vs. )
)
JP MORGAN SBIC LLC, SIXTY WALL STREET )
SBIC FUND, L.P., THE MEGUNTICOOK FUND II, )
L.P., THE MEGUNTICOOK SIDE FUND, II, L.P., )
KEVIN O'HARE, JEFFERY KOESTER, MELLON )
INVESTOR SERVICES, LLC, as nominal defendant as )
escrow agent, and VERIZON NEW ENGLAND INC. as )
defendant on a declaratory judgment claim, )
)
                                      Defendants. )

07-CV-3905 (LTS)

**ORDER FOR ADMISSION
PRO HAC VICE**

Upon the motion of Joseph S. Hall attorney for Verizon New England Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Scott Harris Angstreich
    Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
    1615 M Street, N.W., Suite 400
    Washington, D.C. 20036,
    Telephone: (202) 326-7900
    Facsimile: (202) 326-7999
    Email: sangstreich@khhte.com

is admitted to practice pro hac vice as counsel for Verizon New England Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov.

Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: 6/25/07

United States District ~~Magistrate~~ Judge