UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------X
ONE COMMUNICATIONS CORP., ET AL,    :    Index No. 07 CIV. 3905

               Plaintiff,

     -against-    :    **AFFIDAVIT OF SERVICE**

JP MORGAN SBIC LLC, ET AL,

              Defendant.
--------------------------------X

State of New York    )
                   ) ss:
County of New York   )

    I, MARGIE VICTOR, being duly sworn, depose and say: I am not a party to this action, am over the age of 18 and reside at 478 West 159th Street, Apt. 5B, New York, NY 10032.

    On June 7, 2007, I served the within INITIAL CONFERENCE ORDER by depositing a true copy thereof enclosed in a post-paid wrapper into the custody of the United States Postal Service at 23 West 43rd Street, New York, New York 10036 addressed to the following person at the address set forth below:

        Paul E. Summit, Esq.
        Sullivan & Worchester LLP
        One Post Office Square
        Boston, MA 02109

                                          _____
                                          MARGIE VICTOR

Sworn to before me this
7th day of June 2007

_____
NOTARY PUBLIC

MARIKA AGOSTINI
Notary Public, State of New York
No. 01AG6126860
Qualified in Westchester County
Commission Expires May 16, 2009