SWAIN, J

TEITLER & TEITLER
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL1451)
1114 Avenue of the Americas
New York, NY 10036
(212) 997-4400

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 2 8 2007

Attorneys for Plaintiff One Communications Corp.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

One Communications Corp., a successor in ) 
interest to CTC Communications Group, Inc. )
and CTC Communications Acquisition Corp., )
)
           Plaintiff, )
)
           -v.- )  Civil Action No. 07 Civ 3905
) (Judge Swain)
JP Morgan SBIC LLC, Sixty Wall Street ) (Magistrate Judge Peck)
SBIC Fund, L.P., The Megunticook Fund II, L.P., )
The Megunticook Side Fund II, L.P., )
Kevin O'Hare, Jeffrey Koester, )
Mellon Investor Services LLC as nominal defendant )
as escrow agent and Verizon New England Inc., )
as defendant on a declaratory judgment claim, )
)
           Defendants. )
)

---

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties by their respective counsel as follows:

1.     The time period for Defendants The Megunticook Fund II, L.P. and The Megunticook Side Fund II, L.P. (collectively, "Defendants") to answer, move or otherwise respond to the Complaint shall be extended to and including September 15, 2007.

2.     The time period for Plaintiff to respond to Defendants' answer, motion or other

{B0648253; 1}

response to the Complaint shall be extended to and including November 15, 2007.

3.  The undersigned counsel for the Defendants acknowledges proper service of the Complaint and accepts service thereof.

Dated: New York, NY
June 14, 2007

TEITLER & TEITLER

By: *Nicholas Lobenthal*
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL-1451)

1114 Avenue of the Americas
New York, NY 10036
Telephone (212) 997-4400
Facsimile (212) 997-4949

Of Counsel:

Mark S. Resnick, Esq.
The Resnick Law Group, P.C.
Old City Hall
45 School Street
Boston, MA 02108

Attorneys for Plaintiff
One Communications Corp.

SULLIVAN & WORCESTER LLP

By: *signature*
Paul E. Summit (PS-6263)
Ira K. Gross (IG-6834)

One Post Office Square
Boston, MA 02109
Telephone (617) 338-2800
Facsimile (617) 338-2880

Attorneys for Defendants The Megunticook Fund II, L.P. and The Megunticook Side Fund II, L.P.

-2-

{B0648253; 1}

So ordered,

*[signature]* 6/27/2007

- 3 -

{B0648253; 1}