UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| One Communications Corp., as successor in interest to CTC Communications Group, Inc. and CTC Communications Acquisition Corp., <br><br>　　　　　Plaintiff, <br><br>　　-v.- <br><br>JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund, L.P., The Megunticook Fund II, L.P., The Megunticook Side Fund II, L.P., Kevin O'Hare, Jeffrey Koester, Mellon Investor Services LLC as nominal defendant as escrow agent and Verizon New England Inc. as defendant on a declaratory judgment claim, <br><br>　　　　　Defendants. | Civil Action No. 07 Civ. 3905 <br>(Judge Laura T. Swain) <br>(Magistrate Judge Peck) <br><br><br>**DISCLOSURE STATEMENT** |

　　　　Pursuant to Fed. R. Civ. P. 7.1 and to enable the District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for the Nominal Defendant Mellon Investor Services LLC ("Mellon") certifies that Mellon Investor Services Holdings LLC ("Mellon Holdings") owns 10% or more of the capital stock of Mellon, and that The Bank of New York Mellon Corporation, a publicly held company, owns 10% or more of Mellon Holdings.

Dated:　New York, New York
　　　　July 2, 2007

　　　　　　　　　　　　　　　　　　　　KELLEY DRYE & WARREN LLP

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　　　Nicholas J. Panarella (NP 2890)
　　　　　　　　　　　　　　　　　　　　101 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, NY 10178
　　　　　　　　　　　　　　　　　　　　(212) 808-7800

　　　　　　　　　　　　　　　　　　　　Attorneys for Nominal Defendant Mellon Investor Services LLC

NY01/PANAN/1218465.1