<u>CERTIFICATE OF SERVICE</u>

I, JAYNE S. ROBINSON, hereby certify that I caused the attached Memo Endorsement to be served by facsimile on July 25, 2007 on counsel for all parties in <u>One Communications Corp. v. J.P. Morgan SBIC LLC, et al.</u>, Civil Action No. 07 Civ. 3905, as follows:

John Michael Teitler, Esq.
Nicholas W. Lobenthal, Esq.
Teitler & Teitler
1114 Avenue of the Americas
New York, New York 10036
Facsimile: 212 997-4949
    Counsel for One Communications Corp.

Mark S. Resnick, Esq.
The Resnick Law Group, P.C.
Old City Hall
45 School Street
Boston, Massachusetts 02108
Facsimile: 508 749-6031
    Counsel for One Communications Corp.

Paul E. Summit, Esq.
Ira Gross, Esq.
Sullivan & Worcester
One Post Office Square
Boston, Massachusetts 02109
Facsimile: 617 338-2880
    Counsel for The Megunticoook Fund II, L.P. and
    The Megunticook Side Fund II, L.P.

David B. Mack, Esq.
O'Connor, Carnathan and Mack LLC
8 New England Executive Park
Suite 310
Burlington, Massachusetts 01803
Facsimile: 781 359-9001
    Counsel for Kevin O'Hare and Jeffrey Koester

Joseph M. Pastore, III, Esq.
Dreier LLP
One Landmark Square, 20th floor
Stamford, Connecticut 06901
Facsimile: 203 425-9595
    Counsel for Kevin O'Hare and Jeffrey Koester

Scott H. Angstreich, Esq.
Joseph Solomon Hall, Esq.
Kellogg, Huber, Hansen, Todd & Evans PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Facsimile: 202 326-7999
    Counsel for Verizon New England Inc.

Nicholas J. Panarella, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Facsimile: 212 808-7897
    Counsel for Mellon Investor Services LLC

*/s/ Jayne S. Robinson*
Jayne S. Robinson (JSR-5981)

# ROBINSON & McDONALD LLP
61 Broadway
NEW YORK, N.Y. 10006
212-953-3400
FAX: 212-953-3690

WRITER'S CONTACT:
(212) 953-3888

July 23, 2007

By Hand

**MEMO ENDORSED**

Re:  Stockholder Representative Committee
v. One Communications Corp., et al.
Civil Action No. 07 Civ. 5440

One Communications Corp. v.
J.P. Morgan SBIC LLC, et al.
Civil Action No. 07 Civ. 3905

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Dear Judge Swain:

We represent plaintiff Stockholder Representative Committee in the above-referenced action No. 07 Civ. 5440 (the "SRC Action"), and defendants J.P. Morgan SBIC LLC and Sixty Wall Street SBIC Fund, LP in the above-referenced action No. 07 Civ. 3905 (the "One Communications Action"), which are before Your Honor as related cases.

We write with the consent of all defendants in the One Communications Action, and without opposition by One Communications Corp. (a party in both Actions), to request an adjournment of the pre-trial conferences scheduled in both Actions for August 30, 2007, pending resolution of dispositive motions to dismiss that are contemplated to be made in both Actions. Your Honor has previously "so ordered" stipulations among the parties extending the time to answer, move or otherwise respond to the complaints in both Actions to September 15, 2007.

Our clients and other defendants in the One Communications Action contemplate moving to dismiss the complaint, which motion, if granted, may moot that Action as to any remaining defendants. We are informed that defendant One Communications Corp. in the SRC Action also contemplates moving to dismiss, which motion, if granted, would similarly moot that Action as to the remaining nominal defendant. The need for a pre-trial conference at all, or the parties remaining in the Actions and the scope of the issues to be addressed at a pre-trial conference, if necessary, will all be affected by resolution of the motions to dismiss.

Honorable Laura Taylor Swain     -2-     July 23, 2007

Accordingly, we respectfully request that the August 30, 2007 pre-trial conferences in both Actions be adjourned pending resolution of the contemplated motions to dismiss.

Respectfully yours,

Jayne S. Robinson

cc (by email):

Mark S. Resnick, Esq.
The Resnick Law Group PC
Old City Hall
45 School Street
Boston, Massachusetts 02108
Attorneys for One Communications Corp.

John M. Teitler, Esq.
Nicholas W. Lobenthal, Esq.
Teitler & Teitler
1114 Avenue of the Americas
New York, New York 100036
Attorneys for One Communications Corp.

Paul E. Summit, Esq.
Sullivan & Worcester
One Post Office Square
Boston, Massachusetts 02109
Attorneys for The Megunticook Fund II,
L.P. and The Megunticook Side Fund II, L.P.

David B. Mack, Esq.
O'Connor, Carnathan and Mack LLC
8 New England Executive Park, Suite 310
Burlington, Massachusetts 01803
Attorneys for Kevin O'Hare and Jeffrey Koester

Scott H. Angstreich, Esq.
Kellogg, Huber, Hansen, Todd & Evans & Figel, PLLC
1615 M Street, N.W.
Washington, D.C. 20036
Attorneys for Verizon New England, Inc.

Nicholas J. Panarella, Esq.
Kelley Drye & Warren
101 Park Avenue
New York, New York 10178
Attorneys for Mellon Investor Services LLC

*The conference is adjourned to December 14, 2007 at 11:00AM.*

**SO ORDERED.**

*/s/ 7/24/2007*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

CHAMBERS OF HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007
TELEPHONE: (212) 805-0417

# FAX COVER SHEET



Date: ___July 25, 2007_____

FAX NUMBER TRANSMITTED TO: __(212) 953-3690

To: Jayne S. Robinson, Esq.

**It is ordered that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to chambers.**

NUMBER OF PAGES ___2_____ NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (212) 805-0417.