**ROBINSON & McDONALD LLP**
61 Broadway
NEW YORK, N.Y. 10006
212-953-3400
FAX: 212-953-3690

WRITER'S CONTACT:
(212) 953-3888



July 23, 2007

By Hand

**MEMO ENDORSED**

Re:   Stockholder Representative Committee ~~IT IS ORDERED~~ that counsel to whom this Memo
v. One Communications Corp., et al. Endorsement is sent is responsible for faxing or
Civil Action No. 07 Civ. 5440   otherwise delivering promptly a copy to all counsel
and unrepresented parties and filing a certificate of
One Communications Corp. v.   such service within 5 days from the date hereof. Do
J.P. Morgan SBIC LLC, et al.   not fax such certification to Chambers.
Civil Action No. 07 Civ. 3905

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



Dear Judge Swain:

We represent plaintiff Stockholder Representative Committee in the above-referenced action No. 07 Civ. 5440 (the "SRC Action"), and defendants J.P. Morgan SBIC LLC and Sixty Wall Street SBIC Fund, LP in the above-referenced action No. 07 Civ. 3905 (the "One Communications Action"), which are before Your Honor as related cases.

We write with the consent of all defendants in the One Communications Action, and without opposition by One Communications Corp. (a party in both Actions), to request an adjournment of the pre-trial conferences scheduled in both Actions for August 30, 2007, pending resolution of dispositive motions to dismiss that are contemplated to be made in both Actions. Your Honor has previously "so ordered" stipulations among the parties extending the time to answer, move or otherwise respond to the complaints in both Actions to September 15, 2007.

Our clients and other defendants in the One Communications Action contemplate moving to dismiss the complaint, which motion, if granted, may moot that Action as to any remaining defendants. We are informed that defendant One Communications Corp. in the SRC Action also contemplates moving to dismiss, which motion, if granted, would similarly moot that Action as to the remaining nominal defendant. The need for a pre-trial conference at all, or the parties remaining in the Actions and the scope of the issues to be addressed at a pre-trial conference, if necessary, will all be affected by resolution of the motions to dismiss.

Honorable Laura Taylor Swain           -2-                    July 23, 2007

            Accordingly, we respectfully request that the August 30, 2007 pre-trial
conferences in both Actions be adjourned pending resolution of the contemplated motions to
dismiss.

                                            Respectfully yours,

                                            Jayne S. Robinson

cc (by email):

Mark S. Resnick, Esq.                      John M. Teitler, Esq.
The Resnick Law Group PC                   Nicholas W. Lobenthal, Esq.
Old City Hall                              Teitler & Teitler
45 School Street                           1114 Avenue of the Americas
Boston, Massachusetts 02108                New York, New York 100036
Attorneys for One Communications Corp.     Attorneys for One Communications Corp.

Paul E. Summit, Esq.
Sullivan & Worcester
One Post Office Square
Boston, Massachusetts 02109                The conference is
Attorneys for The Megunticook Fund II,     adjourned to
L.P. and The Megunticook Side Fund II, L.P. December 14, 2007 at
                                           11:00AM.
David B. Mack, Esq.
O'Connor, Carnathan and Mack LLC
8 New England Executive Park, Suite 310
Burlington, Massachusetts 01803            SO ORDERED.
Attorneys for Kevin O'Hare and Jeffrey Koester

                                                          7/24/2007
Scott H. Angstreich, Esq.
Kellogg, Huber, Hansen, Todd & Evans & Figel, PLLC   LAURA TAYLOR SWAIN
1615 M Street, N.W.                                  UNITED STATES DISTRICT JUDGE
Washington, D.C. 20036
Attorneys for Verizon New England, Inc.

Nicholas J. Panarella, Esq.
Kelley Drye & Warren
101 Park Avenue
New York, New York 10178
Attorneys for Mellon Investor Services LLC