AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Southern | DISTRICT OF | New York |

**APPEARANCE**

Case Number:  07-CV-3905 (LTS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Verizon New England Inc.

I certify that I am admitted to practice in this court.

| 8/22/2007 | |
|---|---|
| Date | Signature |

| William David Sarratt* | WS-1439 |
|---|---|
| Print Name | Bar Number |

| 1615 M Street, NW, Suite 400 | | |
|---|---|---|
| Address | | |
| Washington | DC | 20036 |
| City | State | Zip Code |
| (202) 326-7900 | | (202) 326-7999 |
| Phone Number | | Fax Number |

*Admitted only in New York; supervision by partners of the firm.