UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

One Communications Corp.,   No. 07 Civ. 3905 (LTS)(AJP)

                Plaintiff,   **ORDER FOR ADMISSION**
                   **PRO HAC VICE**
- against –   **ON WRITTEN MOTION**

JP Morgan SBIC LLC et al.,

                Defendants.
-----------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 2 4 2007

Upon the motion of Nicholas W. Lobenthal, attorney for One Communications Corp., and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Mark S. Resnick |
| Firm Name: | The Resnick Law Group, P.C. |
| Address: | Old City Hall |
| | 45 School Street |
| City/State/ZIP: | Boston, MA 02108 |
| Phone Number: | (617) 722-8383 |
| Fax Number: | (508) 749-6031 |
| E-mail address: | msrfrlbos@verizon.net |

is admitted to practice pro hac vice as counsel for One Communications Corp. in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: ~~June~~ August 22, 2007
      New York, New York

                                      /s/
                            United States District ~~Magistrate~~ Judge