**ROBINSON & McDONALD LLP**
61 Broadway
NEW YORK, N.Y.  10006
212-953-3400
FAX: 212-953-3690

WRITER'S CONTACT:
(212) 953-3888

```
┌──────────────────────────────┐
│ USDC SDNY                     │
│ DOCUMENT                      │
│ ELECTRONICALLY FILED          │
│ DOC #: _____        │
│ DATE FILED: SEP 1 1 2007      │
└──────────────────────────────┘
```

September 7, 2007

By Facsimile

Re:    One Communications Corp. v.
       J.P. Morgan SBIC LLC, et al.
       Civil Action No. 07 Civ. 3905

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Dear Judge Swain:

> **MEMO ENDORSED**
>
> IT IS ORDERED that counsel to whom this **Memo**
> Endorsement is sent is responsible for faxing **or**
> otherwise delivering promptly a copy to all counsel
> and unrepresented parties and filing a certificate **of**
> such service within 5 days from the date hereof. **Do**
> not fax such certification to Chambers.

        We represent defendants J.P. Morgan SBIC LLC and Sixty Wall Street SBIC
Fund, L.P. (the "JP Morgan Defendants") in the above-referenced action.  As we have previously
informed Your Honor, our clients as well as other defendants intend to move to dismiss the
complaint, which motions will be filed on Monday, September 17.

        We are writing to request permission to file a brief of no more than 60 pages in
support of the motion by the two JP Morgan Defendants.  The 40 page complaint, seeking more
than $20 million in alleged damages,  purports to allege Rule 10b-5 and multiple other claims
against the JP Morgan Defendants, each of which claims is, we submit, dismissible on numerous
grounds.  The motion will also raise important jurisdictional issues under the federal
Telecommunications Act of 1996.  In order to avoid duplicative briefing, the other moving
defendants intend to rely on the JP Morgan Defendants' brief as to those jurisdictional issues.

        We thank the Court for its consideration.

                                                Respectfully yours,

The request is granted.

SO ORDERED.                                     Jayne S. Robinson

_____  9/11/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE