# DREIER LLP

ATTORNEYS AT LAW

**Joseph M. Pastore III** *Partner*
jpastore@dreierllp.com

September 10, 2007



RECEIVED SEP 11 2007 CHAMBERS OF LAURA TAYLOR SWAIN U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 11 2007

**BY HAND**

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [not fax] such certification to Chambers.

Re:   One Communication Corp. v. J.P. Morgan SBIC LLC, et al.
       Civil Action No. 07 Civ. 3905

Dear Judge Swain:

We represent defendants Kevin O'Hare and Jeffrey Koester (collectively the "Individual Defendants") in the above-referenced action. Our Motion to Dismiss is due to be filed and served on Monday, September 17, 2007. We are in the process of drafting the memorandum in support of the motion and it has become apparent that it will require greater than the 30-page limit. We are writing to request permission to file a brief of no more that 50 pages in support of our motion.

Although we anticipate incorporating several of the arguments to be set forth in the JP Morgan Defendants' brief, the magnitude and significance of issues we are raising separately on behalf of the Individual Defendants will require greater than thirty pages. We have conferred with Plaintiff's lead counsel, Mark Resnick, who has no opposition to this request. Accordingly, we respectfully request that Your Honor expand the page limit to no more than 50 pages.

Thank you for your consideration.

Respectfully submitted,

*Joseph M. Pastore III*

Joseph M. Pastore III

*Permission is granted to exceed the standard 25-page limit by 15 pages, for a total of 40 pages.*

**SO ORDERED.**

*Laura Taylor Swain   9/11/07*
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

One Landmark Square  20th Floor  Stamford, Connecticut 06901
Telephone 203 425 9500  Facsimile 203 425 9595

499 Park Avenue  New York, New York 10022
Telephone 212 328 6100  Facsimile 212 328 6101

Los Angeles · Albany
www.dreierllp.com

{00287926.DOC;}