

# SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

t 617 338 2800
f 617 338 2880
www.sandw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 1 2 2007

September 12, 2007

**By Facsimile**

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: One Communications Corp. v. J.P. Morgan SBIC LLC, et al.,
U.S.D.C. (S.D.N.Y.), Civil Action No. 07 Civ. 3905

Dear Judge Swain:

We represent defendants The Megunticook Fund II, L.P. and The Megunticook Side Fund II, L.P. (the "Megunticook Defendants") in the above-referenced action. As we have previously informed Your Honor, our clients as well as other defendants intend to move to dismiss the complaint, which motions will be filed on Monday, September 17.

We are writing to request permission to file a brief of no more than 50 pages in support of our motion. The 40 page complaint, seeking more than $20 million in alleged damages, purports to allege claims of securities fraud, controlling person liability and multiple other claims against the Megunticook Defendants, each of which is, we submit, dismissible on numerous grounds.

The defendants in this matter have a number of common defenses, and we will be joining in and relying on certain sections of the J.P. Morgan defendants' brief. However, there are a number of defenses unique to the Megunticook Defendants. Therefore, we respectfully request permission to file a brief of no more than 50 pages in support of the motion to dismiss.

Respectfully yours,

*Ira K. Gross*
Ira K. Gross

Direct line: 617 338 2823
igross@sandw.com

IKG:jmc

> **MEMO ENDORSED**
>
> IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

*Permission to file a 40-page brief is granted.*

**SO ORDERED.**

*Laura Taylor Swain*  9/12/07
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE