CERTIFICATE OF SERVICE

I, JAYNE S. ROBINSON, hereby certify that I caused the attached Memo Endorsement to be served by email on September 11, 2007 on counsel for all parties in <u>One Communications Corp. v. J.P. Morgan SBIC LLC, et al.</u>, Civil Action No. 07 Civ. 3905, as follows:

> John Michael Teitler, Esq.
> Nicholas W. Lobenthal, Esq.
> Teitler & Teitler
> 1114 Avenue of the Americas
> New York, New York  10036
> Email:  jmteitler@teitler.com
>         nwlobenthal@teitler.com
>         Counsel for One Communications Corp.
>
> Mark S. Resnick, Esq.
> The Resnick Law Group, P.C.
> Old City Hall
> 45 School Street
> Boston, Massachusetts  02108
> Email:  resnicklawgroup@verizon.net
>         Counsel for One Communications Corp.
>
> Paul E. Summit, Esq.
> Ira Gross, Esq.
> Sullivan & Worcester
> One Post Office Square
> Boston, Massachusetts  02109
> Email:  Psummit@sandw.com
>         Counsel for The Megunticoook Fund II, L.P. and
>         The Megunticook Side Fund II, L.P.
>
> David B. Mack, Esq.
> O'Connor, Carnathan and Mack LLC
> 8 New England Executive Park
> Suite 310
> Burlington, Massachusetts  01803
> Email:  dmack@ocmlaw.net
>         Counsel for Kevin O'Hare and Jeffrey Koester

Joseph M. Pastore, III, Esq.
Dreier LLP
One Landmark Square, 20th floor
Stamford, Connecticut 06901
Email: jpastore@dreierllp.com
    Counsel for Kevin O'Hare and Jeffrey Koester

Scott H. Angstreich, Esq.
Joseph Solomon Hall, Esq.
Kellogg, Huber, Hansen, Todd & Evans PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Email: sangstreich@khhte.com
    Counsel for Verizon New England Inc.

Nicholas J. Panarella, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
Email: NPanarella@KelleyDrye.com
    Counsel for Mellon Investor Services LLC

                                            Jayne S. Robinson (JSR-5981)

**CHAMBERS OF HONORABLE LAURA TAYLOR SWAIN**
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007
TELEPHONE: (212) 805-0417

# FAX COVER SHEET



Date: __September 11, 2007__

FAX NUMBER TRANSMITTED TO: __(212) 953-3690__

To:   Jayne S. Robinson, Esq.

**It is ordered that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to chambers.**

NUMBER OF PAGES ___1___ NOT COUNTING COVER SHEET. IF YOU DO NOT RECEIVE ALL PAGES, PLEASE TELEPHONE US IMMEDIATELY AT (212) 805-0417.

**ROBINSON & MCDONALD LLP**
61 Broadway
NEW YORK, N.Y. 10006
212-953-3400
FAX: 212-953-3690

WRITER'S CONTACT:
(212) 953-3688

September 7, 2007

By Facsimile

Re: One Communications Corp. v.
J.P. Morgan SBIC LLC, et al.
Civil Action No. 07 Civ. 3905

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do not fax such certification to Chambers.

Dear Judge Swain:

We represent defendants J.P. Morgan SBIC LLC and Sixty Wall Street SBIC Fund, L.P. (the "JP Morgan Defendants") in the above-referenced action. As we have previously informed Your Honor, our clients as well as other defendants intend to move to dismiss the complaint, which motions will be filed on Monday, September 17.

We are writing to request permission to file a brief of no more than 60 pages in support of the motion by the two JP Morgan Defendants. The 40 page complaint, seeking more than $20 million in alleged damages, purports to allege Rule 10b-5 and multiple other claims against the JP Morgan Defendants, each of which claims is, we submit, dismissible on numerous grounds. The motion will also raise important jurisdictional issues under the federal Telecommunications Act of 1996. In order to avoid duplicative briefing, the other moving defendants intend to rely on the JP Morgan Defendants' brief as to those jurisdictional issues.

We thank the Court for its consideration.

Respectfully yours,

Jayne S. Robinson

The request is granted.
SO ORDERED.

/s/ Laura Taylor Swain   9/11/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE