## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| One Communications Corp., as successor in interest to CTC Communications Group, Inc. and CTC Communications Acquisition Corp.,<br><br>            Plaintiff,<br><br>        -v.-<br><br>JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund, L.P., The Megunticook Fund II, L.P., The Megunticook Side Fund II, L.P., Kevin O'Hare, Jeffrey Koester, Mellon Investor Services LLC as nominal defendant as escrow agent and Verizon New England Inc., as defendant on a declaratory judgment claim,<br><br>           Defendants. | Civil Action: 07 Civ 3905 (LTS)<br>(AJP)<br>(ECF Case) |

### NOTICE OF FILING OF APPENDIX OF UNREPORTED DECISIONS

Defendants Megunticook Fund II, L.P. and Megunticook Side Fund II, L.P., hereby submit this notice to inform the Court that the unreported decisions cited in the Memorandum of Law in Support of Megunticook Defendants' Motion to Dismiss, the Memorandum of Law in Support of JP Morgan Defendants' Motion to Dismiss the Complaint, and the Memorandum of Law in Support of the Individual Defendants' Motion to Dismiss, will be delivered to the Court contemporaneously with the courtesy copies of the pleadings filed herewith.

{B0680196; 1}

          Respectfully Submitted,

          THE MEGUNTICOOK FUND II, L.P., and
          THE MEGUNTICOOK SIDE FUND II, L.P.

          By their attorneys,

          /s/ Ira K. Gross
          Ira K. Gross (IG-6834)
          Paul E. Summit (PS-6263)
          SULLIVAN & WORCESTER LLP
          One Post Office Square
          Boston, MA  02109
          (617) 338-2800
          igross@sandw.com

Of Counsel:
Philip Rakhunov
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800
prakhunov@sandw.com