## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| One Communications Corp., as successor in interest to CTC Communications Group, Inc. and CTC Communications Acquisition Corp., | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| -v.- | ) ) ) | Civil Action: 07 Civ 3905 (LTS) (AJP) (ECF Case) |
| JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund, L.P., The Megunticook Fund II, L.P., The Megunticook Side Fund II, L.P., Kevin O'Hare, Jeffrey Koester, Mellon Investor Services LLC as nominal defendant as escrow agent and Verizon New England Inc., as defendant on a declaratory judgment claim, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### CERTIFICATE OF SERVICE

I, IRA K. GROSS, hereby certify that I caused the attached Memo Endorsement to be served by facsimile on September 17, 2007, on counsel for all parties in the above-captioned case.

/s/ Ira K. Gross
Ira K. Gross (IG-6834)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338 2800
igross@sandw.com

{B0679944; 1}



# SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109

t  617 338 2800
F  617 338 2880
www.sandw.com

**MEMO ENDORSED**

IT IS ORDERED that counsel to whom this Memo
Endorsement is sent is responsible for faxing or
otherwise delivering promptly a copy to all counsel
and unrepresented parties and filing a certificate of
such service within 5 days from the date hereof. Do
not fax such certification to Chambers.

September 12, 2007

**By Facsimile**

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  One Communications Corp. v. J.P. Morgan SBIC LLC, et al.,
      U.S.D.C. (S.D.N.Y.), Civil Action No. 07 Civ. 3905

Dear Judge Swain:

We represent defendants The Megunticook Fund II, L.P. and The Megunticook Side Fund II,
L.P. (the "Megunticook Defendants") in the above-referenced action. As we have previously
informed Your Honor, our clients as well as other defendants intend to move to dismiss the
complaint, which motions will be filed on Monday, September 17.

We are writing to request permission to file a brief of no more than 50 pages in support of
our motion. The 40 page complaint, seeking more than $20 million in alleged damages,
purports to allege claims of securities fraud, controlling person liability and multiple other
claims against the Megunticook Defendants, each of which is, we submit, dismissible on
numerous grounds.

The defendants in this matter have a number of common defenses, and we will be joining in
and relying on certain sections of the J.P. Morgan defendants' brief. However, there are a
number of defenses unique to the Megunticook Defendants. Therefore, we respectfully
request permission to file a brief of no more than 50 pages in support of the motion to
dismiss.

*Permission to file a 40-page brief is granted.*

Respectfully yours,

Ira K. Gross

**SO ORDERED.**

Direct line:  617 338 2823
igross@sandw.com

IKG:jmc

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE  9/12/07

{B0679742; 1}

```
                        *********************************
                        ***   MULTI TX/RX REPORT   ***
                        *********************************

TX/RX NO              4296
PGS.                  2
TX/RX INCOMPLETE      -----
TRANSACTION OK        (1)   912129974949#4920
                      (2)   915087496031#4920
                      (3)   912128952900#4920
                      (4)   912023267999#4920
                      (5)   912129533690#4920

ERROR INFORMATION     -----
```



SULLIVAN & WORCESTER

Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
www.sandw.com

# FAX COVER SHEET

|  | Company: | Fax Number: | Phone Number: |
|---|---|---|---|
| John Michael Teitler, Esq. | Teitler & Teitler | 212 997 4949 | 212 997 2383 |
| Nicholas W. Lobenthal, Esq. | Teitler & Teitler | | |
| Mark S. Resnick, Esq. | The Resnick Law Group, P.C. | 508 749 6031 | 617 722 8383 |
| Joseph M. Pastore, III, Esq. | Brooks & Associates, LLP | 212 895 2900 | 212 895 2103 |
| Joseph Solomon Hall, Esq. | Kellogg, Huber, Hansen, Todd & Evans PLLC | 202 326 7999 | 202 326 7983 |
| Scott H. Angstreich, Esq. | Kellogg, Huber, Hansen, Todd & Evans & Figel, P.L.L.C. | | |
| William David Sarratt, Esq. | Kellogg, Huber, Hansen, Todd & Evans PLLC | | |
| Jayne S. Robinson, Esq. | Robinson & McDonald LLP | 212 953 3690 | 212 953 3400 |

|  | Email Address | | Phone Number: |
|---|---|---|---|
| Phillip Rakhunov | prakhunov@sandw.com | | 617 338 2990 |

|  | 2 | | 14-Sep-07 |
|---|---|---|---|

User Number:   1828      Client / Matter:   21511.0001      Fax Job Code   4920

BOSTON   NEW YORK   WASHINGTON, DC