# Exhibit 9

# Lightship Telecom
# Management Presentation
# to CTC Communications

## *January 2005*



Confidential, January 2005    *Connecting With Excellence*

# Agenda



- **Company Overview**
- Engineering and Operations
- Sales
- Customers, Billing, Marketing and Regulatory
- CABS
- Financial Review
- The CLEC Market Opportunity
- Summary of Synergies of a Combination



# Lightship Overview

- **Lightship Telecom ("Lightship" or the "Company") was founded in 1998**
- **Leading telecom provider to SMEs in five NE states of MA, ME, NH, RI and VT covering 300 communities**
- **Dedicated focus on serving SME customers via a T-1 bundled solution**
  - **On average customers have approximately 18 lines**
  - **40% of revenue comes from multi-location customers**
- **Facilities-based network covering more than 85% of target customers within the Company's markets**
- **Predominantly "on-net" customer base**
- **Superior customer service**
- **World class management team**
- **Prudent growth strategy and sound financing decisions**
- **Significant new opportunities are available in the New England SME market for strong facilities-based players**



# Industry Leading Financial & Operating Metrics

- **2004 Projected EBITDA of $10.0MM; 19% EBITDA margin**
  - ◆ **Lightship is one of the few - if not the only - ICP that has been able to achieve EBITDA profitability on a revenue base of less than $100 million**
- **Net income positive in 4Q 2004**
- **Cash position at December 31 was $5.7MM**
- **Gross Margins of 60% are world class**
  - ◆ **Better than all public CLECs and comparable to those of the ILECs**
- **Churn of 1.1% – 1.3%, trending downward, reflects focus on superior operations and customer service**
- **Bad debt of 1.2% is world class**
- **Lightship's sales force productivity of 53 lines per rep per month is significantly better than that of its peers**



*Connecting With Excellence*

# Lightship Financial Overview

| ($000) | 2004E | 2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|---|
| Revenue | $51,618 | $42,756 | $27,421 | $17,769 | $ 7,879 |
| Cost of revenue | 20,643 | 16,764 | 14,490 | 12,849 | 8,020 |
| Gross margin | 30,975 | 25,992 | 12,931 | 4,920 | (141) |
| Gross margin % | 60% | 61% | 47% | 28% | -2% |
| | | | | | |
| Headcount expense | 14,819 | 13,363 | 10,261 | 10,538 | 6,899 |
| Other SG&A | 6,181 | 7,195 | 6,056 | 5,169 | 5,370 |
| Total operating expense | 20,975 | 20,558 | 16,317 | 15,707 | 12,269 |
| EBITDA | 10,000 | 5,434 | (3,386) | (10,787) | (12,410) |
| *EBITDA %* | *19%* | *13%* | *-12%* | *-61%* | *-158%* |
| | | | | | |
| Adjusted EBITDA | 11,361 | 6,606 | (2,691) | (10,165) | NA |
| *Adjusted EBITDA %* | *22%* | *15%* | *-10%* | *-57%* | *NA* |
| | | | | | |
| Investment in P&E | 3,900 | 3,150 | 3,538 | 10,632 | 16,608 |
| Deferred install fees | 650 | 950 | 577 | 710 | 305 |
| Total investment | 4,550 | 4,100 | 4,115 | 11,342 | 16,913 |
| | | | | | |
| Cash on hand | $ 5,700 | $ 5,807 | $ 5,856 | $ 2,051 | $ 20,580 |
| Debt | 26,600 | 27,780 | 26,333 | 44,244 | 38,789 |
| Net debt | 20,900 | 21,973 | 20,477 | 42,193 | 18,209 |



*Connecting With Excellence*

# Lightship's Growth Strategy

- **Position Lightship as the premier broadband provider in New England**
  - ◆ **Continue to deepen penetration within existing footprint**
  - ◆ **Broaden wire-center scope within New England**
  - ◆ **Seek opportunistic acquisitions to add customer depth and geographic scope**
  - ◆ **Expand product offering past the demarcation point**
- **Provide small and medium sized enterprises an attractive alternative to Verizon**
- **Continue to refine operating cost structure through continued network grooming**
- **Larger platform accelerates growth strategy**



# Corporate Structure



**Total Headcount -  195.5**



# Lightship Milestones



September 2004 – Achieves Positive Net Income

Jun. 2004 Company achieves $50M revenue run rate

Mar. 2004 Enters Rhode Island market

Nov. 2002 Attains positive EBITDA

Feb. 2002 Raises $12.7M from Megunticook Management and JP Morgan

Jan. 2001 Enters Massachusetts market

Dec. 2000 Raises $20M from JP Morgan

Aug. 2000 Enters Vermont market

Feb. 2000 Acquires Network Resource

Sept. 1999 Enters Maine market; raises $15M from JP Morgan

June 1999  Enters New Hampshire market

1998  Lightship founded



8     Confidential, January 2005          *Connecting With Excellence*

# Significant Achievements – Last 12 Months

- **Significant operating leverage – strong revenue growth with modest increase in SG&A**
- **Successfully entered the Rhode Island Market**
- **Installation of DMS-100 in Vermont**
- **Average lines per customer continues to increase**
- **Continued strong margins despite pricing pressures**
- **Formalized Profit Management Program**
- **Significant improvement in bad debt expense as a result of targeted programs**
- **Ended 2004 with cash balance in excess of plan**



# Agenda



- Company Overview
- **Engineering and Operations**
  - Network
  - Provisioning
  - Operations
    - IT/OSS
    - CABS
- Sales
- Customers, Billing, Marketing and Regulatory
- CABS
- Financial Review
- The CLEC Market Opportunity
- Summary of Synergies of a Combination





# Network Overview

- **4 Central Offices**
  - ◆ **Worcester MA / Manchester NH / Portland ME / Burlington VT**
  - ◆ **Nortel DMS 100**
  - ◆ **Lucent CBX / PSAX**
  - ◆ **Paradyne CPX-1000**
  - ◆ **Cisco 12000 / 7206**

- **64 Verizon Collocations**
  - ◆ **5 Cages**
  - ◆ **75 Racks**
  - ◆ **Adtran 4303 / 3000 / CPE**
  - ◆ **Lucent PSAX**



 Confidential, January 2005     *Connecting With Excellence*

# Cost Effective and Reliable Network

- ## Focus on Network Survivability
    - Network built to survive – focus on local and E911 traffic
    - Redundancy for voice and data
        - Carrier Alternatives for routing
            - Voice – Global Crossing and MCI
            - Data – Sprint / UUNET / Savvis / Level 3
        - Transport Facility for physical diversity
    - Use of reliable DMS-100 voice switches

- ## Cost Management
    - Dark Fiber minimizing Verizon bottleneck
    - Alternative network providers to provide LCR
    - Data tariff management
    - Technology for scale and efficiency (GR303 / IP / ATM)



# Lightship Network



GR303 provides the ability to reduce network by concentration of voice traffic

PSAX provides the ability to reduce network by concentration of data traffic

Lightship

14    Confidential, January 2005    *Connecting With Excellence*

# Lightship Switching Equipment



**Customer**

**Lightship Central Office**

Phone Sys
LAN    IAD
T-1

DMS 10/100
Class 5 Switch

Local

T-1 TDM
Adtran 4303

GR 303

Long Distance

CE

CBX 500
ATM Switch

GR 303

IP

Phone Sys
LAN    IAD
DSL

ATM Access

CPX 1000
Voice Gate Way

ATM

Phone Sys
LAN    IAD
T-1

T-1 ATM
IMA
DSL
Lucent PSAX

Frame Relay

Cisco Router

**Verizon Central Office**

OC-3 / DS-3

Internet

![Lightship Telecom logo]

***Connecting With Excellence***

# Verizon Collocation Rack

| |
|---|
| Fuse Panel - (1 RU) |
| WTI Modem - (1 RU) |
| DNX Router- (1 RU) |
| DS3/DSX - (2 RU) |
| Adtran 2820 - (3 RU) |
| Space for Heat Dissipation - (2 RU) |
| Adtran 4303 - (6 RU) |
| Space for Heat Dissipation - (2 RU) |
| Adtran 3000 - (5 RU) |
| Space for additional (4303) - (6 RU) |
| Wire Management - (1 RU) |
| DSX – ABC for Mux - (2 RU) |
| DSX 1-84 for Adtran 3000 - (2 RU) |
| DSX 1-84 for Adtran 3000 - (2 RU) |
| Space for additional (4303) DSX - (2 RU) |
| DSX 1-84 for Adtran 4303 - (2 RU) |
| Space for additional (CFA) DSX - (2 RU) |
| DSX 1-84 for CFAs' - (2 RU) |





# Comprehensive Provisioning Process



## Internal Admin System

- ◆ **Tracks 38 milestones**
- ◆ **Internal task notification**
- ◆ **Job tracking**
- ◆ **Exception reporting**
- ◆ **Customer Service Record**
- ◆ **Database of customer contacts**
- ◆ **Linked to billing system**
- ◆ **Tracks customer activity**
- ◆ **Trouble tickets**
- ◆ **Many other features**



# Provisioning Excellence - Metrics



Pre-Install Churn      4.5 %
Provisioning Interval  25 days



% of On-Net Installed <  45 Days = 92 %



# Operational Support System (OSS)





**Lightship**
Telecom

# End User Billing System







*Connecting With Excellence*

# Advantacs Carrier Access Billing System



## Advantacs Billing Capabilities

- Special access circuit billing
  - Circuits are rated and discounted
  - Ability to perform data entry or rate changes up until billing is run
- Switched access billing
  - Summarized CABS records are matched against various database files to compute the actual switched access element charges
- Reciprocal compensation
  - Terminating local and IntraLATA traffic is billed
  - Originating traffic is reported for validation purposes



# Strategic Vendor Cost Management

- **Transport Facilities**
    - Verizon / Other
        - End User T-1             3,578 circuits         $ 773k per month
        - Backbone and other circuits              $ 231k per month

- **CPE and Collocation Equipment**
    - Adtran              Walker Exclusive

- **Long Distance**

| | Term | Signed | Revised |
|---|---|---|---|
| Global Crossings | MTM | 1/99 | 6/04 |
| MCI - $50k / month Commitment | MTM | 4/02 | 6/04 |

- **Internet**

| | | |
|---|---|---|
| MCI - UUNET | 2 yr | 2/04 |
| Sprint | 2 yr | 8/03 |
| Savvis – C&W | 1 yr | 6/04 |
| Level 3 – Secured Servers | 2 yr | 4/04 |



# Internal Support Systems





Lightship
T e l e c o m

# Agenda

- Company Overview
- Engineering and Operations



- **Sales**
- Customers, Billing, Marketing and Regulatory
- CABS
- Financial Review
- The CLEC Market Opportunity
- Summary of Synergies of a Combination



# Sales Organization



```
┌─────────────────────────────────┐
│           Rich Kendall          │
│ Executive Vice President Sales  │
└─────────────────────────────────┘
    │
    ├─ Sales Support (7)
    ├─ Eastern Regional Director (1)
    │       │
    │       ├─ Mass East (9)
    │       ├─ Rhode Island (6)
    │       ├─ New Hampshire (7)
    │       └─ Maine (8)
    ├─ Western Regional Director (1)
    │       │
    │       ├─ Vermont (4)
    │       ├─ Mass West (8)
    │       └─ Mass Central (6)
    └─ Indirect Sales (2)
```



# Industry Leading Sales Performance

| Sales Productivity & Growth | YE 2001 | YE 2002 | YE 2003 | YE 2004 | Percentage Growth 2004 vs 2003 | Percentage Growth 2004 vs 2002 |
|---|---|---|---|---|---|---|
| Gross Lines Sold | 17,764 | 27,089 | 33,382 | 39,411 | 18.1% | 45.5% |
| Lines per Head | 35.4 | 50.1 | 53.0 | 58.1** | 9.6% | 16.0% |
| Lines in Billing | 26,432 | 44,327 | 61,988 | 87,052 | 40.4% | 96.4% |

** Includes sale to one large client.  Normalized lines per head is 53.



# Gross Lines Sold / Market

| Market | 2002 | 2003 | 2004 | 2004 vs. 2003 % | 2004 vs. 2002 % |
|---|---|---|---|---|---|
| Maine | 8,203 | 9,648 | 11,649 | 20.7% | 42.0% |
| New Hampshire | 5,066 | 7,232 | 7,737 | 7.0% | 52.7% |
| Mass (East) | 3,647 | 4,629 | 6,565 | 41.8% | 80.0% |
| Mass (Central) | 4,018 | 4,911 | 4,820 | -1.8% | 20.0% |
| Vermont | 3,186 | 3,482 | 3,979 | 14.3% | 24.9% |
| Mass (West) | 2,869 | 3,178 | 3,465 | 9.1% | 20.8% |
| Rhode Island | 22 | 178 | 1,050 | 489.9% | 4,672.7% |
| Other | 78 | 124 | 146 | 17.7% | 87.2% |
| Totals | 27,089 | 33,382 | 39,411 | 18.1% | 45.5% |

