# A Successful Sales System

 1. **Leadership**

2. Structure and Discipline

3. Accountability

4. Investing in people

- **Stable management team- most players have been at Lightship since 2002**

- **Management team and key sales representatives have worked together for multiple companies**

- **Management team has 107 collective years of telecom sales experience**

- **Team includes a number of veteran sales reps with very significant telecom sales experience**



# A Successful Sales System

1. Leadership

2.  Structure and Discipline

3. Accountability

4. Investing in people

- **The week follows a rigid schedule that defines specific times for**:
  - Team meetings
  - Monday and Thursday:
    - cold calls
    - quality appointments set
  - Tuesday, Wednesday, Friday:
    - go on appointments and close business
    - cold knock, network partner meetings
  - 12-1 Lunch; Paperwork & Admin after 5pm
  - Friday wrap-up meeting

- **The schedule generates a sense of team**
  - Daily interaction with teammates
  - Maximize productivity
  - Encourages a strong work ethic
  - Creates an exciting, enthusiastic atmosphere



29    Confidential, January 2005          *Connecting With Excellence*

# A Successful Sales System

1. Leadership

2. Structure and Discipline


3. Accountability

4. Investing in people

- **Clearly defined daily, weekly, and monthly goals for everyone on <u>all</u> key sales measures and activities:**
  - **E.g., Number of cold calls, appointments, vendor meetings, funnel growth, signed contracts and signed lines**

- **Progress discussed at management meetings every Monday morning**

- **Competitive and *public* stack rankings, quota board, and office thermometers**

- **Minimum level of expectation enforced -- low performers are terminated**



***Connecting With Excellence***

# A Successful Sales System

1. Leadership
2. Structure and Discipline
3. Accountability

4. **Investing in people**

- **Hire strong candidates**

- **Aggressive training program**
  - **Formal one-week corporate training**
  - **Regularly scheduled Lightship University training curriculum for all sales levels**

- **Mentoring program**
  - **All new hires paired up with proven veterans**

- **Celebrate successes**
  - **Weekly/monthly recognition conference calls**
  - **Monthly recognition plaques**
  - **Top rep sales summits**
  - **Top rep outings/events**
  - **Annual trip**



# Agent Channel

- **2004 – Increased Focus on Alternate Channel**
  - **Hired Agent Channel Manager, January 2004**
  - **Rewrote Independent Authorized Agent Agreement**
  - **Created commission structure to encourage long term end-user contracts**
  - **Launched partner extranet to provide on-line access**
  - **Developed new Wholesale Channel Program**
    - **Developed back-end CDR record support**
    - **Implemented custom Wholesale sales documents**

- **2004 Results**
  - **3,028 lines sold vs. 1,309 for 2003**
  - **48 active agents, 4 active wholesalers**

- **2005 - High Expectations**
  - **Agents have developed a good comfort level with Lightship**
  - **Hired 2nd Agent Channel Manager, January 2005**
  - **Enhancing extranet interface**
  - **Creating incentives to attract existing high-producing agents**



# Agenda



- Company Overview
- Engineering and Operations
- Sales
- **Customers, Billing, Marketing and Regulatory**
  - Lightship's Customers
  - Customer Relations (Repair, Customer Support, Billing)
  - Marketing
  - Regulatory
- CABS
- Financial Review
- The CLEC Market Opportunity
- Summary of Synergies of a Combination



# Attractive Customer Base

- **Lightship has an attractive customer base that provides a strong revenue base**

  - **Balanced geographic market growth**: Lightship's customer base is balanced across its geographic footprint
  - **Loyal and stable**: Lightship's customers choose long term contracts and renew at high rates.  This, combined with our focus on customer satisfaction, helps Lightship achieve industry leading churn rates of less than 1.3%
  - **Complex telecom needs**: Lightship targets customers with more complex telecommunication needs – these are our most loyal customers
  - **Broad vertical coverage**:  Lightship's exposure to macro-economic trends is limited by our broad vertical market coverage

- **Customer satisfaction is a clear focus for Lightship. Both the culture and our processes reflect this focus**



# Customer Locations by State



*Connecting With Excellence*

**Lightship**
Telecom

# Access Line Distribution

### Line Distribution by State



**Connecting With Excellence**



# Market Penetration

## Market Share by State



Market Share Year End 2001   Market Share Year End 2004



# Customer Loyalty









**Lightship**
Telecom

# Customer Size



- **40% of Lightship's revenue comes from customers with multiple locations**



- **63% of Lightship's revenue comes from customers with over 20 lines**



39    Confidential, January 2005          *Connecting With Excellence*

# Customer Characteristics



- **75% of revenue comes from customers with greater than 15 employees**



- **Lightship's penetration across SICs is fairly uniform**



Confidential, January 2005          *Connecting With Excellence*

# Integrated Customer Relations Team

**Customer Service**
- Centralized team for non-repair issues (e.g., billing, MAC activity, usage questions)

**Lightship Cares Managers**
- In-region team providing proactive care for large and strategic accounts

**Renewal Team**
- Actively renews medium sized accounts

**Repair**
- Centralized team for repair issues
- Facilities issues and more complex problems are solved in conjunction with the operations/engineering team
- Management of challenging facilities issues

**Retail Billing**
- Billing entry, product maintenance, bill presentation



# Customer Satisfaction

### Effectiveness

- Proactive account management
  - In region presence - Lightship Cares Managers for strategic accounts
  - Critical Accounts Program
  - Executive Sponsor Program
  - Renewal Program

- Repair/Incident Handling
  - Business continuity solutions
  - Customer communication
  - Customer access to management levels
  - Integrated call queues

### Efficiency

- Customer Self-care
  - Access to on-line bandwidth usage reports
  - Access to on-line billing account information
  - User customizable usage reporting
  - FAQs on web

- Eliminating the need for customer calls
  - Continuous Company wide effort to improve quality – "get it right the first time"
  - First-bill calls
  - Proactive customer communications (incident updates, grooms, etc.)
  - Customer access to payment information



# Customer Service Call Center

### Call Statistics 2003 vs 2004



**Connecting With Excellence**



# Repair Center

**Repair Tickets 2003 vs 2004**





***Connecting With Excellence***

# Best in Class Account Statements

- **Lightship's unified billing statement is best in class and a key service differentiator**

- **Billing statements can be provided in traditional paper format or can be accessed online**

- **All bills include pre-defined usage reports, charts and graphs tailored for small and medium-sized businesses**

- **Easy-to-read traffic audit report with complete graphical and statistical information**



# Lightship's Product Offering






## Telephony

- Local Dial Tone (POTS, Flex, PRI, Centrex, features)
- Domestic & Int'l Long Distance Service
- Toll Free
- Unlimited Calling Plans
- Calling Cards
- Fax/efax
- Conference Calling
- Voice Messaging

## Internet

- High Speed Bandwidth
- Burstable Bandwidth
- Web Hosting
- E-mail & Web Mail
- Internet Bandwidth Monitoring
- Dial-up
- Bandwidth Monitoring
- WiFi

## Data

- Frame relay
- Point to point
- WAN
- Bandwidth Reports
- ATM, Burstable bandwidth
- VPN
- Wholesale Dialup Ports
- Leased Equipment

## Co-Location

- Secured Rack Space
- PRI
- Internet Bandwidth
- Uninterrupted Power



# Marketing Initiatives

- **New Services**
  - **DSL Services**
  - **ATM to the Edge**
  - **WIFI Hotel Vertical Services**
  - **Rhode Island Market Expansion**
  - **Lightship Advantage II**
  - **Lightship Long Distance Unlimited Calling Plans**

- **Promotions (new and ongoing)**
  - **Customer Hardware Credit Program**
  - **"Free" months for PRI customers**
  - **Competitor Bid Matching**

- **Business Management**
  - **Customized pricing for 2,500 lines per month (average)**
  - **Three Wholesale Partner Contracts**
  - **Market Leading Service Level Agreements; New Master Service Agreements; Customized Contracts**



***Connecting With Excellence***

# Corporate Communications - 2004

- **Advertising**
  - 80 ads in 12 regional business publications; 20 monthly physical advertisement locations; Radio advertising on 21 regional stations
- **Lead Generation**
  - High-end lead generation initiative resulting in 65 confirmed appt. leads
  - 850 qualified leads from trade show activities
- **32 Trade Show events and business meetings**
  - Vertical and regional shows throughout NE
- **Membership in 65 business associations**
- **Public Relations**
  - 40+ articles, 6 press releases, 175 media contacts
  - 42 Corporate and Non-profit sponsorships
- **Premiums and Collateral**
  - Corporate apparel, customer premiums, trade show items
  - 60,000 collateral pieces distributed annually
- **Attributable new revenues of $1.0-$1.5 million annually**



# Influencing Regulatory Outcomes

- **Leverage PUCs to constrain Verizon behavior (e.g., Vermont Centrex contracts)**
- **Engage PUCs and FCC to ensure favorable outcomes of regulatory proceedings (e.g., Maine 271 enforcement)**
- **Support the Profit Management Program (e.g., billing presumptive ISP minutes)**
- **Shape business decisions based on changes in the regulatory landscape (e.g., growth plans)**
- **Engage Verizon in carrier to carrier negotiations**



# Impact of TRO is Modest

| UNE Element | Impact on Lightship |
|---|---|
| • DS0 UNE-Loops | • No impact from TRO |
| • DS1 and greater UNE-Loops | • Lightship primarily uses special access<br>• Impact limited to central Boston wire centers |
| • UNE-transport | • Impact limited to the few routes where alternatives are mostly available – cost increases will be modest as a percent of the total transport costs |
| • UNE-P | • Lightship only has 10% UNE-P** circuits<br>• The vast majority will be moved on-net by the end of 2005 |

** As of December 31, 2004

**Lightship** Telecom

50   Confidential, January 2005        *Connecting With Excellence*

# Regulatory Trends Favor Facilities CLECs

| Regulatory Development | Implication |
|---|---|
| 1.  UNE-P eliminated | 1.  UNE-P companies face materially higher costs |
| 2.  High Cap UNE-Loops under threat | 2.  Favors CLECs using Special Access and UNE-L (copper) |
| 3.  ILEC Title II Forbearance for data services | 3.  Creates wholesale market for data and limits VoIP competition |
| 4.  Long-term UNE-L threat | 4.  Favors larger CLEC that can use emerging access technologies (e.g., wireless) |



**A significant retail and wholesale market opportunity is available to a regional facilities-based CLEC that can offer low-cost access across the New England region**

**Lightship** Telecom

# Agenda

- Company Overview
- Engineering and Operations
- Sales
- Customers, Billing, Marketing and Regulatory
 - **CABS**
- Financial Review
- The CLEC Market Opportunity
- Summary of Synergies of a Combination



## Lightship Maximizes the CABS Opportunity

- **Company's strategy of maximizing on-net lines for SME business customers and ISPs generates above-average compensible MOUs**
- **Lightship enjoyed historically high agreed PLUs until 2004**
- **Lightship does a good job of optimizing network design and management and therefore generates high-rate MOUs**
- **Lightship actively manages profitability through operational excellence in understanding regulatory and tariff and MOU traffic**
- **Rates are in-line with other CLECs in our markets**



# Lightship's CABS Rates

### Lightship's CABs Rates Are Comparable to Other CLECs





# Top Ten CABs Customers – Account Aging

### December 31, 2004

| Customer Name | Balance | Current | 30 | 60 | 90 | 120 |
|---|---|---|---|---|---|---|
| Verizon Communications | 850,394 | 822,664 | 27,729 | - | - | - |
| Global Crossing | 357,054 | 116,945 | 89,961 | 96,477 | 6 | 53,665 |
| MCI | 43,168 | 2,396 | 206 | - | - | 40,566 |
| AT&T | 40,451 | 37,048 | 3,404 | - | - | - |
| Conversent Communications | 35,881 | 5,451 | 3,963 | 4,458 | 4,485 | 17,524 |
| CRC Communication of Maine | 35,288 | 1,508 | 947 | 1,136 | 1,076 | 30,621 |
| Comcast Phone | 30,020 | 3,228 | 1,659 | 1,046 | 1,936 | 22,150 |
| Qwest Communications | 24,855 | 20,623 | 3,893 | 1,249 | 1,316 | (2,225) |
| CTC Communications Corp | 20,753 | 2,703 | 1,964 | 1,797 | 1,583 | 12,705 |
| Verizon Wireless | 10,771 | 6,179 | 4,592 | - | - | - |
| Total of Top 10 Customers | 1,448,634 | 1,018,746 | 138,317 | 106,163 | 10,403 | 175,006 |



**Connecting With Excellence**

# Agenda

- Company Overview
- Engineering and Operations
- Sales
- Customers, Billing, Marketing and Regulatory
- CABS



- **Financial Review**
    - Financials
    - Capital Structure & Debt Facility Details
    - Profitability Management Program
- The CLEC Market Opportunity
- Summary of Synergies of a Combination



# Historical Financial Results

|  | Audited 1998 | Audited 1999 | Audited 2000 | Audited 2001 | Audited 2002 | Audited 2003 |
|---|---|---|---|---|---|---|
| **Revenues** | $ - | $ 649,933 | $ 7,879,253 | $ 17,768,638 | $ 27,421,470 | $ 42,756,089 |
| Cost of revenues | - | 950,516 | 8,020,043 | 12,849,143 | 14,490,160 | 16,764,424 |
| **Gross margin** | - | (300,583) | (140,790) | 4,919,495 | 12,931,310 | 25,991,665 |
| **Gross margin %** | N/A | -46.2% | -1.8% | 27.7% | 47.2% | 60.8% |
| **Sales and Marketing** | - | 598,858 | 2,848,525 | 3,207,824 | 3,852,884 | 5,472,425 |
| **General and Administrative** | 272,965 | 2,367,884 | 9,420,702 | 12,498,865 | 12,464,633 | 15,085,306 |
| **Total Operating Expenses** | 272,965 | 2,966,742 | 12,269,227 | 15,706,689 | 16,317,517 | 20,557,731 |
| **EBITDA** | (272,965) | (3,267,325) | (12,410,017) | (10,787,194) | (3,386,207) | 5,433,934 |
| **Depreciation and Amortization** | 5,346 | 169,217 | 2,169,211 | 5,369,656 | 5,826,050 | 6,827,263 |
| **Operating Income (Loss)** | (278,311) | (3,436,542) | (14,579,228) | (16,156,850) | (9,212,257) | (1,393,329) |
| **Loss on Impairment of Assets** | - | - | - | 2,587,417.00 | - | - |
| **Interest Income** | 3,672 | 75,224 | 196,095 | 473,260 | 127,649 | 51,969 |
| **Interest Expense** | (56) | (25,902) | (1,034,092) | (4,599,245) | (2,267,134) | (2,375,619) |
| **Net Income (Loss)** | $ (274,695) | $ (3,387,220) | $ (15,417,225) | $ (17,695,418) | $ (11,351,742) | $ (3,716,979) |

**Note: Presentation has been modified from
audit reports to display Margin and EBITDA**



# 2003-2004 Financial Results by Quarter

| | 1Q03 | 2Q03 | 3Q03 | 4Q03 | FYE 2003 | 1Q04 | 2Q04 | 3Q04 | 4Q04E | FYE 2004E |
|---|---|---|---|---|---|---|---|---|---|---|
| Total Revenues | $ 8,635 | $ 10,783 | $ 11,201 | $ 12,138 | $ 42,756 | $ 11,843 | $ 12,365 | $ 12,423 | $ 14,988 | $ 51,618 |
| Total Cost of Goods Sold | 4,057 | 4,183 | 4,189 | 4,335 | 16,764 | 5,165 | 5,198 | 5,087 | 5,193 | 20,643 |
| Gross Margin | 4,578 | 6,599 | 7,011 | 7,803 | 25,992 | 6,678 | 7,167 | 7,336 | 9,794 | 30,975 |
| Gross Margin % | 53% | 61% | 63% | 64% | 61% | 56% | 58% | 59% | 65% | 60% |
| Total Operating Expenses | 4,415 | 5,671 | 5,217 | 5,248 | 20,551 | 5,230 | 5,415 | 5,121 | 5,210 | 20,976 |
| EBITDA | 163 | 929 | 1,794 | 2,555 | 5,441 | 1,448 | 1,752 | 2,215 | 4,584 | 10,000 |
| EBITDA % | 2% | 9% | 16% | 21% | 13% | 12% | 14% | 18% | 31% | 19% |
| Total Other Revenue & Expenses | 2,149 | 2,217 | 2,249 | 2,542 | 9,157 | 2,415 | 2,465 | 2,529 | 2,542 | 9,951 |
| Net Income (Loss) Before Taxes | (1,986) | (1,288) | (455) | 13 | (3,717) | (967) | (713) | (314) | 2,043 | 49 |
| Income Taxes | - | - | - | - | - | - | - | - | 158 | 158 |
| Net Income (Loss) | $ (1,986) | $ (1,288) | $ (455) | $ 13 | $ (3,717) | $ (967) | $ (713) | $ (314) | $ 1,885 | $ (109) |



**Connecting With Excellence**