# 2003-2004 Quarterly Revenue Breakdown

| ($000) | 1Q03 | 2Q03 | 3Q03 | 4Q03 | 2003 | 1Q04 | 2Q04 | 3Q04 | 4Q04E | 2004E |
|---|---|---|---|---|---|---|---|---|---|---|
| Recurring revenue | $5,065 | $ 5,591 | $ 6,177 | $ 6,522 | $23,355 | $ 6,988 | $ 7,381 | $ 7,809 | $ 8,209 | $30,387 |
| Usage revenue | 1,607 | 1,805 | 1,825 | 1,834 | 7,071 | 1,965 | 2,017 | 1,952 | 2,117 | 8,051 |
| CABs | 1,755 | 3,318 | 3,194 | 3,628 | 11,895 | 2,760 | 2,857 | 2,469 | 4,431 | 12,517 |
| Recip Comp | 200 | 230 | 214 | 247 | 891 | 258 | 280 | 254 | 330 | 1,122 |
| Allowances | 5 | (162) | (209) | (94) | (460) | (128) | (170) | (61) | (100) | (459) |
| Total revenue | $8,632 | $10,782 | $11,201 | $12,137 | $42,752 | $11,843 | $12,365 | $12,423 | $14,987 | $51,618 |



# Adjusted EBITDA

**Estimated Impact of Capitalizing Internal Provisioning Expenses**

|  | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|
| **Impact on Statement of Operations:** | | | | | | |
| EBITDA impact | $  694,799 | $  1,171,721 | $  1,361,849 | $  1,429,942 | $  1,501,439 | $  1,576,511 |
| Amortization impact | (72,110) | (399,982) | (828,720) | (1,220,887) | (1,380,506) | (1,463,633) |
| Net income impact | $  622,689 | $  771,739 | $  533,129 | $  209,054 | $  120,933 | $  112,877 |
| | | | | | | |
| **Impact on Balance Sheet:** | | | | | | |
| Deferred install fees | $  694,799 | 1,866,520 | $  3,228,369 | $  4,658,311 | $  6,159,749 | $  7,736,260 |
| Accumulated amortization | (72,110) | (472,092) | (1,300,812) | (2,521,699) | (3,902,205) | (5,365,839) |
| Net (offset is equity/deficit) | $  622,689 | $  1,394,428 | $  1,927,557 | $  2,136,611 | $  2,257,544 | $  2,370,421 |

- **Industry practice is to capitalize all costs of provisioning new customers, both internal and external**
- **Lightship's policy is to capitalize only external costs and expense internal costs**



  Confidential, January 2005          *Connecting With Excellence*

# Revenue and Lines by Market





# Average Revenue Per Line (including CABS)





**Connecting With Excellence**

# Historical Results

- **Lightship Has Shown Steady, Rapid Growth in Revenue and EBITDA**





***Connecting With Excellence***

# Lightship
### Telecom

# SG&A Breakdown

| ($000) | 2003 | | | | | 2004E | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q03 | 2Q03 | 3Q03 | 4Q03 | Year | 1Q04 | 2Q04 | 3Q04 | 4Q04E | Year |
| Total Wages | 1,929 | 2,169 | 2,383 | 2,515 | 8,996 | 2,311 | 2,399 | 2,626 | 2,546 | 9,883 |
| Bonus | 243 | 361 | 246 | 319 | 1,169 | 270 | 277 | 79 | 500 | 1,126 |
| Vacation Expense | 65 | 72 | 26 | (57) | 105 | 15 | 15 | 2 | - | 32 |
| Commissions | 293 | 403 | 459 | 406 | 1,562 | 465 | 559 | 429 | 412 | 1,864 |
| Total Wages & Commissions | 2,530 | 3,005 | 3,113 | 3,184 | 11,833 | 3,061 | 3,250 | 3,136 | 2,960 | 12,407 |
| | | | | | | | | | | |
| Benefit Costs | 149 | 148 | 197 | 161 | 655 | 221 | 183 | 220 | 269 | 893 |
| Payroll Taxes | 222 | 215 | 208 | 230 | 875 | 331 | 272 | 220 | 196 | 1,019 |
| Total Wages & Benefits | 2,901 | 3,368 | 3,519 | 3,575 | 13,363 | 3,613 | 3,705 | 3,576 | 3,924 | 14,818 |
| | | | | | | | | | | |
| Marketing Expense | 95 | 117 | 128 | 103 | 444 | 104 | 101 | 87 | 61 | 353 |
| Billing Expense | 272 | 233 | 111 | 117 | 733 | 81 | 71 | 43 | 39 | 235 |
| Bad Debt Expense | 220 | 655 | 359 | 267 | 1,500 | 229 | 284 | 234 | (111) | 635 |
| Rents | 275 | 305 | 313 | 264 | 1,157 | 329 | 349 | 295 | 350 | 1,323 |
| Classified Advertising | 4 | 3 | 3 | 4 | 15 | 5 | 9 | 6 | 5 | 24 |
| Office Supplies | 22 | 29 | 29 | 25 | 105 | 22 | 16 | 20 | 28 | 86 |
| Legal Fees | 41 | 60 | 84 | 37 | 222 | 50 | 101 | 97 | 35 | 283 |
| Accounting Fees | 30 | 76 | 52 | 31 | 189 | 23 | 32 | 39 | 29 | 122 |
| Professional Fees | (4) | 193 | 93 | 73 | 355 | 60 | 78 | 163 | 162 | 463 |
| Recruiting Fees | 125 | 20 | - | 5 | 150 | 22 | 27 | 23 | 2 | 73 |
| Telephone Expense | 61 | 68 | 47 | 60 | 236 | 69 | 78 | 16 | 73 | 236 |
| Travel | 44 | 35 | 61 | 131 | 271 | 60 | 71 | 60 | 35 | 226 |
| Mileage Reimbursement | 74 | 84 | 105 | 96 | 359 | 102 | 92 | 107 | 102 | 403 |
| Amort of Maintenance Contracts | 99 | 99 | 112 | 132 | 442 | 201 | 167 | 149 | 77 | 595 |
| Other Expense | 156 | 328 | 201 | 326 | 1,011 | 260 | 236 | 207 | 397 | 1,100 |
| Total SG&A | 4,415 | 5,671 | 5,217 | 5,248 | 20,551 | 5,230 | 5,415 | 5,121 | 5,210 | 20,976 |



**Connecting With Excellence**

# Lightship Bad Debt Expense

| ($000) | 2004E | 2003 | 2002 | 2001 | 2000 |
|---|---|---|---|---|---|
| Bad debt expense | $ 636 | $ 1,500 | $ 811 | $ 596 | $ 244 |
| % of revenues | 1.20% | 3.51% | 2.96% | 3.35% | 3.10% |

- **Bad debt expense was reduced sharply in 2004 by taking several decisive actions:**
  - **Moved the Credit & Collections function from PA to NH where our Operations Center and Customer Care functions reside**
  - **Significantly upgraded the staff**
  - **Developed and implemented Credit & Collections policies and procedures**
  - **Instituted inspection of and accountability for resolving reasons customers weren't paying**
  - **Acted decisively to terminate service for non-payment**
  - **Engaged CABs customers to resolve open issues and disputes**



    *Connecting With Excellence*

# Accounts Receivable and Reserve

**at December 31, 2004**

| | | Current | | 31 - 60 | | 61 - 90 | | 91 - 120 | | 121 - 150 | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade | $ | 2,097 | $ | 489 | $ | 221 | $ | 123 | $ | 170 | $ | 3,101 |
| CABs | | 1,041 | | 143 | | 109 | | 14 | | 190 | | 1,496 |
| Total | $ | 3,138 | $ | 632 | $ | 330 | $ | 137 | $ | 360 | $ | 4,597 |
| | | 68% | | 14% | | 7% | | 3% | | 8% | | 100% |

| | Reserve | $ | 680 |
|---|---|---|---|
| | | | 15% |



***Connecting With Excellence***

# Lightship Capital Structure

| ($000) | Preliminary December 31, 2004 |
|---|---|
| **Current portion:** | |
| Leases | $          732 |
| GECC debt | 5,547 |
| Total current | 6,279 |
| **Long term portion:** | |
| Leases | 419 |
| GECC debt | 19,415 |
| Total long term | 19,834 |
| Total debt | $       26,113 |
| | |
| | |
| Paid in capital | $       55,534 |
| Accumulated deficit | (62,451) |
| Net equity | $        (6,917) |



# Lightship Equity Cap Table

## As of December 31, 2004

| | Preferred CC* | Preferred BB | AA Stock Issued | AA Options Granted | AA Options Reserved | Warrants for Common | Common | Total Shares | % Fully Diluted |
|---|---|---|---|---|---|---|---|---|---|
| Authorized Voting | 15,000,000 | 15,000,000 | 5,000,000 | | | | 34,000,000 | 69,000,000 | |
| Authorized Non-voting | 15,000,000 | 15,000,000 | - | | | | 26,000,000 | 56,000,000 | |
| Total Authorized | 30,000,000 | 30,000,000 | 5,000,000 | | | | | 125,000,000 | |
| Elimination of double count | (15,000,000) | (15,000,000) | - | | | | | (30,000,000) | |
| Effective Total Authorized | 15,000,000 | 15,000,000 | 5,000,000 | | | | 60,000,000 | 95,000,000 | |
| | | | | | | | | | |
| JPMorgan SBIC Voting BB | | 7,518,666 | | | | | | | |
| JP Morgan SBIC Non-voting BB | | 3,156,538 | | | | | | | |
| Total, JPMP SBIC Fund | 4,112,698 | 10,675,204 | | | | | | 14,787,902 | 44.4% |
| Total Sixty Wall St Fund | 887,302 | 2,496,839 | | | | | | 3,384,141 | 10.2% |
| JPMP Funds | 5,000,000 | 13,172,043 | - | - | | - | - | 18,172,043 | 54.6% |
| The Megunticook Fund II, LP | 6,052,697 | - | - | - | | - | - | 6,052,697 | 18.2% |
| The Megunticook Side Fund II, LP | 1,447,303 | - | - | - | | - | - | 1,447,303 | 4.3% |
| Megunticook Funds | 7,500,000 | - | - | - | | - | - | 7,500,000 | 22.52% |
| Employees (options and AA shares) | - | - | 2,732,015 | 1,355,661 | 833,983 | - | - | 4,921,659 | 14.8% |
| Officers at time of restructure | 1,301,451 | 22,581 | - | - | | - | - | 1,324,032 | 4.0% |
| Osprey Partners, LLC and Others | 190,000 | 805,376 | - | - | | - | - | 995,376 | 3.0% |
| GECC | - | - | - | - | | 333,339 | - | 333,339 | 1.0% |
| ATEL | - | - | - | - | | 50,000 | - | 50,000 | 0.2% |
| Total Issued and Outstanding | 13,991,451 | 14,000,000 | 2,732,015 | 1,355,661 | 833,983 | 383,339 | - | 33,296,449 | 100.0% |
| | 42.0% | 42.0% | 8.2% | 4.1% | 2.5% | 1.2% | 0.0% | 100.0% | |



Confidential, January 2005          *Connecting With Excellence*

# Summary of GECC Debt Facility

- $24,878,661 P&I outstanding at February 8, 2002 restructuring
- PIK'd interest until October 1, 2003, then cash pay
- Balance at commencement of amortization was $27,735,076
- Amortization of principal commenced March 20, 2004
- Financial covenants for:
    - Senior and total debt leverage
    - Minimum cash
    - Minimum EBITDA
    - Fixed charge coverage
    - Cash interest coverage

**Pricing Details**

| Total Leverage | | LIBOR Margin | Base Rate Margin |
|---|---|---|---|
| 3.0X | 5.0X | 4.75% | 3.75% |
| 2.0X | 3.0X | 4.25% | 3.25% |
| 1.0X | 2.0X | 4.00% | 3.00% |
| | 1.0X | 3.25% | 2.25% |



# GECC Amortization Schedule

| Payment Date | Beginning Principal | Principal Amortization | Ending Principal | Amortization Percentage |
|---|---|---|---|---|
| **2004** | | | | |
| 31-Mar | 27,735,076 | (693,377) | 27,041,700 | 2.50% |
| 30-Jun | 27,041,700 | (693,377) | 26,348,323 | 2.50% |
| 30-Sep | 26,348,323 | (693,377) | 25,654,946 | 2.50% |
| 31-Dec | 25,654,946 | (693,377) | 24,961,569 | 2.50% |
| **2005** | | | | |
| 31-Mar | 24,961,569 | (1,386,754) | 23,574,815 | 5.00% |
| 30-Jun | 23,574,815 | (1,386,754) | 22,188,061 | 5.00% |
| 30-Sep | 22,188,061 | (1,386,754) | 20,801,307 | 5.00% |
| 31-Dec | 20,801,307 | (1,386,754) | 19,414,554 | 5.00% |
| **2006** | | | | |
| 31-Mar | 19,414,554 | (1,560,098) | 17,854,455 | 5.63% |
| 30-Jun | 17,854,455 | (1,560,098) | 16,294,357 | 5.63% |
| 30-Sep | 16,294,357 | (1,560,098) | 14,734,259 | 5.63% |
| 31-Dec | 14,734,259 | (1,560,098) | 13,174,161 | 5.63% |
| **2007** | | | | |
| 31-Mar | 13,174,161 | (1,560,098) | 11,614,063 | 5.63% |
| 30-Jun | 11,614,063 | (1,560,098) | 10,053,965 | 5.63% |
| 30-Sep | 10,053,965 | (1,560,098) | 8,493,867 | 5.63% |
| 31-Dec | 8,493,867 | (1,560,098) | 6,933,769 | 5.63% |
| **2008** | | | | |
| 31-Mar | 6,933,769 | (1,733,442) | 5,200,327 | 6.25% |
| 30-Jun | 5,200,327 | (1,733,442) | 3,466,885 | 6.25% |
| 30-Sep | 3,466,885 | (1,733,442) | 1,733,442 | 6.25% |
| 31-Dec | 1,733,442 | (1,733,442) | | 6.25% |



*Connecting With Excellence*

# Lightship Has an Excellent Cost Structure

**Comparison of Costs of Services & Products Sold as a % of Revenue**



Lightship Cost of Sales ⟶

*Source: Industry Consultant*

**Connecting With Excellence**

**Lightship**
T e l e c o m

# Profit Management Program Milestones

- **January 2003 – Brought EUR (carrier) billing systems in house**
- **April 2003 – Brought Aptis (customer) billing systems in house**
- **August  2003 - Transferred CABs billing and invoice/cost verification from Finance to Operations**
- **October 2003 - Expanded CABs billing function and cost audit function with additional personnel performing additional procedures**
- **September 2004 - Engaged industry consultants to analyze Interconnection Agreements and conduct audit for revenues and cost savings**
- **October 2004 - Formalized Profit Management Program**
- **January 2005 - Engaged industry consultants to assist Lightship in implementing formal program structure with appropriate processes, procedures, etc.**



# Outline of Profit Management Program

## Revenue Management
- Assurance/recovery for compensible access services
  - Switched access
  - Dedicated access
  - Reciprocal compensation

## Cost management
- Auditing
- Validation
- Dispute management:
  - Access services
  - Facilities: special access, UNEs
  - Switched access and reciprocal compensation



## Results
- Revenues – more than $2.0 million billed and collected in 2004
- Costs - 708 disputes yielded $1.13 million in cost savings
- Expectations for new discoveries in 2005 and beyond: 2% to 4% Gross Margin/EBITDA improvement



# 2005-2007 Financial Projections Highlights

| ('000) | 1Q05 | 2Q05 | 3Q05 | 4Q05 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|---|---|
| Revenue | 13,779 | 14,484 | 15,080 | 15,995 | 59,339 | 75,538 | 90,417 |
| Cost of Goods Sold | 6,056 | 6,003 | 6,258 | 6,635 | 24,953 | 30,970 | 36,456 |
| Gross Profit | 7,723 | 8,481 | 8,822 | 9,360 | 34,386 | 44,568 | 53,961 |
| *Gross Margin* | *56%* | *59%* | *59%* | *59%* | *58%* | *59%* | *60%* |
| Operating Expenses | 5,124 | 5,458 | 5,853 | 6,128 | 22,564 | 26,212 | 28,330 |
| EBITDA | 2,599 | 3,023 | 2,969 | 3,231 | 11,822 | 18,357 | 25,630 |
| *EBITDA Margin* | *19%* | *21%* | *20%* | *20%* | *20%* | *24%* | *28%* |
| Capital Expenditures | 6,004 | 1,372 | 1,511 | 2,001 | 10,888 | 9,161 | 8,968 |
| Cash Balance | 3,541 | 3,368 | 3,295 | 2,892 | 2,892 | 4,234 | 13,223 |
| Debt | 24,530 | 22,966 | 21,397 | 19,825 | 19,825 | 13,177 | 6,934 |
| | | | | | | | |
| Access Lines | 94,430 | 101,305 | 109,579 | 119,792 | 119,792 | 156,821 | 189,085 |
| Employees | 203 | 207 | 210 | 212 | 212 | 220 | 220 |



# Financial Forecast Drivers

- **Line Growth**
  - Sales force is primary driver of new line growth
  - Further penetration of the Rhode Island market
  - Ability to service an increasing number of businesses at a lower cost as a result of the expansion of the number co-location facilities
  - Increased lines from agent channel as a result of recent initiatives
  - Enhanced product suite

| Direct Sales | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|
| Direct Sales Reps | 57 | 61 | 66 | 68 |
| Avg. Monthly Access Line per Rep | 53 | 53 | 53 | 53 |
| **Avg. Lines from Direct Sales** | **3,043** | **3,233** | **3,500** | **3,600** |

- **Pricing**

| Pricing Breakdown | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|
| Monthly Access Charge | $34.20 | $30.32 | $27.41 | $25.51 |
| YoY % Change | | -11.3% | -9.3% | -6.9% |
| | | | | |
| Avg. Price per Minute | $0.0290 | $0.0283 | $0.0276 | $0.0269 |
| YoY % Change | | -2.43% | -2.41% | -2.34% |
| | | | | |
| **Avg. Revenue Per Line** | **$56.27** | **$48.63** | **$45.53** | **$43.62** |
| YoY % Change | | -13.6% | -6.4% | -4.2% |

*Does not include CABS*



Confidential, January 2005        ***Connecting With Excellence***

# Financial Forecast Drivers (cont.)

- **Capital Expenditures**
  - Fixed capital required for each incremental customer addition
  - Approximately $5.0 million to the expansion of its co-location footprint throughout New England
  - $4.0 million for the rollout of VoIP and other components of next generation networks, evenly spread through 2006 and 2007

| Capex | 2005 | 2006 | 2007 |
|---|---|---|---|
| Line Driven Expenditures | 3,314,942 | 4,192,017 | 3,755,335 |
| Infrastructure | 6,640,500 | 3,890,500 | 4,230,500 |
| Network Installation Costs | 932,240 | 1,078,793 | 982,095 |
| **Total Capex** | **10,887,682** | **9,161,310** | **8,967,931** |



***Connecting With Excellence***

# Agenda

- Company Overview
- Engineering and Operations
- Sales
- Customers, Billing, Marketing and Regulatory
- CABS
- Financial Review
 - **The CLEC Market Opportunity**
- Summary of Synergies of a Combination



# SME Market In New England



**Lines**

Total  Residential  Large Business  **SME**

6.1m   3.8m   .25m   **2.0m**

**Telecom Annualized Revenue**

Base Revenue  Increase in Data  Revenue Past Demarc  Total

$1.0b   $100m   $300m   **$1.3 billion**

*Source: FCC, D&B, Lightship analysis*

## Lightship
### Telecom

# Summary of Growth Plans

- **Lightship plans to leverage its market position and operational capabilities to exploit the telecom market opportunity in New England**
  - **Phase 1 (2005):**
    - **Deploy DSLAMs in all existing collocations**
    - **Migration of off-net (resale, UNE-P) lines to on-net**
  - **Phase 2 (2005-06)**
    - **Extend network to 150 collocations with ability to serve DS-0 loops and higher**
    - **The extensions leads to significant cost savings and new revenue opportunities**
  - **Phase 3 (2006-07):**
    - **Deploy capability to exploit market opportunity past the Demarc**



# Phase 1 & 2 Financial Rationale

## <u>Sources of Benefits</u>

**Net cost benefits: $260K Per Month**
- **DS1 Mileage Savings**
- **DS1 Loop Cost Savings**
- **UNE-P & Resale Cost Savings**
- **Retain fees on Resale Lines**
- **CABS Revenue**
- **Lower Usage Costs**

**New sales benefits from the expanded footprint and product range**
- **2005 EBITDA: $525K**
- **2006 EBITDA: $4.1M**

## <u>Capital Costs</u>

**Capital: $5.0M**



***Connecting With Excellence***





***Connecting With Excellence***

# Phase 3: Expanding Past the Demarc

- **Product description**
  - Voice (VoIP, PSTN termination, universal messaging, etc.)
  - Data (access, internet, VPNs, etc.)
  - Applications (email, security, etc.)
  - Local Networking (WiFi, Desktop devices)

- **Target customers**
  - SMEs with 10 to 200 employees

- **Target need**
  - Sophisticated, business critical communications needs
  - Lack of scale to employ sufficiently qualified IT staff

- **Timing rationale**
  - New technology makes it possible to provide the services remotely for a fixed monthly fee
    - **VoIP** enables richer and cheaper voice applications
    - **SNMP** enables robust remote management of services
    - **WiFi** enables "cabling" in old buildings
    - **DSL/WiFiMax** provide cost effective high-speed access



# Expanding Past the Demarc



# VoIP - Key Building Block for Phase 3

- **VoIP Customer Value proposition**
  - **Customer Driven Application Sale**
  - **Sophisticated features and integration**
  - **Potential lower costs for network maintenance and internal and international calling**

- **Lightship Opportunities**
  - **Evolutionary not Revolutionary**
  - **IP Centrex for SME Customers**
  - **Hosted PBX**
  - **Revenue beyond the De-marc**
  - **Wholesale PSTN Call Termination**
  - **Telephony Services to the "Low-End" SOHO**



*Connecting With Excellence*

## Lightship's VoIP Network Deployment

- ## The heavy lifting is already done
  - ### Our network has been deployed with ATM to the edge for more than 2 years
  - ### Our customer base and network supports a highly "data centric" sales approach
  - ### Our network connections route and terminate all traffic types and protocols
  - ### Our support systems and network monitoring systems are flexible and scalable
  - ### Our CPE and other network elements integrate IP traffic



86    Confidential, January 2005        *Connecting With Excellence*

# Network Inter-Operability



**Connecting With Excellence**

**Lightship**
Telecom

# Agenda

- Company Overview
- Engineering and Operations
- Sales
- Customers, Billing, Marketing and Regulatory
- CABS
- Financial Review
- The CLEC Market Opportunity

 - **Summary of Synergies of a Combination**



# Potential Synergies

- **Rent savings from the elimination of redundant collocations**
- **Cost reduction from migration of existing off-net traffic as a result of additional collocations**
- **SG&A savings:**
  - **Overlapping personnel**
  - **Removal of poorest performers from combined sales force**
  - **Other SG&A (insurance, leases, etc.)**
- **Elimination of expenditures related to future systems upgrades as Lightship may have newer, more advanced billing, provisioning and other OSS systems (i.e., Lightship's CABS system is by same vendor is newer (potential cost savings)**



89   Confidential, January 2005          *Connecting With Excellence*

# Potential Synergies (cont.)

- **Improved purchasing power from vendors**
- **Elimination of strong competitor**
- **Larger platform from which to roll up smaller regional players**
- **Better Access to Capital**
  - **Reduction in borrowing costs, and better access to debt markets, as combined businesses are more profitable and have larger revenue base**
- **Potential for Quicker Liquidity Event**
  - **Scale makes combined entity more attractive target**

