LTP to Vz Invoice 301 ME 200502

BILLING INQUIRIES CALL  603-314-2760                    ME

----------------------------------------------------------------

＊ ＊ ＊ DETAIL OF PAYMENTS APPLIED ＊ ＊ ＊

INVOICE NO. 024287F301-05001

  FEB 08 05 PAYMENT APPLIED                        542,968.99-

TOTAL PAYMENTS APPLIED        . . . . . . . . . .   542,968.99-

0

  Lightship Telecom, LLC              BAN          M91024287F 301

  Bedford Executive Office Park       INVOICE NO    024287F301-05060

  One Executive Park Drive            COMPANY CODE  4287

  Bedford, NH 03110-0000              BILL DATE     MAR 01, 2005

PAGE      4

M09102       Verizon Communications

      125 High Street

      Room 655

      Boston, MA

      Attn: LIB 02110-0000

FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760                ME

----------------------------------------------------------------

＊ ＊ ＊ DETAIL OF ADJUSTMENTS APPLIED ＊ ＊ ＊

INVOICE NO. 024287F301-05001

FEB 26 05 Invalid Billing

    INTERSTATE                                      445,115.84-

LTP to Vz Invoice 301 ME 200502

TOTAL ADJUSTMENTS APPLIED          . . . . . . . . . .          445,115.84-


D

                                        * * NPA-NXX 207-321 * *

    Lightship Telecom, LLC              BAN            M91024287F 301
    Bedford Executive Office Park       INVOICE NO     024287F301-05060
    One Executive Park Drive            COMPANY CODE   4287
    Bedford, NH 03110-0000              BILL DATE      MAR 01, 2005


                                        PAGE      5


    M09102        Verizon Communications
                  125 High Street
                  Room 655
                  Boston, MA
                  Attn: LIB 02110-0000
                                              FOR INT USE:

    BILLING INQUIRIES CALL  603-314-2760      ME
-------------------------------------------------------------------------
            * * * DETAIL OF OTHER CHARGES AND CREDITS * * *

FEB 28 05   SO LPC20031101    PON


S08               LATE PAYMENT CHARGES
            FROM JAN 31 05  THRU FEB 28 05

| | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
| | | 300.00 | 300.00 |
| TOTAL | | 300.00 | 300.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - -

LTP to Vz Invoice 301 ME 200502

FEB 28 05    SO LPC20031201    PON

S08                    LATE PAYMENT CHARGES

FROM JAN 31 05  THRU FEB 28 05

| | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
| | | 300.00 | 300.00 |
| TOTAL | | 300.00 | 300.00 |

FEB 28 05    SO LPC20040101    PON

S08                    LATE PAYMENT CHARGES

FROM JAN 31 05  THRU FEB 28 05

| | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
| | | 307.20 | 307.20 |
| TOTAL | | 307.20 | 307.20 |

FEB 28 05    SO LPC20040201    PON

S08                    LATE PAYMENT CHARGES

FROM JAN 31 05  THRU FEB 28 05

| | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|

0

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC
Bedford Executive Office Park
One Executive Park Drive
Bedford, NH 03110-0000

| | |
|---|---|
| BAN | M91024287F 301 |
| INVOICE NO | 024287F301-05060 |
| COMPANY CODE | 4287 |
| BILL DATE | MAR 01, 2005 |

Page 8

LTP to Vz Invoice 301 ME 200502          PAGE     6

M09102          Verizon Communications

                125 High Street

                Room 655

                Boston, MA

                Attn: LIB 02110-0000

                                              FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760          ME

------------------------------------------------------------------

                * * * DETAIL OF OTHER CHARGES AND CREDITS * * *

FEB 28 05   SO LPC20040201    PON

                                    309.51              309.51

            TOTAL                   309.51              309.51

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FEB 28 05   SO LPC20040301    PON

S08              LATE PAYMENT CHARGES

          FROM JAN 31 05  THRU FEB 28 05

| | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
| | | 309.15 | 309.15 |
| TOTAL | | 309.15 | 309.15 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FEB 28 05   SO LPC20040401    PON

S08              LATE PAYMENT CHARGES

          FROM JAN 31 05  THRU FEB 28 05

| | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
| | | 313.23 | 313.23 |
| TOTAL | | 313.23 | 313.23 |

Page 9

LTP to Vz Invoice 301 ME 200502

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FEB 28 05    SO LPC20040501    PON


S08              LATE PAYMENT CHARGES
          FROM JAN 31 05  THRU FEB 28 05

|  | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
|  |  | 317.27 | 317.27 |
| TOTAL |  | 317.27 | 317.27 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

0

* * NPA-NXX 207-321 * *

| | |
|---|---|
| Lightship Telecom, LLC | BAN         M91024287F 301 |
| Bedford Executive Office Park | INVOICE NO   024287F301-05060 |
| One Executive Park Drive | COMPANY CODE  4287 |
| Bedford, NH 03110-0000 | BILL DATE    MAR 01, 2005 |

                                        PAGE      7


M09102       Verizon Communications
             125 High Street
             Room 655
             Boston, MA
             Attn: LIB 02110-0000

                                        FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760    ME

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
          * * * DETAIL OF OTHER CHARGES AND CREDITS * * *

FEB 28 05    SO LPC20040601    PON

LTP to Vz Invoice 301 ME 200502

S08                     LATE PAYMENT CHARGES
        FROM JAN 31 05  THRU FEB 28 05

                    FRACTIONAL      ONE-TIME        BILLED AMOUNT
                                    323.16              323.16
                TOTAL               323.16              323.16

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FEB 28 05   SO LPC20040701    PON

S08                     LATE PAYMENT CHARGES
        FROM JAN 31 05  THRU FEB 28 05

                    FRACTIONAL      ONE-TIME        BILLED AMOUNT
                                    327.32              327.32
                TOTAL               327.32              327.32

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FEB 28 05   SO LPC20040801    PON

S08                     LATE PAYMENT CHARGES
        FROM JAN 31 05  THRU FEB 28 05

                    FRACTIONAL      ONE-TIME        BILLED AMOUNT
                                    331.58              331.58
                TOTAL               331.58              331.58

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FEB 28 05   SO LPC20040901    PON

S08                     LATE PAYMENT CHARGES
        FROM JAN 31 05  THRU FEB 28 05

                    FRACTIONAL      ONE-TIME        BILLED AMOUNT

0

                        Page 11

LTP to Vz Invoice 301 ME 200502
* * NPA-NXX 207-321 * *

Lightship Telecom, LLC
Bedford Executive Office Park
One Executive Park Drive
Bedford, NH 03110-0000

| | |
|---|---|
| BAN | M91024287F 301 |
| INVOICE NO | 024287F301-05060 |
| COMPANY CODE | 4287 |
| BILL DATE | MAR 01, 2005 |

PAGE      8

M09102       Verizon Communications
             125 High Street
             Room 655
             Boston, MA
             Attn: LIB 02110-0000

FOR INT USE:
ME

BILLING INQUIRIES CALL  603-314-2760

----------------------------------------------------------------------

* * * DETAIL OF OTHER CHARGES AND CREDITS * * *

FEB 28 05    SO LPC20040901    PON

|  |  |
|---|---|
|  | 337.85      337.85 |
| TOTAL | 337.85      337.85 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FEB 28 05    SO LPC20041001    PON

S08             LATE PAYMENT CHARGES
        FROM JAN 31 05  THRU FEB 28 05

| | ONE-TIME | BILLED AMOUNT |
|---|---|---|
| FRACTIONAL | 308.59 | 308.59 |
| TOTAL | 308.59 | 308.59 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FEB 28 05    SO LPC20041101    PON      Page 12

LTP to Vz Invoice 301 ME 200502

S08             LATE PAYMENT CHARGES
        FROM JAN 31 05  THRU FEB 28 05

                        FRACTIONAL      ONE-TIME      BILLED AMOUNT
                                         308.27          308.27
                TOTAL                    308.27          308.27
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FEB 28 05   SO LPC20041201    PON

S08             LATE PAYMENT CHARGES
        FROM JAN 31 05  THRU FEB 28 05

                        FRACTIONAL      ONE-TIME      BILLED AMOUNT
                                         157.05          157.05
                TOTAL                    157.05          157.05
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

0

                              * * NPA-NXX 207-321 * *

        Lightship Telecom, LLC          BAN          M91024287F 301
        Bedford Executive Office Park   INVOICE NO   024287F301-05060
        One Executive Park Drive        COMPANY CODE 4287
        Bedford, NH 03110-0000          BILL DATE    MAR 01, 2005

                                        PAGE     9

        M09102      Verizon Communications
                    125 High Street
                    Room 655
                    Boston, MA
                            Page 13

```
                    LTP to Vz Invoice 301 ME 200502
              Attn: LIB 02110-0000

                                              FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760          ME

-----------------------------------------------------------------------

             * * * DETAIL OF OTHER CHARGES AND CREDITS * * *

FEB 28 05   SO LPC20050101   PON


S08               LATE PAYMENT CHARGES

           FROM JAN 31 05  THRU FEB 28 05

                    FRACTIONAL     ONE-TIME      BILLED AMOUNT
                                    145.18          145.18
             TOTAL                   145.18          145.18

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TOTAL OTHER CHARGES AND CREDITS   . . . . . . . . .      4,395.36
```

```
                              * * NPA-NXX 207-321 * *

    Lightship Telecom, LLC          BAN         M91024287F 301
    Bedford Executive Office Park    INVOICE NO   024287F301-05060
    One Executive Park Drive         COMPANY CODE  4287
    Bedford, NH 03110-0000           BILL DATE    MAR 01, 2005


                                              PAGE    10


    M09102        Verizon Communications
                  125 High Street
                  Room 655
                  Boston, MA
                  Attn: LIB 02110-0000
                                              FOR INT USE:
```

LTP to Vz Invoice 301 ME 200502

BILLING INQUIRIES CALL  603-314-2760                          ME

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

* * * DETAIL OF USAGE CHARGES FOR OFFICE PTLDMECCDSO * * *

INTRASTATE/INTRALATA

USAGE DATES FEB 01 TO FEB 28

| RATE CATEGORY/MILES | QUANTITY | RATE | BIP | AMOUNT |
|---|---|---|---|---|
| LOCAL TRANSPORT | | | | |
| TIC - DIRECT | | | | |
| TERMINATING MINUTES | | | | |
| 01/01/2005 TO 01/31/2005 | 820,903 | .01256200 | | 10,312.18 |
| 02/01/2005 TO 02/28/2005 | 2,604,575 | .01256200 | | 32,718.67 |
| PERIOD 2 | | | | |
| 01/01/2005 TO 01/31/2005 | 412,986 | .01256200 | | 5,187.93 |
| 02/01/2005 TO 02/28/2005 | 1,310,555 | .01256200 | | 16,463.19 |
| | | | | |
| LOCAL TRANSPORT | | | | |
| TIC - TANDEM | | | | |
| TERMINATING MINUTES | | | | |
| 01/01/2005 TO 01/31/2005 | 72,708 | .01256200 | | 913.36 |
| 02/01/2005 TO 02/28/2005 | 196,287 | .01256200 | | 2,465.76 |
| PERIOD 2 | | | | |
| 01/01/2005 TO 01/31/2005 | 61,994 | .01256200 | | 778.77 |
| 02/01/2005 TO 02/28/2005 | 171,096 | .01256200 | | 2,149.31 |
| | \-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- | | | \-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\- |
| TOTAL TIC CHARGES | 5,651,104 | | | 70,989.17 |
| SWC TO HOST | | | | |
| -DIRECT- | | | | |
| TERMNTG ..TERMINATION | | | | |
| PERIOD 1 | | | | |
| 01/01/2005 TO 01/31/2005 | 820,903 | .00093300 | 1.00 | 765.90 |

Page 15

LTP to Vz Invoice 301 ME 200502

| 02/01/2005 TO 02/28/2005 | 2,604,575 | .00093300 | 1.00 | 2,430.07 |

PERIOD 2

| 01/01/2005 TO 01/31/2005 | 412,986 | .00093300 | 1.00 | 385.32 |
| 02/01/2005 TO 02/28/2005 | 1,310,555 | .00093300 | 1.00 | 1,222.75 |

PERIOD 3

1 ..FACILITY

PERIOD 1

| 01/01/2005 TO 01/31/2005 | 820,903 | .00018900 | 1.00 | 155.15 |
| 02/01/2005 TO 02/28/2005 | 2,604,575 | .00018900 | 1.00 | 492.26 |

PERIOD 2

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC
Bedford Executive Office Park
One Executive Park Drive
Bedford, NH 03110-0000

| BAN | M91024287F 301 |
| INVOICE NO | 024287F301-05060 |
| COMPANY CODE | 4287 |
| BILL DATE | MAR 01, 2005 |

PAGE    11

M09102     Verizon Communications
125 High Street
Room 655
Boston, MA
Attn: LIB 02110-0000

FOR INT USE:
ME

BILLING INQUIRIES CALL  603-314-2760

-------------------------------------------------------------

* * * DETAIL OF USAGE CHARGES FOR OFFICE PTLDMECCDS0 * * *

INTRASTATE/INTRALATA

Page 16

LTP to Vz Invoice 301 ME 200502
USAGE DATES FEB 01 TO FEB 28

| RATE CATEGORY/MILES | QUANTITY | RATE | BIP | AMOUNT |
|---|---|---|---|---|
| -DIRECT- | | | | |
| 1 ..FACILITY | | | | |
| 01/01/2005 TO 01/31/2005 | 412,986 | .00018900 | 1.00 | 78.05 |
| 02/01/2005 TO 02/28/2005 | 1,310,555 | .00018900 | 1.00 | 247.69 |
| PERIOD 3 | | | | |
| -TANDEM- | | | | |
| TERMNTG ..TERMINATION | | | | |
| PERIOD 1 | | | | |
| 01/01/2005 TO 01/31/2005 | 72,708 | .00093300 | 1.00 | 67.84 |
| 02/01/2005 TO 02/28/2005 | 196,287 | .00093300 | 1.00 | 183.14 |
| PERIOD 2 | | | | |
| 01/01/2005 TO 01/31/2005 | 61,994 | .00093300 | 1.00 | 57.84 |
| 02/01/2005 TO 02/28/2005 | 171,096 | .00093300 | 1.00 | 159.63 |
| PERIOD 3 | | | | |
| 1 ..FACILITY | | | | |
| PERIOD 1 | | | | |
| 01/01/2005 TO 01/31/2005 | 72,708 | .00018900 | 1.00 | 13.74 |
| 02/01/2005 TO 02/28/2005 | 196,287 | .00018900 | 1.00 | 37.10 |
| PERIOD 2 | | | | |
| 01/01/2005 TO 01/31/2005 | 61,994 | .00018900 | 1.00 | 11.72 |
| 02/01/2005 TO 02/28/2005 | 171,096 | .00018900 | 1.00 | 32.34 |
| PERIOD 3 | | | | |
| | --------------------- | | | ------------------ |
| TOTAL LOCAL TRANSPORT | 5,651,104 | | | 6,340.54 |
| TOTAL LOCAL TRANSPORT CHARGES | . . . . . . . . . . . | | | 77,329.71 |

END OFFICE

  LOCAL-SWITCHING

   -DIRECT-

Page 17

LTP to Vz Invoice 301 ME 200502

TERMINATING MINUTES

| | | | |
|---|---|---|---|
| 01/01/2005 TO 01/31/2005 | 820,903 | .02616500 | 21,478.93 |
| 02/01/2005 TO 02/28/2005 | 2,604,575 | .02616500 | 68,148.70 |

PERIOD 2

| | | | |
|---|---|---|---|
| 01/01/2005 TO 01/31/2005 | 412,986 | .02616500 | 10,805.78 |

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC
Bedford Executive Office Park
One Executive Park Drive
Bedford, NH 03110-0000

| | |
|---|---|
| BAN | M91024287F 301 |
| INVOICE NO | 024287F301-05060 |
| COMPANY CODE | 4287 |
| BILL DATE | MAR 01, 2005 |

PAGE    12

M09102        Verizon Communications
125 High Street
Room 655
Boston, MA
Attn: LIB 02110-0000

FOR INT USE:

ME

BILLING INQUIRIES CALL  603-314-2760

-----------------------------------------------------------------------

* * * DETAIL OF USAGE CHARGES FOR OFFICE PTLDMECCDS0 * * *

INTRASTATE/INTRALATA

USAGE DATES FEB 01 TO FEB 28

| RATE CATEGORY/MILES | QUANTITY | RATE | BIP | AMOUNT |
|---|---|---|---|---|

END OFFICE
  LOCAL-SWITCHING
  -DIRECT-                Page 18

LTP to Vz Invoice 301 ME 200502

TERMINATING MINUTES
    PERIOD 2

| | | | |
|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 1,310,555 | .02616500 | 34,290.67 |

-TANDEM-

TERMINATING MINUTES

| | | | |
|---|---|---|---|
| 01/01/2005 TO 01/31/2005 | 72,708 | .02616500 | 1,902.40 |
| 02/01/2005 TO 02/28/2005 | 196,287 | .02616500 | 5,135.85 |

    PERIOD 2

| | | | |
|---|---|---|---|
| 01/01/2005 TO 01/31/2005 | 61,994 | .02616500 | 1,622.07 |
| 02/01/2005 TO 02/28/2005 | 171,096 | .02616500 | 4,476.73 |

---------------------                    ---------------

| | | |
|---|---|---|
| TOTAL LOCAL SWITCHING | 5,651,104 | 147,861.13 |


CARRIER COMMON LINE
  -DIRECT-
  TERMNTG ..

| | | | |
|---|---|---|---|
| 01/01/2005 TO 01/31/2005 | 820,903 | .01140000 | 9,358.29 |
| 02/01/2005 TO 02/28/2005 | 2,604,575 | .01140000 | 29,692.16 |

    PERIOD 2

| | | | |
|---|---|---|---|
| 01/01/2005 TO 01/31/2005 | 412,986 | .01140000 | 4,708.04 |

    PERIOD 2

| | | | |
|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 1,310,555 | .01140000 | 14,940.33 |

  -TANDEM-

  TERMNTG ..

| | | | |
|---|---|---|---|
| 01/01/2005 TO 01/31/2005 | 72,708 | .01140000 | 828.87 |
| 02/01/2005 TO 02/28/2005 | 196,287 | .01140000 | 2,237.67 |

    PERIOD 2

| | | | |
|---|---|---|---|
| 01/01/2005 TO 01/31/2005 | 61,994 | .01140000 | 706.73 |

    PERIOD 2

| | | | |
|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 171,096 | .01140000 | 1,950.49 |

---------------------                    ---------------

LTP to Vz Invoice 301 ME 200502

TOTAL CARR. COMMON LINE        5,651,104                              64,422.58

TOTAL INTRASTATE/INTRALATA CHARGES FOR OFFICE PTLDMECCDS0        289,613.42

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC          BAN            M91024287F 301
Bedford Executive Office Park   INVOICE NO     024287F301-05060
One Executive Park Drive        COMPANY CODE   4287
Bedford, NH 03110-0000          BILL DATE      MAR 01, 2005

PAGE     13

M09102        Verizon Communications
              125 High Street
              Room 655
              Boston, MA
              Attn: LIB 02110-0000

                                      FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760   ME

------------------------------------------------------------------
        * * * DETAIL OF USAGE CHARGES FOR OFFICE PTLDMECCDS0 * * *
                        INTRASTATE/INTRALATA
                     USAGE DATES FEB 01 TO FEB 28

| CALL/RATE PD | PIU/PLU | RECORDED MOU | MESSAGES | UNAMSG | UNAMIN | BILLED MOU |
|---|---|---|---|---|---|---|
| -DIRECT- | | | | | | |
| TERMNTG 1 | | 820,903 | 171,125 | | | 820,903 |
| TERMNTG 1 | | 2,604,575 | 549,094 | | | 2,604,575 |

Page 20

LTP to Vz Invoice 301 ME 200502

| | | | |
|---|---|---|---|
| TERMNTG 2 | 412,986 | 44,884 | 412,986 |
| TERMNTG 2 | 1,310,555 | 145,990 | 1,310,555 |

-TANDEM-

| | | | |
|---|---|---|---|
| TERMNTG 1 | 72,708 | 2,946 | 72,708 |
| TERMNTG 1 | 196,287 | 9,926 | 196,287 |
| TERMNTG 2 | 61,994 | 2,069 | 61,994 |
| TERMNTG 2 | 171,096 | 5,957 | 171,096 |
| | -------------- | ----------- | -------------- |
| TOTAL | 5,651,104 | 931,991 | 5,651,104 |

0

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC
Bedford Executive Office Park
One Executive Park Drive
Bedford, NH 03110-0000

| | |
|---|---|
| BAN | M91024287F 301 |
| INVOICE NO | 024287F301-05060 |
| COMPANY CODE | 4287 |
| BILL DATE | MAR 01, 2005 |

PAGE    14

M09102        Verizon Communications
125 High Street
Room 655
Boston, MA
Attn: LIB 02110-0000

FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760

ME

-------------------------------------------------------------------
* * * DETAIL OF USAGE CHARGES FOR OFFICE PTLDMECCDS0 * * *

Page 21

LTP to Vz Invoice 301 ME 200502
LOCAL

USAGE DATES FEB 01 TO FEB 28

| RATE CATEGORY/MILES | QUANTITY | RATE | BIP | AMOUNT |
|---|---|---|---|---|
| LOCAL CHARGES | | | | |
| LOCAL | | | | |
| 01/01/2005 TO 01/31/2005 | 9,855,404 | .00800000 | | 78,843.23 |
| 02/01/2005 TO 02/28/2005 | 31,388,112 | .00800000 | | 251,104.90 |
| PERIOD 2 | | | | |
| 01/01/2005 TO 01/31/2005 | 7,905,097 | .00800000 | | 63,240.78 |
| 02/01/2005 TO 02/28/2005 | 24,325,601 | .00800000 | | 194,604.81 |
| TOTAL LOCAL CHARGES | . . . . . . . . . . | | | 587,793.72 |
| TOTAL      LOCAL | CHARGES FOR OFFICE PTLDMECCDS0 | | | 587,793.72 |

0

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC
Bedford Executive Office Park
One Executive Park Drive
Bedford, NH 03110-0000

BAN              M91024287F 301
INVOICE NO       024287F301-05060
COMPANY CODE     4287
BILL DATE        MAR 01, 2005

PAGE    15

M09102      Verizon Communications
125 High Street
Room 655
Boston, MA
Attn: LIB 02110-0000

FOR INT USE:
ME

BILLING INQUIRIES CALL  603-314-2760

------------------------------------------------------------------

LTP to Vz Invoice 301 ME 200502

* * * DETAIL OF USAGE CHARGES FOR OFFICE PTLDMECCDS0 * * *

LOCAL

USAGE DATES FEB 01 TO FEB 28

| CALL/RATE PD | PIU/PLU | RECORDED MOU | MESSAGES | UNAMSG | UNAMIN | BILLED MOU |
|---|---|---|---|---|---|---|
| -DIRECT- | | | | | | |
| TRM-LOC 1 | | 8,788,226 | 371,354 | | | 8,788,226 |
| TRM-LOC 1 | | 27,186,007 | 1,163,344 | | | 27,186,007 |
| TRM-LOC 2 | | 7,006,415 | 185,672 | | | 7,006,415 |
| TRM-LOC 2 | | 21,090,610 | 572,958 | | | 21,090,610 |
| -TANDEM- | | | | | | |
| TRM-LOC 1 | | 1,067,178 | 38,913 | | | 1,067,178 |
| TRM-LOC 1 | | 4,202,105 | 140,208 | | | 4,202,105 |
| TRM-LOC 2 | | 898,682 | 24,750 | | | 898,682 |
| TRM-LOC 2 | | 3,234,991 | 85,729 | | | 3,234,991 |
| TOTAL | | 73,474,214 | 2,582,928 | | | 73,474,214 |

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC
Bedford Executive Office Park
One Executive Park Drive
Bedford, NH 03110-0000

| | |
|---|---|
| BAN | M91024287F 301 |
| INVOICE NO | 024287F301-05060 |
| COMPANY CODE | 4287 |
| BILL DATE | MAR 01, 2005 |

PAGE    16

Page 23

LTP to Vz Invoice 301 ME 200502

M09102        Verizon Communications

125 High Street

Room 655

Boston, MA

Attn: LIB 02110-0000

FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760                    ME

-------------------------------------------------------------------------

☆ DETAIL SUMMARY OF USAGE CHARGES ☆

INTRASTATE/INTRALATA

USAGE DATES FEB 01 TO FEB 28

| RATE CATEGORY | QUANTITY | AMOUNT |
|---|---|---|
| TIC | | |
| TERMINATING MINUTES | 5,651,104 | 70,989.17 |
| | | |
| LOCAL TRANSPORT TERMINATION | | |
| TERMINATING MINUTES | 5,651,104 | 5,272.49 |
| | | |
| LOCAL TRANSPORT FACILITY | | |
| TERMINATING MINUTES | 5,651,104 | 1,068.05 |
| | | |
| END OFFICE | | |
| LOCAL SWITCHING | | |
| TERMINATING MINUTES | 5,651,104 | 147,861.13 |
| | | |
| CARRIER COMMON LINE | | |
| TERMINATING MINUTES | 5,651,104 | 64,422.58 |

0                    Page 24

LTP to Vz Invoice 301 ME 200502

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC
Bedford Executive Office Park
One Executive Park Drive
Bedford, NH 03110-0000

| | |
|---|---|
| BAN | M91024287F 301 |
| INVOICE NO | 024287F301-05060 |
| COMPANY CODE | 4287 |
| BILL DATE | MAR 01, 2005 |

PAGE    17

M09102        Verizon Communications
              125 High Street
              Room 655
              Boston, MA
              Attn: LIB 02110-0000

FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760

ME

-------------------------------------------------------------------

* DETAIL SUMMARY OF USAGE CHARGES *

LOCAL

USAGE DATES FEB 01 TO FEB 28

| RATE CATEGORY | QUANTITY | AMOUNT |
|---|---|---|
| LOCAL CHARGES | | |
| LOCAL | 73,474,214 | 587,793.72 |

LTP to Vz Invoice 301 ME 200503

Lightship Telecom, LLC
Bedford Executive Office Park

One Executive Park Drive

Bedford, NH 03110-0000

```
***********************************************************
*                                                         *
*                                                         *
*  PLEASE REVIEW THIS BILLING PACKAGE CLOSELY.            *
*  THERE MAY BE UP TO SIX INDIVIDUAL INVOICES ATTACHED.   *
*  THEY WILL BE DESIGNATED AS FOLLOWS:                    *
*                                                         *
*    BILL NO   NNNNNNNNNN 001   FEATURE GROUP A   INVOICE *
*    BILL NO   NNNNNNNNNN 101   FEATURE GROUP B   INVOICE *
*    BILL NO   NNNNNNNNNN 201   FEATURE GROUP C   INVOICE *
*    BILL NO   NNNNNNNNNN 301   FEATURE GROUP D   INVOICE *
*    BILL NO   NNNNNNNNNN 401   PICC              INVOICE *
*    BILL NO   NNNNNNNNNN 601   FACILITY ACCESS   INVOICE *
*                                                         *
*                                                         *
*  EACH INVOICE HAS AN INDIVIDUAL BALANCE DUE.  PLEASE    *
*  REMIT THE TOTAL AMOUNT DUE FOR EACH INVOICE BY THE DATE*
*  SHOWN.   THANK YOU.                                    *
*                                                         *
***********************************************************
```

Page 1

LTP to Vz Invoice 301 ME 200503

Verizon Communications
125 High Street
Room 655
Boston, MA
Attn: LIB 02110-0000

| | |
|---|---|
| Lightship Telecom, LLC | BAN          M91024287F 301 |
| Bedford Executive Office Park | INVOICE NO   024287F301-05091 |
| One Executive Park Drive | COMPANY CODE  4287 |
| Bedford, NH 03110-0000 | BILL DATE    APR 01, 2005 |

PAGE      1

M09102      Verizon Communications
            125 High Street
            Room 655
            Boston, MA
            Attn: LIB 02110-0000

                                        FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760    ME

---------------------------------------------------------------

SWITCHED ACCESS SERVICE
FEATURE GROUP D

* * * BALANCE DUE INFORMATION * * *

TOTAL AMOUNT OF LAST BILL                    2,158,219.33

Page 2

LTP to Vz Invoice 301 ME 200503

PAYMENTS APPLIED - SEE DETAIL                                    538,261.07-

ADJUSTMENTS APPLIED - SEE DETAIL                                        .00

TOTAL BALANCE DUE . . . . . . . . . . . . . . . . . . .    1,619,958.26

* * * DETAIL OF CURRENT CHARGES * * *

MONTHLY ACCESS CHARGES                                                  .00
  FROM APR 01 THRU APR 30
      INTERSTATE                               .00
      INTRASTATE                               .00

OTHER CHARGES AND CREDITS - SEE DETAIL                            11,072.33
      INTERSTATE                               .00
      INTRASTATE                         11,072.33

USAGE CHARGES - SEE DETAIL                                     1,128,690.27
      INTERSTATE                               .00
      INTRASTATE                        503,617.67
      LOCAL                             625,072.60

TAXES/SURCHARGES - SEE DETAIL                                           .00

TOTAL CURRENT CHARGES * DUE BY APR 30 * . . . . . . . . .     1,139,762.60

                    ------------------------------------------------
                    TOTAL AMOUNT DUE          2,759,720.86
                    ------------------------------------------------

****** R E M I T T A N C E   P A G E ******

SEND THIS PAGE WITH          - PLEASE INCLUDE INVOICE NUMBER ON YOUR

PAYMENT TO:                     CHECK.

Page 3

LTP to Vz Invoice 301 ME 200503

Lightship Telecom, LLC

Attn: Accounts Receivable

One Executive Park Drive

Bedford NH 03110-0000

| | |
|---|---|
| BAN | M91024287F 301 |
| INVOICE NO | 024287F301-05091 |
| COMPANY CODE | 4287 |
| BILL DATE | APR 01, 2005 |

PAGE      2

M09102        Verizon Communications

125 High Street

Room 655

Boston, MA

Attn: LIB 02110-0000

FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760                    ·ME

------------------------------------------------------------------------

SWITCHED ACCESS SERVICE

FEATURE GROUP D

* * * BALANCE DUE INFORMATION * * *

| | |
|---|---|
| TOTAL AMOUNT OF LAST BILL | 2,158,219.33 |
| PAYMENTS APPLIED - SEE DETAIL | 538,261.07- |
| ADJUSTMENTS APPLIED - SEE DETAIL | .00 |
| TOTAL BALANCE DUE . . . . . . . . . . . . . . . . . | 1,619,958.26 |

* * * DETAIL OF CURRENT CHARGES * * *

| | |
|---|---|
| | .00 |
| MONTHLY ACCESS CHARGES | |
| FROM APR 01 THRU APR 30 | |
| INTERSTATE | .00 |
| INTRASTATE | .00 |

Page 4

LTP to Vz Invoice 301 ME 200503

| | | |
|---|---|---|
| OTHER CHARGES AND CREDITS - SEE DETAIL | | 11,072.33 |
| INTERSTATE | .00 | |
| INTRASTATE | .00 | |
| | | |
| USAGE CHARGES - SEE DETAIL | | 1,128,690.27 |
| INTERSTATE | .00 | |
| INTRASTATE | 503,617.67 | |
| LOCAL | 625,072.60 | |
| | | |
| TAXES/SURCHARGES - SEE DETAIL | | .00 |
| TOTAL CURRENT CHARGES * DUE BY APR 30 * . . . . . . . . . . | | 1,139,762.60 |

```
-------------------------------------------
```

TOTAL AMOUNT DUE        2,759,720.86

```
-------------------------------------------
```

0

Lightship Telecom, LLC
Bedford Executive Office Park
One Executive Park Drive
Bedford, NH 03110-0000

| | |
|---|---|
| BAN | M91024287F 301 |
| INVOICE NO | 024287F301-05091 |
| COMPANY CODE | 4287 |
| BILL DATE | APR 01, 2005 |

PAGE    3

M09102        Verizon Communications
125 High Street
Room 655
Boston, MA
Attn: LIB 02110-0000

FOR INT USE:

```
                        LTP to Vz Invoice 301 ME 200503
BILLING INQUIRIES CALL  603-314-2760                          ME
------------------------------------------------------------------------
                * * * DETAIL OF PAYMENTS APPLIED * * *

INVOICE NO. 024287F301-05032
    MAR 03 05 PAYMENT APPLIED                            538,261.07-

                                                        538,261.07-
TOTAL PAYMENTS APPLIED        . . . . . . . . . .
```

```
🞎                                 * * NPA-NXX 207-321 * *

        Lightship Telecom, LLC        BAN           M91024287F 301
        Bedford Executive Office Park  INVOICE NO    024287F301-05091
        One Executive Park Drive       COMPANY CODE  4287
        Bedford, NH 03110-0000         BILL DATE     APR 01, 2005


                                               PAGE      4


    M09102      Verizon Communications
                125 High Street
                Room 655
                Boston, MA
                Attn: LIB 02110-0000
                                               FOR INT USE:

                                               ME
BILLING INQUIRIES CALL  603-314-2760
------------------------------------------------------------------------
                * * * DETAIL OF OTHER CHARGES AND CREDITS * * *

MAR 31 05   SO LPC20031101   PON

    S08              LATE PAYMENT CHARGES
```

LTP to Vz Invoice 301 ME 200503
FROM FEB 28 05  THRU MAR 31 05

| | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
| | | 300.00 | 300.00 |
| TOTAL | | 300.00 | 300.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAR 31 05   SO LPC20031201   PON

S08               LATE PAYMENT CHARGES
FROM FEB 28 05  THRU MAR 31 05

| | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
| | | 300.00 | 300.00 |
| TOTAL | | 300.00 | 300.00 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAR 31 05   SO LPC20040101   PON

S08               LATE PAYMENT CHARGES
FROM FEB 28 05  THRU MAR 31 05

| | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
| | | 307.20 | 307.20 |
| TOTAL | | 307.20 | 307.20 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAR 31 05   SO LPC20040201   PON

S08               LATE PAYMENT CHARGES
FROM FEB 28 05  THRU MAR 31 05

| | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC        BAN        M91024287F 301
                    Page 7

LTP to Vz Invoice 301 ME 200503

| | |
|---|---|
| Bedford Executive Office Park | INVOICE NO    024287F301-05091 |
| One Executive Park Drive | COMPANY CODE   4287 |
| Bedford, NH 03110-0000 | BILL DATE      APR 01, 2005 |

PAGE     5

M09102          Verizon Communications
                125 High Street
                Room 655
                Boston, MA
                Attn: LIB 02110-0000

                                              FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760           ME

-----------------------------------------------------------------

          * * * DETAIL OF OTHER CHARGES AND CREDITS * * *

MAR 31 05   SO LPC20040201    PON

                                    309.51          309.51
            TOTAL                   309.51          309.51

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAR 31 05   SO LPC20040301    PON

S08               LATE PAYMENT CHARGES
          FROM FEB 28 05  THRU MAR 31 05

                    FRACTIONAL    ONE-TIME      BILLED AMOUNT
                                  309.15          309.15
            TOTAL                 309.15          309.15

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAR 31 05   SO LPC20040401    PON

                        Page 8

LTP to Vz Invoice 301 ME 200503
S08                LATE PAYMENT CHARGES

FROM FEB 28 05  THRU MAR 31 05

|  | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
|  |  | 313.23 | 313.23 |
| TOTAL |  | 313.23 | 313.23 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAR 31 05   SO LPC20040501    PON

S08              LATE PAYMENT CHARGES

FROM FEB 28 05  THRU MAR 31 05

|  | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
|  |  | 317.27 | 317.27 |
| TOTAL |  | 317.27 | 317.27 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

D

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC          BAN          M91024287F 301
Bedford Executive Office Park   INVOICE NO   024287F301-05091
One Executive Park Drive        COMPANY CODE 4287
Bedford, NH 03110-0000          BILL DATE    APR 01, 2005


                                PAGE      6


M09102      Verizon Communications
            125 High Street
            Room 655
            Boston, MA
            Attn: LIB 02110-0000
                                FOR INT USE:
                Page 9

LTP to Vz Invoice 301 ME 200503

BILLING INQUIRIES CALL  603-314-2760                    ME

------------------------------------------------------------------------

* * * DETAIL OF OTHER CHARGES AND CREDITS * * *

MAR 31 05   SO LPC20040601   PON


S08             LATE PAYMENT CHARGES
          FROM FEB 28 05  THRU MAR 31 05

|  | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
|  |  | 323.16 | 323.16 |
| TOTAL |  | 323.16 | 323.16 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAR 31 05   SO LPC20040701   PON


S08             LATE PAYMENT CHARGES
          FROM FEB 28 05  THRU MAR 31 05

|  | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
|  |  | 327.32 | 327.32 |
| TOTAL |  | 327.32 | 327.32 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAR 31 05   SO LPC20040801   PON


S08             LATE PAYMENT CHARGES
          FROM FEB 28 05  THRU MAR 31 05

|  | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
|  |  | 331.58 | 331.58 |
| TOTAL |  | 331.58 | 331.58 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAR 31 05   SO LPC20040901   PON

LTP to Vz Invoice 301 ME 200503

S08                          LATE PAYMENT CHARGES

FROM FEB 28 05   THRU MAR 31 05

                        FRACTIONAL        ONE-TIME        BILLED AMOUNT

0

                                          * * NPA-NXX 207-321 * *

        Lightship Telecom, LLC            BAN              M91024287F 301

        Bedford Executive Office Park     INVOICE NO       024287F301-05091

        One Executive Park Drive          COMPANY CODE     4287

        Bedford, NH 03110-0000            BILL DATE        APR 01, 2005

                                                          PAGE      7

        M09102      Verizon Communications

                    125 High Street

                    Room 655

                    Boston, MA

                    Attn: LIB 02110-0000

                                                          FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760                      ME

-----------------------------------------------------------------------

            * * * DETAIL OF OTHER CHARGES AND CREDITS * * *

MAR 31 05   SO LPC20040901   PON

                                          337.85           337.85

            TOTAL                         337.85           337.85

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAR 31 05   SO LPC20041001   PON

S08                     LATE PAYMENT CHARGES

        FROM FEB 28 05   THRU MAR 31 05
                          Page 11

LTP to Vz Invoice 301 ME 200503

| | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
| | | 308.59 | 308.59 |
| TOTAL | | 308.59 | 308.59 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAR 31 05    SO LPC20041101    PON

S08              LATE PAYMENT CHARGES
        FROM FEB 28 05   THRU MAR 31 05

| | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
| | | 308.27 | 308.27 |
| TOTAL | | 308.27 | 308.27 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAR 31 05    SO LPC20041201    PON

S08              LATE PAYMENT CHARGES
        FROM FEB 28 05   THRU MAR 31 05

| | FRACTIONAL | ONE-TIME | BILLED AMOUNT |
|---|---|---|---|
| | | 157.05 | 157.05 |
| TOTAL | | 157.05 | 157.05 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC
Bedford Executive Office Park
One Executive Park Drive
Bedford, NH 03110-0000

| | |
|---|---|
| BAN | M91024287F 301 |
| INVOICE NO | 024287F301-05091 |
| COMPANY CODE | 4287 |
| BILL DATE | APR 01, 2005 |

PAGE     8

LTP to Vz Invoice 301 ME 200503

M09102        Verizon Communications

              125 High Street

              Room 655

              Boston, MA

              Attn: LIB 02110-0000

                                                    FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760                ME

-----------------------------------------------------------------------

          * * * DETAIL OF OTHER CHARGES AND CREDITS * * *

MAR 31 05   SO LPC20050101   PON

S08                LATE PAYMENT CHARGES
          FROM FEB 28 05  THRU MAR 31 05

                              FRACTIONAL    ONE-TIME      BILLED AMOUNT
                                            145.18            145.18
              TOTAL                         145.18            145.18
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MAR 31 05   SO LPC20050201   PON

S08                LATE PAYMENT CHARGES
          FROM FEB 28 05  THRU MAR 31 05

                              FRACTIONAL    ONE-TIME      BILLED AMOUNT
                                            6,676.97         6,676.97
              TOTAL                         6,676.97         6,676.97
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
                                                             11,072.33
TOTAL OTHER CHARGES AND CREDITS . . . . . . . . . .

0
                                        * * NPA-NXX 207-321 * *
                    Page 13

LTP to Vz Invoice 301 ME 200503

Lightship Telecom, LLC
Bedford Executive Office Park
One Executive Park Drive
Bedford, NH 03110-0000

BAN            M91024287F 301
INVOICE NO     024287F301-05091
COMPANY CODE   4287
BILL DATE      APR 01, 2005

PAGE      9

M09102       Verizon Communications
             125 High Street
             Room 655
             Boston, MA
             Attn: LIB 02110-0000

FOR INT USE:

ME

BILLING INQUIRIES CALL  603-314-2760
------------------------------------------------------------------------
       * * * DETAIL OF USAGE CHARGES FOR OFFICE PTLDMECCDS0 * * *
                          INTERSTATE/INTERLATA
                     USAGE DATES MAR 01 TO MAR 31

| CALL/RATE PD | PIU/PLU | RECORDED MOU | MESSAGES | UNAMSG | UNAMIN | BILLED MOU |
|---|---|---|---|---|---|---|
| -DIRECT- | | | | | | |
| TERMNTG 1 | | 162,347 | 53,785 | | | 162,347 |
| TERMNTG 1 | | 1,076,315 | 369,179 | | | 1,076,315 |
| TERMNTG 2 | | 50,908 | 11,864 | | | 50,908 |
| TERMNTG 2 | | 329,893 | 83,640 | | | 329,893 |
| -TANDEM- | | | | | | |

Page 14

LTP to Vz Invoice 301 ME 200503

| | | | |
|---|---|---|---|
| TERMNTG 1 | 1,918 | 436 | 1,918 |
| TERMNTG 1 | 3,948 | 1,558 | 3,948 |
| TERMNTG 2 | 910 | 123 | 910 |
| TERMNTG 2 | 4,046 | 798 | 4,046 |
| | -------------- | ----------- | -------------- |
| TOTAL | 1,630,285 | 521,383 | 1,630,285 |

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC
Bedford Executive Office Park
One Executive Park Drive
Bedford, NH 03110-0000

| | |
|---|---|
| BAN | M91024287F 301 |
| INVOICE NO | 024287F301-05091 |
| COMPANY CODE | 4287 |
| BILL DATE | APR 01, 2005 |

PAGE    10

M09102      Verizon Communications
125 High Street
Room 655
Boston, MA
Attn: LIB 02110-0000

FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760

ME

---

* * * DETAIL OF USAGE CHARGES FOR OFFICE PTLDMECCDS0 * * *

INTRASTATE/INTRALATA

USAGE DATES MAR 01 TO MAR 31

| RATE CATEGORY/MILES | QUANTITY | RATE | BIP | AMOUNT |
|---|---|---|---|---|

LOCAL TRANSPORT
  TIC - DIRECT

Page 15

LTP to Vz Invoice 301 ME 200503

TERMINATING MINUTES

| | | | |
|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 722,060 | .01256200 | 9,070.52 |
| 03/01/2005 TO 03/31/2005 | 4,059,920 | .01256200 | 51,000.72 |

PERIOD 2

| | | | |
|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 524,893 | .01256200 | 6,593.71 |
| 03/01/2005 TO 03/31/2005 | 2,878,133 | .01256200 | 36,155.11 |

LOCAL TRANSPORT

TIC - TANDEM

TERMINATING MINUTES

| | | | |
|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 126,040 | .01256200 | 1,583.31 |
| 03/01/2005 TO 03/31/2005 | 752,568 | .01256200 | 9,453.76 |

PERIOD 2

| | | | |
|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 122,057 | .01256200 | 1,533.28 |
| 03/01/2005 TO 03/31/2005 | 641,206 | .01256200 | 8,054.83 |

----------------------                              ----------------

TOTAL TIC CHARGES          9,826,877                              123,445.24

SWC TO HOST

-DIRECT-

TERMNTG ..TERMINATION

PERIOD 1

| | | | | |
|---|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 722,060 | .00093300 | 1.00 | 673.68 |
| 03/01/2005 TO 03/31/2005 | 4,059,920 | .00093300 | 1.00 | 3,787.91 |

PERIOD 2

| | | | | |
|---|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 524,893 | .00093300 | 1.00 | 489.73 |
| 03/01/2005 TO 03/31/2005 | 2,878,133 | .00093300 | 1.00 | 2,685.30 |

PERIOD 3

1 ..FACILITY

PERIOD 1

| | | | | |
|---|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 722,060 | .00018900 | 1.00 | 136.47 |
| 03/01/2005 TO 03/31/2005 | 4,059,920 | .00018900 | 1.00 | 767.32 |

LTP to Vz Invoice 301 ME 200503

PERIOD 2

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC
Bedford Executive Office Park
One Executive Park Drive
Bedford, NH 03110-0000

| | |
|---|---|
| BAN | M91024287F 301 |
| INVOICE NO | 024287F301-05091 |
| COMPANY CODE | 4287 |
| BILL DATE | APR 01, 2005 |

PAGE    11

M09102        Verizon Communications
              125 High Street
              Room 655
              Boston, MA
              Attn: LIB 02110-0000

FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760

ME

------------------------------------------------------------------------
      * * * DETAIL OF USAGE CHARGES FOR OFFICE PTLDMECCDS0 * * *

                      INTRASTATE/INTRALATA

                  USAGE DATES MAR 01 TO MAR 31

| RATE CATEGORY/MILES | QUANTITY | RATE | BIP | AMOUNT |
|---|---|---|---|---|
| -DIRECT- | | | | |
| 1 ..FACILITY | | | | |
| 02/01/2005 TO 02/28/2005 | 524,893 | .00018900 | 1.00 | 99.20 |
| 03/01/2005 TO 03/31/2005 | 2,878,133 | .00018900 | 1.00 | 543.97 |

              PERIOD 3

-TANDEM-

TERMNTG ..TERMINATION

                    Page 17

LTP to Vz Invoice 301 ME 200503

PERIOD 1

| | | | | |
|---|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 126,040 | .00093300 | 1.00 | 117.60 |
| 03/01/2005 TO 03/31/2005 | 752,568 | .00093300 | 1.00 | 702.15 |

PERIOD 2

| | | | | |
|---|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 122,057 | .00093300 | 1.00 | 113.88 |
| 03/01/2005 TO 03/31/2005 | 641,206 | .00093300 | 1.00 | 598.25 |

PERIOD 3

1 ..FACILITY

PERIOD 1

| | | | | |
|---|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 126,040 | .00018900 | 1.00 | 23.82 |
| 03/01/2005 TO 03/31/2005 | 752,568 | .00018900 | 1.00 | 142.24 |

PERIOD 2

| | | | | |
|---|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 122,057 | .00018900 | 1.00 | 23.07 |
| 03/01/2005 TO 03/31/2005 | 641,206 | .00018900 | 1.00 | 121.19 |

PERIOD 3

----------------------                    ------------------

TOTAL LOCAL TRANSPORT        9,826,877                              11,025.78

TOTAL LOCAL TRANSPORT CHARGES   . . . . . . . . . . .        134,471.02

END OFFICE

  LOCAL-SWITCHING

  -DIRECT-

    TERMINATING MINUTES

| | | | |
|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 722,060 | .02616500 | 18,892.70 |
| 03/01/2005 TO 03/31/2005 | 4,059,920 | .02616500 | 106,227.81 |

PERIOD 2

| | | | |
|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 524,893 | .02616500 | 13,733.83 |

☼ ☼ NPA-NXX 207-321 ☼ ☼

Lightship Telecom, LLC              BAN         M91024287F 301
                    Page 18

LTP to Vz Invoice 301 ME 200503

Bedford Executive Office Park

One Executive Park Drive

Bedford, NH 03110-0000

INVOICE NO       024287F301-05091

COMPANY CODE     4287

BILL DATE        APR 01, 2005

PAGE     12

M09102        Verizon Communications

125 High Street

Room 655

Boston, MA

Attn: LIB 02110-0000

FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760               ME

-----------------------------------------------------------------------

* * * DETAIL OF USAGE CHARGES FOR OFFICE PTLDMECCDS0 * * *

INTRASTATE/INTRALATA

USAGE DATES MAR 01 TO MAR 31

| RATE CATEGORY/MILES | QUANTITY | RATE | BIP | AMOUNT |
|---|---|---|---|---|
| END OFFICE | | | | |
| LOCAL-SWITCHING | | | | |
| -DIRECT- | | | | |
| TERMINATING MINUTES | | | | |
| 03/01/2005 TO 03/31/2005 | 2,878,133 | .02616500 | | 75,306.35 |
| -TANDEM- | | | | |
| TERMINATING MINUTES | | | | |
| 02/01/2005 TO 02/28/2005 | 126,040 | .02616500 | | 3,297.84 |
| 03/01/2005 TO 03/31/2005 | 752,568 | .02616500 | | 19,690.94 |
| PERIOD 2 | | | | |
| 02/01/2005 TO 02/28/2005 | 122,057 | .02616500 | | 3,193.62 |

Page 19

LTP to Vz Invoice 301 ME 200503

| | | | |
|---|---|---|---|
| 03/01/2005 TO 03/31/2005 | 641,206 | .02616500 | 16,777.15 |
| | ------------------- | | ------------------ |
| TOTAL LOCAL SWITCHING | 9,826,877 | | 257,120.24 |

CARRIER COMMON LINE

-DIRECT-

TERMNTG ..

| | | | |
|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 722,060 | .01140000 | 8,231.48 |
| 03/01/2005 TO 03/31/2005 | 4,059,920 | .01140000 | 46,283.09 |

PERIOD 2

| | | | |
|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 524,893 | .01140000 | 5,983.78 |

PERIOD 2

| | | | |
|---|---|---|---|
| 03/01/2005 TO 03/31/2005 | 2,878,133 | .01140000 | 32,810.72 |

-TANDEM-

TERMNTG ..

| | | | |
|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 126,040 | .01140000 | 1,436.86 |
| 03/01/2005 TO 03/31/2005 | 752,568 | .01140000 | 8,579.28 |

PERIOD 2

| | | | |
|---|---|---|---|
| 02/01/2005 TO 02/28/2005 | 122,057 | .01140000 | 1,391.45 |

PERIOD 2

| | | | |
|---|---|---|---|
| 03/01/2005 TO 03/31/2005 | 641,206 | .01140000 | 7,309.75 |
| | ------------------- | | ------------------ |
| TOTAL CARR. COMMON LINE | 9,826,877 | | 112,026.41 |

TOTAL INTRASTATE/INTRALATA CHARGES FOR OFFICE PTLDMECCDS0     503,617.67

0

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC
Bedford Executive Office Park
One Executive Park Drive

| | |
|---|---|
| BAN | M91024287F 301 |
| INVOICE NO | 024287F301-05091 |
| COMPANY CODE | 4287 |

Page 20

```
                    LTP to Vz Invoice 301 ME 200503
      Bedford, NH 03110-0000              BILL DATE    APR 01, 2005


                                                    PAGE    13


  M09102         Verizon Communications
                 125 High Street
                 Room 655
                 Boston, MA
                 Attn: LIB 02110-0000
                                              FOR INT USE:

  BILLING INQUIRIES CALL  603-314-2760        ME
  -----------------------------------------------------------------
         * * * DETAIL OF USAGE CHARGES FOR OFFICE PTLDMECCDSO * * *
                      INTRASTATE/INTRALATA
                   USAGE DATES MAR 01 TO MAR 31
```

| CALL/RATE PD | PIU/PLU | RECORDED MOU | MESSAGES | UNAMSG | UNAMIN | BILLED MOU |
|---|---|---|---|---|---|---|
| -DIRECT- | | | | | | |
| TERMNTG 1 | | 722,060 | 65,489 | | | 722,060 |
| TERMNTG 1 | | 4,059,920 | 425,802 | | | 4,059,920 |
| TERMNTG 2 | | 524,893 | 22,364 | | | 524,893 |
| TERMNTG 2 | | 2,878,133 | 144,670 | | | 2,878,133 |
| -TANDEM- | | | | | | |
| TERMNTG 1 | | 126,040 | 4,527 | | | 126,040 |
| TERMNTG 1 | | 752,568 | 26,659 | | | 752,568 |
| TERMNTG 2 | | 122,057 | 3,129 | | | 122,057 |
| TERMNTG 2 | | 641,206 | 17,354 | | | 641,206 |

LTP to Vz Invoice 301 ME 200503

-------------- ----------                        --------------

TOTAL            9,826,877     709,994                           9,826,877

☐

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC                  BAN              M91024287F 301
Bedford Executive Office Park           INVOICE NO       024287F301-05091
One Executive Park Drive                COMPANY CODE     4287
Bedford, NH 03110-0000                  BILL DATE        APR 01, 2005

PAGE     14

M09102        · Verizon Communications
              125 High Street
              Room 655
              Boston, MA
              Attn: LIB 02110-0000

                                                FOR INT USE:
BILLING INQUIRIES CALL  603-314-2760            ME

--------------------------------------------------------------------------
      * * * DETAIL OF USAGE CHARGES FOR OFFICE PTLDMECCDSO * * *
                              LOCAL
                  USAGE DATES MAR 01 TO MAR 31
RATE CATEGORY/MILES          QUANTITY    RATE    BIP      AMOUNT

LOCAL CHARGES
  LOCAL
    02/01/2005 TO 02/28/2005   6,828,554  .00800000        54,628.43
    03/01/2005 TO 03/31/2005  36,360,389  .00800000       290,883.11
          PERIOD 2
    02/01/2005 TO 02/28/2005   5,718,156  .00800000        45,745.25
                          · Page 22

LTP to Vz Invoice 301 ME 200503

03/01/2005 TO 03/31/2005  29,226,976   .00800000           233,815.81

TOTAL LOCAL CHARGES        . . . . . . . . . .              625,072.60

TOTAL        LOCAL     CHARGES FOR OFFICE PTLDMECCDS0        625,072.60

0

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC              BAN          M91024287F 301
Bedford Executive Office Park       INVOICE NO   024287F301-05091
One Executive Park Drive            COMPANY CODE  4287
Bedford, NH 03110-0000              BILL DATE     APR 01, 2005

PAGE    15

M09102      Verizon Communications
            125 High Street
            Room 655
            Boston, MA
            Attn: LIB 02110-0000

                                    FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760     ME

-----------------------------------------------------------------

* * * DETAIL OF USAGE CHARGES FOR OFFICE PTLDMECCDS0 * * *

LOCAL

USAGE DATES MAR 01 TO MAR 31

CALL/RATE PD  PIU/PLU RECORDED MOU   MESSAGES  UNAMSG UNAMIN   BILLED MOU

-DIRECT-

TRM-LOC 1              5,917,977   227,924              5,917,977
                          Page 23

LTP to Vz Invoice 301 ME 200503

| | | | |
|---|---|---|---|
| TRM-LOC 1 | 32,069,458 | 1,324,079 | 32,069,458 |
| TRM-LOC 2 | 4,994,532 | 126,029 | 4,994,532 |
| TRM-LOC 2 | 26,097,135 | 685,562 | 26,097,135 |

-TANDEM-

| | | | |
|---|---|---|---|
| TRM-LOC 1 | 910,577 | 27,924 | 910,577 |
| TRM-LOC 1 | 4,290,931 | 142,733 | 4,290,931 |
| TRM-LOC 2 | 723,624 | 18,350 | 723,624 |
| TRM-LOC 2 | 3,129,841 | 88,505 | 3,129,841 |
| | -------------- | ----------- | -------------- |
| TOTAL | 78,134,075 | 2,641,106 | 78,134,075 |

\* \* NPA-NXX 207-321 \* \*

Lightship Telecom, LLC
Bedford Executive Office Park
One Executive Park Drive
Bedford, NH 03110-0000

| | |
|---|---|
| BAN | M91024287F 301 |
| INVOICE NO | 024287F301-05091 |
| COMPANY CODE | 4287 |
| BILL DATE | APR 01, 2005 |

PAGE    16

M09102      Verizon Communications
125 High Street
Room 655
Boston, MA
Attn: LIB 02110-0000

FOR INT USE:

ME

BILLING INQUIRIES CALL  603-314-2760

--------------------------------------------------------------------------

Page 24

LTP to Vz Invoice 301 ME 200503
* DETAIL SUMMARY OF USAGE CHARGES *

INTRASTATE/INTRALATA

USAGE DATES MAR 01 TO MAR 31

| RATE CATEGORY | QUANTITY | AMOUNT |
|---|---|---|
| TIC | | |
| TERMINATING MINUTES | 9,826,877 | 123,445.24 |
| LOCAL TRANSPORT TERMINATION | | |
| TERMINATING MINUTES | 9,826,877 | 9,168.50 |
| LOCAL TRANSPORT FACILITY | | |
| TERMINATING MINUTES | 9,826,877 | 1,857.28 |
| END OFFICE | | |
| LOCAL SWITCHING | | |
| TERMINATING MINUTES | 9,826,877 | 257,120.24 |
| CARRIER COMMON LINE | | |
| TERMINATING MINUTES | 9,826,877 | 112,026.41 |

0

* * NPA-NXX 207-321 * *

Lightship Telecom, LLC        BAN          M91024287F 301
Bedford Executive Office Park  INVOICE NO   024287F301-05091
One Executive Park Drive       COMPANY CODE 4287
Bedford, NH 03110-0000         BILL DATE    APR 01, 2005

PAGE    17

Page 25

LTP to Vz Invoice 301 ME 200503

M09102          Verizon Communications

                125 High Street

                Room 655

                Boston, MA

                Attn: LIB 02110-0000

                                                    FOR INT USE:

BILLING INQUIRIES CALL  603-314-2760                ME

---------------------------------------------------------------------

* DETAIL SUMMARY OF USAGE CHARGES *

LOCAL

USAGE DATES MAR 01 TO MAR 31

| RATE CATEGORY | QUANTITY | AMOUNT |
|---|---|---|
| LOCAL CHARGES | | |
| LOCAL | 78,134,075 | 625,072.60 |