CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to the following by operation of the Court's electronic filing system, who may access this filing through the Court's system:

John Michael Teitler, Esq.
Nicholas W. Lobenthal, Esq.
Teitler & Teitler
1114 Avenue of the Americas
New York, New York 10036
    Attorneys for One Communications Corp.

Mark S. Resnick, Esq.
The Resnick Law Group, P.C.
Old City Hall
45 School Street
Boston, Massachusetts 02108
    Attorneys for One Communications Corp.

Joseph M. Pastore, III, Esq.
Dreier LLP
One Landmark Square, 20th floor
Stamford, Connecticut 06901
    Attorneys for Kevin O'Hare and Jeffrey Koester

Scott H. Angstreich, Esq.
Joseph Solomon Hall, Esq.
William David Sarratt, Esq.
Kellogg, Huber, Hansen, Todd & Evans PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
    Attorneys for Verizon New England Inc.

Nicholas J. Panarella, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York 10178
    Attorneys for Mellon Investor Services LLC

I also certify that on September 17, 2007, a copy of the foregoing was served by

Federal Express on the following:

>Paul E. Summit, Esq.
>Ira Gross, Esq.
>Sullivan & Worcester
>One Post Office Square
>Boston, Massachusetts 02109
>Email: Psummit@sandw.com
>>Attorneys for The Megunticoook Fund II, L.P. and
>>The Megunticook Side Fund II, L.P.

>David B. Mack, Esq.
>O'Connor, Carnathan and Mack LLC
>8 New England Executive Park
>Suite 310
>Burlington, Massachusetts 01803
>Email: dmack@ocmlaw.net
>>Attorneys for Kevin O'Hare and Jeffrey Koester

_____
Jayne S. Robinson (JSR-5981)