DREIER LLP
Joseph M. Pastore III, Esq. (JP-1717)
499 Park Avenue
New York, New York 10022
(212) 328-6100

O'CONNOR, CARNATHAN AND MACK LLC
David B. Mack, Esq. *(Pro Hac Vice forthcoming)*
Sean Carnathan, Esq. *(Pro Hac Vice forthcoming)*
8 New England Executive Park, Suite 310
Burlington, Massachusetts  01803

*Attorney for Defendants Kevin O' Hare and Jeffrey Koester*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

One Communication Corp., as successor in
interest to CTC Communications Group, Inc.
and CTC Communications Acquisitions
Corp.,

    Plaintiff,

    v.

JP Morgan SBIC LLC, Sixty Wall Street
SBIC Fund, L.P., The Megunticook Fund II,
L.P., Kevin O'Hare, Jeffrey Koester, Mellon
Investor Services LLC as nominal defendant
as escrow agent and Verizon New England
Inc., as defendant on a declaratory judgment
claim,

    Defendants.

------------------------------------------------------- X

**Case No. 1:07-civ-03905 (LTS)**
**ECF Case**

**NOTICE OF MOTION TO**
**DISMISS COMPLAINT**

**September 17, 2007**

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, and all prior pleadings and proceedings had herein, defendants Kevin O'Hare and Jeffrey Koester (collectively the "Individual Defendants"), pursuant to Fed. R. Civ. P. Rule 12(b)(6), before the Honorable Laura Taylor Swain, at the United States District Courthouse, 500 Pearl Street, New York, New York, Courtroom 17C, at a date and time

to be scheduled, for an order dismissing the complaint, and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to Stipulation and Order, opposition papers shall be served and filed by November 15, 2007, and reply papers shall be served and filed at a time to be agreed.

Dated: September 17, 2007
New York, New York

Respectfully submitted,

DREIER LLP

By: _____/s/_____
Joseph M. Pastore III, Esq. (JP-1717)

499 Park Avenue
New York, New York 10022
(212) 328-6100
jpastore@dreierllp.com

\* \* \*

One Landmark Square, 20th Floor
Stamford, Connecticut 06901
(203) 425-9500

*Attorney for Defendants*
*Kevin O'Hare and Jeffrey Koester*

David B. Mack, Esq. (*Pro Hac Vice forthcoming*)
Sean Carnathan, Esq. (*Pro Hac Vice forthcoming*)
O'Connor, Carnathan and Mack LLC
8 New England Executive Park, Suite 310
Burlington, Massachusetts 01803

TO: ALL Counsel on Attached Service List

## SERVICE LIST

Nicholas W. Lobenthal
John Michael Teitler
Teitler & Teitler
1114 Avenue of the Americas
45th Floor
New York, NY 10036
(212) 997-4400
Fax: (212)-997-4949
Email: nwlobenthal@teitler.com
Email: jmteitler@teitler.com
*Attorneys for One Communications Corp.*

Mark D. Resnick
The Resnick Law Group, P.C.
Old City Hall
45 School Street
Boston, MA 02108
(617) 711-8383
Fax: (508) 749-6031
*Attorneys for One Communications Corp.*

Scott H. Angstreich
Kellogg, Huber, Hansen, Todd & Evans & Figel PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326-7983
Fax: (202) 326-7999
Email: sangstreich@khht.com
*Attorneys for Verizon New England Inc.*

Paul E. Summit, Esq.
Sullivan & Worcester
One Post Office Square
Boston, Massachussetts 02109
*Attorneys for The Megunticook Fund II, L.P. and the Megunticook Side Fund II, L.P.*

Nicholas J. Panarella, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York, 10178
*Attorneys for Mellon Investor Services LLC*

Jayne S. Robinson, Esq.
Robinson & McDonald LLP
61 Broadway
New York, New York 10006
*Attorneys for J.P. Morgan SBIC LLC & Sixty Wall Street SBIC Fund, L.P.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 17, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to the following by operation of the Court's electronic filing system, who may access this filing through the Court's system:

Nicholas W. Lobenthal
John Michael Teitler
Teitler & Teitler
1114 Avenue of the Americas
45th Floor
New York, NY 10036
(212) 997-4400
Fax: (212)-997-4949
Email: nwlobenthal@teitler.com
Email: jmteitler@teitler.com
*Attorneys for One Communications Corp.*

Mark D. Resnick
The Resnick Law Group, P.C.
Old City Hall
45 School Street
Boston, MA 02108
(617) 711-8383
Fax: (508) 749-6031
*Attorneys for One Communications Corp.*

Scott H. Angstreich
Kellogg, Huber, Hansen, Todd & Evans & Figel PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326-7983
Fax: (202) 326-7999
Email: sangstreich@khht.com
*Attorneys for Verizon New England Inc.*

Paul E. Summit, Esq.
Sullivan & Worcester
One Post Office Square
Boston, Massachussetts 02109
*Attorneys for The Megunticook Fund II, L.P. and the Megunticook Side Fund II, L.P.*

Nicholas J. Panarella, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, New York, 10178
*Attorneys for Mellon Investor Services LLC*

Jayne S. Robinson, Esq.
Robinson & McDonald LLP
61 Broadway
New York, New York 10006
*Attorneys for J.P. Morgan SBIC LLC & Sixty Wall Street SBIC Fund, L.P.*