UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

One Communications Corp., as successor in interest
to CTC Communications Group, Inc. and CTC
Communications Acquisition Corp.,

      Plaintiff,

  -against-

JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund,
L.P., The Megunticook Fund II, L.P., The Megunticook
Side Fund II, L.P., Kevin O'Hare, Jeffrey Koester,
Mellon Investor Services LLC as nominal defendant
as escrow agent and Verizon New England Inc.
as defendant on a declaratory judgment claim.

      Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Index No. 07 Civ. 3905 (LTS)

ECF

NOTICE OF
CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

   Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change for: <u>Jayne Scimeca Robinson</u>

☐ Attorney

  ■ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: <u>JSR-5981</u>

  ☐ I am a Pro Hac Vice attorney.

  ☐ I am a Government Agency attorney.

☐ Law Firm/Government Agency Association

  From: <u>Robinson Murphy & McDonald</u>

  To: <u>Robinson & McDonald LLP</u>

  ■ I will continue to be counsel of record on the above-entitled case at my new firm.

☐  I am no longer counsel of record on the above-entitled case. Any order withdrawing my appearance was entered on _____ by Judge _____.

■  Address:  61 Broadway, Suite 1415, New York, New York  10006

■  Telephone Number:  (212) 953-3400

■  Fax Number:  (212) 953-3690

■  E-Mail Address:  jayne@robinsonmcdonald.com

Dated: September 19, 2007

_____
Jayne S. Robinson