## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| One Communications Corp., as successor in interest to CTC Communications Group, Inc. and CTC Communications Acquisition Corp., )<br><br>Plaintiff, )<br><br>-v.- )<br><br>JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund, L.P., The Megunticook Fund II, L.P., The Megunticook Side Fund II, L.P., Kevin O'Hare, Jeffrey Koester, Mellon Investor Services LLC as nominal defendant as escrow agent and Verizon New England Inc., as defendant on a declaratory judgment claim, )<br><br>Defendants. ) | Civil Action:  07 Civ 3905 (LTS)<br>(AJP)<br>(ECF Case) |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:  Please enter my appearance as counsel in the above-captioned action on behalf of the defendants The Megunticook Fund II, L.P., and The Megunticook Side Fund II, L.P.  I certify that I am admitted to practice in this court.

Dated:  September 20, 2007
         Boston, Massachusetts

Respectfully submitted,

/s/ Paul E. Summit
Paul E. Summit (PS-6263)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA  02109
(617) 338-2800
psummit@sandw.com

{B0679823; 1}