Joseph M. Pastore III, Esq. (JP-1717)
Dreier LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100



*Attorney for Defendants Kevin O' Hare and Jeffrey Koester*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------- X

One Communication Corp., as successor in                 :
interest to CTC Communications Group, Inc.           :      **Case No. 1:07-civ-03905**
and CTC Communications Acquisitions              :
Corp.,                                                                       :
            Plaintiff,                                       :
                                    :
              v.                                             :      **ORDER FOR ADMISSION**
                                      :      **PRO HAC VICE**
JP Morgan SBIC LLC, Sixty Wall Street            :      **ON WRITTEN MOTION**
SBIC Fund, L.P., The Megunticook Fund II,       :
L.P., Kevin O'Hare, Jeffrey Koester, Mellon      :
Investor Services LLC as nominal defendant      :
as escrow agent and Verizon New England         :
Inc., as defendant on a declaratory judgment      :
claim,                                                                      :
            Defendants.                                  :
--------------------------------------------------- X

Upon the Motion of Joseph M. Pastore III attorney for Defendant Kevin O' Hare

and Jeffery Koester and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

                David B. Mack
                O'Connor, Carnathan and Mack LLC
                8 New England Executive Park, Suite 310
                Burlington, MA 01803
                Tel: (781) 359-9005
                Fax: (781) 359-9001
                scarnathan@ocmlaw.net

is admitted to practice *pro hac vice* as counsel for Verizon New England Inc. in the above

captioned case in the United States District Court for the Southern District of New York.

{00272854.DOC;}

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of this Court.

Dated: __10/22/2007__

City, State: __NY, NY__

_____
United States District/Magistrate Judge