Joseph M. Pastore III, Esq. (JP-1717)
Dreier LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100


*Attorney for Defendants Kevin O' Hare and Jeffrey Koester*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X

One Communication Corp., as successor in      :
interest to CTC Communications Group, Inc.    :    **Case No. 1:07-civ-03905 (LTS)**
and CTC Communications Acquisitions           :
Corp.,                                        :
                      Plaintiff,              :
                                              :    **AFFIDAVIT OF**
               v.                             :    **JOANNE RAPUANO**
                                              :    **IN SUPPORT OF PROPOSED**
JP Morgan SBIC LLC, Sixty Wall Street         :    **SUPERSEDING ORDER**
SBIC Fund, L.P., The Megunticook Fund II,     :    **TO ADMIT COUNSEL**
L.P., Kevin O'Hare, Jeffrey Koester, Mellon   :    **NUNC PRO TUNC**
Investor Services LLC as nominal defendant    :
as escrow agent and Verizon New England       :
Inc., as defendant on a declaratory judgment  :
claim,                                        :    **OCTOBER 26, 2007**
                      Defendants.             :
------------------------------------------------------- X

STATE OF CONNECTICUT

                          ss:

COUNTY OF FAIRFIELD

Joanne Rapuano, being duly sworn, hereby deposes and says as follows:

1. I am an attorney at the law firm of Dreier LLP, counsel for Defendants Kevin O'
   Hare and Jeffery Koester (collectively the "Defendants") in the above captioned
   action. I am familiar with the proceedings in this case. I make this statement
   based on my personal knowledge of the facts set forth herein.

2. On October 15, 2007, Defendants filed a motion to admit David B. Mack
   ("Attorney Mack") as counsel *pro hac vice* [Dkt. # 62]. The accompanying
   Affidavit of Joseph M. Pastore III in Support of Motion to Admit Counsel Pro
   Hac Vice (the "Affidavit") included a typographical error whereby it stated that

Attorney Mack is counsel to Defendant Verizon New England Inc. In Fact, Attorney Mack is counsel to Defendants Kevin O'Hare and Jeffery Koester.

3. The accompanying Order also included the typographical error referencing Attorney Mack as counsel for Verizon New England Inc.

4. On October 23, 2007, the Court granted the Motion to admit David B. Mack to appear *pro hac vice* [Dkt. # 63] as counsel for Verizon New England Inc.

5. I respectfully submit attached to this Affidavit as Exhibit A, the proposed Superseding Order *nunc pro tunc* granting the admission of David B. Mack *pro hac vice* as counsel to Defendants Kevin O'Hare and Jeffrey Koester.

By: _____

Joanne Rapuano

Sworn and subscribed to
before me this 26 day
of October, 2007

_____
Notary Public

THOMAS M. SHEEHAN
*NOTARY PUBLIC*
MY COMMISSION EXPIRES DEC. 31, 2008