# EXHIBIT A

Joseph M. Pastore III, Esq. (JP-1717)
Dreier LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorney for Defendants Kevin O' Hare and Jeffrey Koester*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
One Communication Corp., as successor in           :
interest to CTC Communications Group, Inc.         :   **Case No. 1:07-civ-03905**
and CTC Communications Acquisitions                :
Corp.,                                             :
         Plaintiff,                              :
                                                   :
         v.                                      :   **PROPOSED SUPERSEDING**
                                                   :   **ORDER FOR ADMISSION**
JP Morgan SBIC LLC, Sixty Wall Street               :   **PRO HAC VICE**
SBIC Fund, L.P., The Megunticook Fund II,          :   **NUNC PRO TUNC**
L.P., Kevin O'Hare, Jeffrey Koester, Mellon        :
Investor Services LLC as nominal defendant         :
as escrow agent and Verizon New England            :
Inc., as defendant on a declaratory judgment       :
claim,                                             :
         Defendants.                             :
------------------------------------------------------- X

    **WHEREAS,** the Order dated October 23, 2007, included a typographical error which stated that Attorney David B. Mack is counsel for Verizon New England Inc. In fact, Attorney Mack is counsel to Defendants Kevin O'Hare and Jeffery Koester.

    **WHEREAS,** this Superseding Order amends *nunc pro tunc* the previous Order granting Attorney David B. Mack's *pro hac vice* motion [Dkt. #62].

    **IT IS HEREBY ORDERED** that

        David B. Mack
        O'Connor, Carnathan and Mack LLC
        8 New England Executive Park, Suite 310
        Burlington, MA 01803

Tel: (781) 359-9005
Fax: (781) 359-9001
dmack@ocmlaw.net

is admitted to practice *pro hac vice* as counsel for Defendants Kevin O'Hare and Jeffery Koester in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of this Court.

Dated: _____

City, State: _____

_____
United States District/Magistrate Judge