Joseph M. Pastore III, Esq. (JP-1717)
Dreier LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100

*Attorney for Defendants Kevin O' Hare and Jeffrey Koester*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- X
One Communication Corp., as successor in          :
interest to CTC Communications Group, Inc.        :   **Case No. 1:07-civ-03905 (LTS)**
and CTC Communications Acquisitions               :
Corp.,                                            :
             Plaintiff,                         :
                                                  :
             v.                                 :
                                                  :
JP Morgan SBIC LLC, Sixty Wall Street             :
SBIC Fund, L.P., The Megunticook Fund II,         :   **October 26, 2007**
L.P., Kevin O'Hare, Jeffrey Koester, Mellon       :
Investor Services LLC as nominal defendant        :
as escrow agent and Verizon New England           :
Inc., as defendant on a declaratory judgment      :
claim,                                            :
             Defendants.                        :
------------------------------------------------------- X

## CERTIFICATE OF SERVICE

I certify that on October 26, 2007 a copy of the foregoing Affidavit of Joanne Rapuano in Support of Proposed Superseding Order to Admit Counsel Nunc Pro Tunc and the accompanying Proposed Superseding Order for Admission Pro Hac Vice Nunc Pro Tunc was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties listed below may access this filing through the Court's system.

**Counsel for Plaintiff:**

| | |
|---|---|
| Nicholas W. Lobenthal<br>John Michael Teitler<br>*Representing One Communications Corp.*<br>*as successor in interest to CTC Communications Group, Inc.,*<br>*and CTC Communications Acquisition Corp.*<br>**Teitler & Teitler**<br>1114 Avenue of the Americas<br>45th Floor<br>New York, NY 10036<br>(212) 997-4400<br>Fax: (212)-997-4949<br>Email: nwlobenthal@teitler.com<br>Email: jmteitler@teitler.com<br><br>Mark D. Resnick<br>*Representing One Communications Corp.*<br>*as successor in interest to CTC Communications Group, Inc.,*<br>*and CTC Communications Acquisition Corp.*<br>**The Resnick Law Group, P.C.**<br>Old City Hall<br>45 School Street<br>Boston, MA 02108<br>(617) 711-8383<br>Fax: (508) 749-6031 | |

**Counsel for Defendants:**

| | |
|---|---|
| Scott H. Angstreich<br>Joseph Solomon Hall<br>*Representing Verizon New England as defendants on a*<br>*Declaratory Judgment Claim*<br>**Kellogg, Huber, Hansen, Todd & Evans P.L.L.C. (DC)**<br>1615 M Street, N.W., Suite 400<br>Washington, DC 20036<br>(202) 326-7983<br>Fax: (202) 326-7999<br>Email: sangstreich@khht.com<br>Email: jhall@khhte.com<br><br>Paul E. Summit, Esq.<br>**Sullivan & Worcester** | |

| | |
|---|---|
| One Post Office Square<br>Boston, Massachusetts 02109<br>*Attorneys for The Megunticook Fund II, L.P. and the Megunticook Side Fund II, L. P.*<br><br>Nicholas J. Panarella, Esq.<br>**Kelley Drye & Warren LLP**<br>101 Park Avenue<br>New York, New York, 10178<br>*Attorneys for Mellon Investor Services LLC*<br><br>Jayne S. Robinson, Esq.<br>**Robinson & McDonald LLP**<br>61 Broadway<br>New York, New York 10006<br>*Attorneys for J. P. Morgan SBIC LLC & Sixty Wall Street SBIC Fund, L.P.* | |

By: _____/s/_____
Joseph M. Pastore III, Esq.