UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 0 6 2007

One Communications Corp., as successor in )
interest to CTC Communications Group, Inc. )
and CTC Communications Acquisition )
Corp., )
)
                Plaintiff, )
)
                - v. - )
)
JP Morgan SBIC LLC, Sixty Wall Street )
SBIC Fund, L.P., The Megunticook Fund II, )
L.P., The Megunticook Side Fund II, L.P., )
Kevin O'Hare, Jeffrey Koester, Mellon )
Investor Services LLC as nominal defendant )
as escrow agent and Verizon New England )
Inc. as defendant on a declaratory judgment )
claim, )
)
                Defendants. )
)
)
)

Civil Action No. 07 Civ 3905
(Judge Swain)
(Magistrate Judge Peck)

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties by their respective counsel as follows:

1. The time period for Plaintiff One Communications Corp. to file its opposition to the motions to dismiss filed by Defendants JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund, L.P., The Megunticook Fund II, L.P., The Megunticook Side Fund II, L.P., Kevin O'Hare and Jeffrey Koester (collectively "Defendants") shall be extended to December 17, 2007.

2. Plaintiff One Communications Corp. shall respond to each of the

Defendants' motions to dismiss in one brief of no more than 100 pages.

3. The Defendants' reply briefs shall be filed on or before January 31, 2008.

4. The time period for all parties to answer, move or otherwise respond to the Counterclaim of Verizon New England Inc. shall be extended to December 17, 2007.

Dated: New York, NY
November 5, 2007

So Ordered

Laura Taylor Swain
United States District Judge

TEITLER & TEITLER

By _____
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL-1451)

1114 Avenue of the Americas
New York, NY 10036
Telephone (212) 997-4400
Facsimile (212) 997-4949

Of Counsel:

Mark S. Resnick, Esq.
Fee, Rosse P.C.
Old City Hall
45 School Street
Boston, MA 02108

Attorneys for One Communications Corp.

2

ROBINSON & MCDONALD LLP

By _____
    Jayne S. Robinson (JSR-5981)

61 Broadway, Suite 1415
New York, NY 10006
Telephone (212) 953-3400
Facsimile (212) 953-3690

Attorneys for JP Morgan SBIC LLC and Sixty
Wall Street SBIC Fund, L.P.


SULLIVAN & WORCESTER LLP


By _____
    Paul E. Summit (PS-6263)

One Post Office Square
Boston, MA 02109
Telephone (617) 338-2800
Facsimile (617) 338-2880

Attorneys for The Megunticook Fund II, L.P.
and The Megunticook Side Fund II, L.P.


DREIER LLP


By _____
    Joseph M. Pastore, III (JP-1717)

499 Park Avenue
New York, New York 10022
Telephone (212) 425-9500

Attorneys for Kevin O'Hare and Jeffrey Koester

3

ROBINSON & MCDONALD LLP

By _____
    Jayne S. Robinson (JSR-5981)

61 Broadway, Suite 1415
New York, NY 10006
Telephone (212) 953-3400
Facsimile (212) 953-3690

Attorneys for JP Morgan SBIC LLC and Sixty Wall Street SBIC Fund, L.P.

SULLIVAN & WORCESTER LLP

By *Paul E. Summit*
    Paul E. Summit (PS-6263)

One Post Office Square
Boston, MA 02109
Telephone (617) 338-2800
Facsimile (617) 338-2880

Attorneys for The Megunticook Fund II, L.P. and The Megunticook Side Fund II, L.P.

DREIER LLP

By _____
    Joseph M. Pastore, III (JP-1717)

499 Park Avenue
New York, New York 10022
Telephone (212) 425-9500

Attorneys for Kevin O'Hare and Jeffrey Koester

3

ROBINSON & MCDONALD LLP


By _____
        Jayne S. Robinson (JSR-5981)

61 Broadway, Suite 1415
New York, NY 10006
Telephone (212) 953-3400
Facsimile (212) 953-3690

Attorneys for JP Morgan SBIC LLC and Sixty
Wall Street SBIC Fund, L.P.


SULLIVAN & WORCESTER LLP


By _____
        Paul E. Summit (PS-6263)

One Post Office Square
Boston, MA 02109
Telephone (617) 338-2800
Facsimile (617) 338-2880

Attorneys for The Megunticook Fund II, L.P.
and The Megunticook Side Fund II, L.P.


DREIER LLP

By _____
        Joseph M. Pastore, III (JP-1717)

499 Park Avenue
New York, New York 10022
Telephone (212) 425-9500

Attorneys for Kevin O'Hare and Jeffrey Koester

3

KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, PLLC

By /s/ _____
   William David Sarratt (WS-1439)

Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone (202) 326-7900
Facsimile (202) 326-7999

Attorneys for Verizon New England Inc.


KELLEY DRYE & WARREN LLP


By _____
   Nicholas J. Panarella (NP-2890)

101 Park Avenue
New York, NY 10178-0002
Telephone (212) 808-7800
Facsimile (212) 808-7897

Attorneys for Mellon Investor Services LLC

4

KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, PLLC

By _____
    Willaim David Sarratt (WS-1439)

Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone (202) 326-7900
Facsimile (202) 326-7999

Attorneys for Verizon New England Inc.


KELLEY DRYE & WARREN LLP

By _____
    Nicholas J. Panarella (NP-2890)

101 Park Avenue
New York, NY 10178-0002
Telephone (212) 808-7800
Facsimile (212) 808-7897

Attorneys for Mellon Investor Services LLC

4