Joseph M. Pastore III, Esq. (JP-1717)
Dreier LLP
499 Park Avenue
New York, New York 10022
(212) 328-6100



*Attorney for Defendants Kevin O' Hare and Jeffrey Koester*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
One Communication Corp., as successor in
interest to CTC Communications Group, Inc.
and CTC Communications Acquisitions
Corp.,
        Plaintiff,

v.

JP Morgan SBIC LLC, Sixty Wall Street
SBIC Fund, L.P., The Megunticook Fund II,
L.P., Kevin O'Hare, Jeffrey Koester, Mellon
Investor Services LLC as nominal defendant
as escrow agent and Verizon New England
Inc., as defendant on a declaratory judgment
claim,
        Defendants.
--------------------------------------------------------- X

Case No. 1:07-civ-03905

~~PROPOSED~~ SUPERSEDING
ORDER FOR ADMISSION
PRO HAC VICE
NUNC PRO TUNC

     **WHEREAS,** the Order dated October 23, 2007, included a typographical error which stated that Attorney David B. Mack is counsel for Verizon New England Inc. In fact, Attorney Mack is counsel to Defendants Kevin O'Hare and Jeffery Koester.

     **WHEREAS,** this Superseding Order amends *nunc pro tunc* the previous Order granting Attorney David B. Mack's *pro hac vice* motion [Dkt. #62].

     **IT IS HEREBY ORDERED** that

          David B. Mack
          O'Connor, Carnathan and Mack LLC
          8 New England Executive Park, Suite 310
          Burlington, MA 01803

Tel: (781) 359-9005
Fax: (781) 359-9001
dmack@ocmlaw.net

is admitted to practice *pro hac vice* as counsel for Defendants Kevin O'Hare and Jeffery Koester in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of this Court.

Dated: 11/8/2007

City, State: N, NY

_____
United States District/~~Magistrate~~ Judge

{00272854.DOC;2}                                                                 2