UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
IN RE ONE COMMUNICATIONS :
CORP. :
: MASTER FILE
: 07 Civ. 3950 (LTS)(AJP)
:
This Document Relates To: :
Both Actions :
------------------------------------x

## DECLARATION OF WILLIAM DAVID SARRATT

My name is William David Sarratt. I am an attorney in the law firm of Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. I submit this declaration in support of Verizon New England Inc.'s Opposition to the Securities Defendants'[*] Motions to Dismiss.

1. Attached hereto as Exhibit 1 is a true and correct copy of relevant excerpts of the Interconnection Agreement between Verizon New England Inc. d/b/a Verizon Maine and Lightship Telecom, LLC, as amended, effective January 23, 2002.

2. Attached hereto as Exhibit 2 is a true and correct copy of relevant excerpts of the Interconnection Agreement between Verizon New England Inc. d/b/a Verizon Massachusetts and Lightship Telecom, LLC, as amended, effective January 23, 2002.

3. Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts of the Interconnection Agreement between Verizon New England Inc. d/b/a Verizon Vermont and Lightship Telecom, LLC, as amended, effective January 23, 2002.

4. Attached hereto as Exhibit 4 is a true and correct copy of relevant excerpts of the Interconnection Agreement between Verizon New England Inc. d/b/a Verizon New Hampshire,

---

[*] The Securities Defendants include JP Morgan SBIC LLC, Sixty Wall Street SBIC Fund, L.P., the Megunticook Fund II, L.P., the Megunticook Side Fund, II, L.P., Kevin O'Hare, and Jeffrey Koester.

f/k/a New England Telephone and Telegraph d/b/a Bell Atlantic - New Hampshire, as amended, effective June 14, 2000.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 17, 2007                                                    /s/ William David Sarratt
                                                                             William David Sarratt