Exhibit G



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
STOCKHOLDER REPRESENTATIVE COMMITTEE, :
on behalf of certain former stockholders of Lightship :
Holding, Inc., :
:
            Plaintiff, :
:
      -v- :
:
ONE COMMUNICATIONS CORP., as successor :
in interest to CTC COMMUNICATIONS : Civil Action No. 07 Civ. 5440
GROUP, INC., : (Judge Swain)
: (Magistrate Judge Peck)
            Defendant, :
:
      -and- :
:
MELLON INVESTOR SERVICES, LLC, :
:
            Nominal Defendant. :
------------------------------------------------------------x
One Communications Corp., as successor in interest to :
CTC Communications Group, Inc. and :
CTC Communications Acquisition Corp., :
:
            Counterclaim Plaintiff, :
:
      - v. - :
:
JP Morgan SBIC LLC, Sixty Wall Street :
SBIC Fund, L.P., The Megunticook Fund II, L.P., :
The Megunticook Side Fund II, L.P., Kevin O'Hare, :
Jeffrey Koester, Mellon Investor Services LLC :
as nominal defendant as escrow agent and :
Verizon New England Inc. as defendant :
on a declaratory judgment claim, :
:
            Counterclaim Defendants. :
 

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties by their respective counsel as follows:

1. The time period for any party who has not yet responded to answer, move or otherwise respond to Counterclaim Defendant Verizon New England, Inc.'s Counterclaim shall be extended to December 17, 2007.

2. The time period for any party who has not yet responded to answer, move or otherwise respond to One Communications Corp.'s Counterclaim shall be extended to December 17, 2007.

3. Counterclaim Defendant Verizon New England, Inc., admits by its undersigned counsel that it has been properly served with the Amended Answer and Counterclaim in the above-captioned matter and waives any and all defenses or objections to the service thereof.

4. Counterclaim Defendant Mellon Investor Services LLC admits by its undersigned counsel that it has been properly served with the Amended Answer and Counterclaim in the above-captioned matter and waives any and all defenses or objections to the service thereof.

5. Counterclaim Defendants JP Morgan SBIC LLC and Sixty Wall Street SBIC Fund, L.P., admit by their undersigned counsel that they have been properly served with the Amended Answer and Counterclaim in the above-captioned matter and waive any and all defenses or objections to the service thereof.

6. Counterclaim Defendants The Megunticook Fund II, L.P. and The Megunticook Side Fund II, L.P., admit by their undersigned counsel that they have been properly served with the Amended Answer and Counterclaim in the above-captioned matter and waive

any and all defenses or objections to the service thereof.

7. Counterclaim Defendants Kevin O'Hare and Jeffrey Koester admit by their undersigned counsel that they have been properly served with the Amended Answer and Counterclaim in the above-captioned matter and waive any and all defenses or objections to the service thereof.

Dated: New York, NY
November 5, 2007

So Ordered

*/s/ Laura Taylor Swain* 11/5/07
Laura Taylor Swain
United States District Judge

TEITLER & TEITLER

By */s/*
John M. Teitler (JT-3111)
Nicholas W. Lobenthal (NL-1451)

1114 Avenue of the Americas
New York, NY 10036
Telephone (212) 997-4400
Facsimile (212) 997-4949

Of Counsel:

Mark S. Resnick, Esq.
Resnick Law Group
Old City Hall
45 School Street
Boston, MA 02108

Attorneys for One Communications Corp.

ROBINSON & MCDONALD LLP

By _____
    Jayne S. Robinson (JSR-5981)

61 Broadway, Suite 1415
New York, NY 10006
Telephone (212) 953-3400
Facsimile (212) 953-3690

Attorneys for JP Morgan SBIC LLC, Sixty Wall
Street SBIC Fund, L.P. and Stockholders
Representative Committee


SULLIVAN & WORCESTER LLP


By _____
    Paul E. Summit (PS-6263)

One Post Office Square
Boston, MA 02109
Telephone (617) 338-2800
Facsimile (617) 338-2880

Attorneys for The Megunticook Fund II, L.P. and
The Megunticook Side Fund II, L.P.


DREIER LLP


By _____
    Joseph M. Pastore, III (JP-1717)

499 Park Avenue
New York, New York 10022
Telephone (212) 425-9500

Attorneys for Kevin O'Hare and Jeffrey Koester

ROBINSON & MCDONALD LLP

By _____
       Jayne S. Robinson (JSR-5981)

61 Broadway, Suite 1415
New York, NY 10006
Telephone (212) 953-3400
Facsimile (212) 953-3690

Attorneys for JP Morgan SBIC LLC, Sixty Wall
Street SBIC Fund, L.P. and Stockholders
Representative Committee

SULLIVAN & WORCESTER LLP

By  */s/ Paul E. Summit*
       Paul E. Summit (PS-6263)

One Post Office Square
Boston, MA 02109
Telephone (617) 338-2800
Facsimile (617) 338-2880

Attorneys for The Megunticook Fund II, L.P. and
The Megunticook Side Fund II, L.P.

DREIER LLP

By _____
       Joseph M. Pastore, III (JP-1717)

499 Park Avenue
New York, New York 10022
Telephone (212) 425-9500

Attorneys for Kevin O'Hare and Jeffrey Koester

ROBINSON & MCDONALD LLP

By _____
    Jayne S. Robinson (JSR-5981)

61 Broadway, Suite 1415
New York, NY 10006
Telephone (212) 953-3400
Facsimile (212) 953-3690

Attorneys for JP Morgan SBIC LLC, Sixty Wall
Street SBIC Fund, L.P. and Stockholders
Representative Committee

SULLIVAN & WORCESTER LLP

By _____
    Paul E. Summit (PS-6263)

One Post Office Square
Boston, MA 02109
Telephone (617) 338-2800
Facsimile (617) 338-2880

Attorneys for The Megunticook Fund II, L.P. and
The Megunticook Side Fund II, L.P.

DREIER LLP

By _____
    Joseph M. Pastore, III (JP-1717)

499 Park Avenue
New York, New York 10022
Telephone (212) 425-9500

Attorneys for Kevin O'Hare and Jeffrey Koester

KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, PLLC


By _____
    Willaim David Sarratt (WS-1439)

Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone (202) 326-7900
Facsimile (202) 326-7999

Attorneys for Verizon New England Inc.


KELLEY DRYE & WARREN LLP


By _____
    Nicholas J. Panarella (NP-2890)

101 Park Avenue
New York, NY 10178-0002
Telephone (212) 808-7800
Facsimile (212) 808-7897

Attorneys for Mellon Investor Services LLC

KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, PLLC

By _____
William David Sarratt (WS-1439)

Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone (202) 326-7900
Facsimile (202) 326-7999

Attorneys for Verizon New England Inc.


KELLEY DRYE & WARREN LLP


By _____
Nicholas J. Panarella (NP-2890)

101 Park Avenue
New York, NY 10178-0002
Telephone (212) 808-7800
Facsimile (212) 808-7897

Attorneys for Mellon Investor Services LLC

KELLOGG, HUBER, HANSEN, TODD,
EVANS & FIGEL, PLLC


By _____
        Willaim David Sarratt (WS-1439)

Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Telephone (202) 326-7900
Facsimile (202) 326-7999

Attorneys for Verizon New England Inc.



KELLEY DRYE & WARREN LLP

By _____
        Nicholas J. Panarella (NP-2890)

101 Park Avenue
New York, NY 10178-0002
Telephone (212) 808-7800
Facsimile (212) 808-7897

Attorneys for Mellon Investor Services LLC