**ROBINSON & McDONALD LLP**
61 Broadway
NEW YORK, N.Y. 10006
212-953-3400
FAX: 212-953-3690

WRITER'S CONTACT:
(212) 953-3888

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 2 3 2008

January 18, 2008

By Facsimile

Re:  In re One Communications Corp.
     Master File 07 Civ. 3905 (LTS) (AJP)
     This Document Relates To:
     07 Civ. 3905 One Communications Corp.

Honorable Laura Taylor Swain
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

The ECF system provides notice of the entry of this Order to each party that has both entered an appearance in this case and registered with ECF. The ECF-registered attorneys are responsible for providing notice to any co-counsel whose e-mail addresses are not reflected on the ECF docket for this case, and Plaintiff's counsel, upon receiving notice of this Order, is hereby ordered to fax or otherwise deliver promptly a copy to all parties who are not represented by ECF-registered counsel. A certificate of such further service shall be filed within 5 days from the date hereof. Counsel who have not registered for ECF are ordered to register immediately as filing users in accordance with the Procedures for Electronic Case Filing.

Dear Judge Swain:

   We respectfully request that the moving defendants' time to serve and file reply papers on the pending motions to dismiss in the above-referenced action be extended from January 31 to and including February 15, 2008. We request this extension because I broke my writing arm over the Christmas holidays and have been recovering from surgery three weeks ago. Unfortunately, this has set us back several weeks. The other moving defendants intend to rely on our reply papers in certain important respects. The other parties have kindly consented to this request.

   We thank Your Honor for your courtesy.

*The request is granted.*
*SO ORDERED.*
*[signature] 1/22/2008*

**LAURA TAYLOR SWAIN U.S.D.J.**

Respectfully yours,

*[signature]*
Jayne S. Robinson
Robinson & McDonald LLP
Attorneys for
JP Morgan SBIC LLC and
Sixty Wall Street SBIC Fund, L.P.