UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ONE COMMUNICATIONS CORP. ) | |
| ) | |
| ) | MASTER FILE |
| This Document Relates To: ) | 07 Civ 3905 (LTS) (AJP) |
| ) | ECF |
| 07 Civ 3905 ) | |

**NOTICE OF FILING OF APPENDIX OF
<u>UNREPORTED DECISIONS NOT PREVIOUSLY SUPPLIED</u>**

Defendants Megunticook Fund II, L.P. and Megunticook Side Fund II, L.P. hereby submit this notice to inform the Court and all parties that the unreported decisions cited in the Defendants' replies in support of their motions to dismiss that have not previously been supplied to the Court by one of the parties will be delivered to the Court contemporaneously with the courtesy copies of the pleadings filed herewith.

Respectfully submitted,

THE MEGUNTICOOK FUND II, L.P., and
THE MEGUNTICOOK SIDE FUND II, L.P.,

By their attorneys,

Of Counsel:

Philip Rakhunov
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
prakhunov@sandw.com

/s/ Ira K. Gross
Ira K. Gross (IG-6834)
Paul E. Summit (PS-6263)
SULLIVAN & WORCESTER LLP
One Post Office Square
Boston, MA 02109
(617) 338-2800
igross@sandw.com

{B0725111; 1}