UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE ONE COMMUNICATIONS CORP. ) | MASTER FILE |
| ) | 07 Civ 3905 (LTS) (AJP) |
| ) | ECF |
| ) |  |
| This Document Relates To: ) | Certificate of Service |
| ) |  |
| 07 Civ 3905 ) |  |

I, Ira K. Gross, counsel for Defendants Megunticook Fund II, L.P. and Megunticook Side Fund II, L.P., hereby certify that on this 15th day of February 2008 I served the following parties with the Megunticook Defendants' Reply in Support of their Motion to Dismiss and with the Notice of Filing of Appendix of Unreported Decisions filed this day by enclosing true copies of the aforementioned documents in prepaid, properly addressed, envelopes and depositing those envelopes in an official depository of the United States Postal Service within the Commonwealth of Massachusetts:

> Scott H. Angstreich, Esq.
> Kellogg, Huber, Hansen, Todd & Evans & Figel, P.L.L.C.
> 1615 M Street, North West
> Washington, DC  20036
> *sangstreich@khhte.com*
>
> Sean T. Carnathan, Esq.
> O'Connor, Carnathan and Mack LLC
> 8 New England Executive Park, Suite 310
> Burlington, MA  01803
> *scarnathan@ocmlaw.net*
>
>         - and –
>
> David B. Mack, Esq.
> O'Connor, Carnathan and Mack LLC
> 8 New England Executive Park, Suite 310
> Burlington, MA  01803
> *dmack@ocmlaw.net*

                                                /s/ Ira K. Gross
                                                Ira K. Gross (IG-6834)

{B0725308; 1}