## ATTACHMENT A

- Verizon New York, Inc. v. Global Naps, Inc., 463 F. Supp. 2d 330 (E.D.N.Y 2006)
- Verizon North, Inc. v. Telnet Worldwide, Inc., 440 F. Supp. 2d 700 (W.D. Mich. 2006)
- Global Naps, Inc. v. Verizon New England, Inc., 454 F.3d 91 (2d Cir. 2006)
- Global Naps, Inc. v. Verizon New England, Inc., 444 F.3d 59 (1st Cir. 2006)
- Verizon Delaware, Inc. v. AT&T Communications of Delaware, LLC, 326 F. Supp. 2d 574 (D. Del. 2004)
- Verizon Maryland, Inc. v. Global Naps, Inc., 377 F.3d 355 (4th Cir. 2004)
- Starpower Commc'ns v. Verizon South, 18 FCC Rcp 23625 (2003)
- McLeodUSA Telecommunications Services, Inc. v. Qwest Corp., 469 F. Supp. 2d 677 (N.D. Iowa 2007)
- Bullseye Telecom, Inc. v. Global Crossing Bandwidth, Inc., 2007 WL 2780541 (E.D. Mich. 2007)
- Qwest Corp. v. AT&T, 479 F.3d 1206 (10th Cir. 2007)
- Connect Communications Corp. v. Southwestern Bell Tel., 467 F.3d 703 (8th Cir. 2006)
- MCI Worldcom Network Services, Inc. v. Paetec Commc'ns, Inc., 2005 WL 2145499 (E.D. Va. 2005)
- Southwestern Bell Tel. v. VarTec, 2005 WL 2033416
- Iowa Network Services, Inc. v. Qwest, 385 F. Supp. 2d 850 (S.D. Iowa 2005)
- Frontier Tel. of Rochester, Inc. v. USA Datanet Corp., 386 F. Supp. 2d 1444 (W.D.N.Y. 2005)
- McLeodUSA Telecomms. Services, Inc. v. Qwest, 361 F. Supp.2d (N.D. Iowa 2005)
- Union Tel. Co. v. Qwest Corp., 2004 WL 4960780 (2004)
- 3 Rivers Tel. Co-op, Inc. v. U.S. West Commc'ns, Inc., 2003 WL 24274158 (D. Mont. 2003)
- New York Access Billing, LLC v. ATX Commc'ns, Inc., 289 F. Supp. 2d 260 (N.D.N.Y. 2003)
- AMC Liquidating Trust .v. Sprint Commc'ns Co., 295 F. Supp. 2d 650 (M.D. La. 2003) Advamtel, LLC v. Sprint Commc'ns Co., 125 F. Supp. 2d 800 (2001)
- Southern New England Tel. Co. v. Global Naps, Inc., 2006 WL 1169805 (D. Conn. Apr. 28, 2006)
- XO Communications Services, Inc. v. Southern Telecom, Inc., 2006 WL 1155946 (W.D. Ark. May 1, 2006)
- Qwest Corp. v. Universal Telecom, Inc., 2004 WL 2958421 (D. Or. Dec. 15, 2004)
- Southwestern Bell Tel., LP v. Missouri Public Serv. Comm'n, 461 F. Supp. 2d 1055 (E.D. Mo. 2006)
- Qwest Corp. v. Washington State Util. & Transp. Comm'n, 484 F. Supp. 2d 1160 (W.D. Wash. 2007)