# TEITLER & TEITLER

ATTORNEYS AT LAW

1114 AVENUE OF THE AMERICAS

NEW YORK, NY 10036

(212) 997-4400

SAMUEL L. TEITLER (1906-1986)
SANFORD A. BELL
NICHOLAS W. LOBENTHAL
JOHN M. TEITLER
MICHAEL F. TEITLER

JAIME L. WEISS
ALAN S. RABINOWITZ
PAUL D. GETZELS

LAUREN PRUZAN GAYNOR
NANCY A. MURPHY
MARY BETH PELZER
BETH-EL TILAHUN

CABLE ADDRESS:
TEITLEX NEW YORK

FAX:
(212) 997-4949

February 26, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

FEB 29 2008

**BY U.S. MAIL AND FACSIMILE**

The Honorable Laura T. Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

MEMO ENDORSED

    Re: <u>In re One Communications Corp.</u>,
        07 Civ. 3905 & 07 Civ. 5440 (LTS) (AJP)

Your Honor:

    Plaintiff One Communications Corp. writes to request leave to file a 40 page surreply.

    Defendants have collectively filed 213 pages of briefs. Defendant Megunticook's reply contains several lengthy 10-point footnotes that violate the Court's Individual Practices Rule 2[H], requiring all text to be 12 point font. By contrast, Plaintiff has filed a 100 page opposition brief and Verizon has filed 25 pages.

    The replies raise for the first time new (albeit erroneous) issues including but not limited to: J.P. Morgan's claim that Stephen Oppenheimer did not represent J.P. Morgan in connection with negotiating the sale of Morgan's interest in Lightship and citation to clauses of the Merger Agreement that Defendants claim exculpate individuals and the entities they represent from fraud despite the mandatory reach of the Securities and Exchange Act. In addition, Megunticook's reply contains a lengthy discussion not in its prior submission regarding its claim that it is not a party to the contractual indemnification provision of the Merger Agreement.

**TEITLER & TEITLER**

The Honorable Laura T. Swain
February 26, 2008
Page 2

    We would like to address the Supreme Court's decision in <u>Stoneridge Investment Partners, LLC v. Scientific-Atlanta, Inc.</u>, 128 S. Ct. 761 (2008).

    Given the numerous and complex securities and jurisdictional issues raised by Defendants, Plaintiff requests leave to file a 40 page surreply within 30 calendar days of the Court's ruling on this request.

    Declaratory Judgment Defendant/Counterclaim Plaintiff Verizon does not oppose the instant request. All other Defendants oppose the instant request.

    On another subject, all parties request oral argument and await the Court's scheduling. I also wish to confirm the Court's prior adjournment of the initial conference <u>sine die</u> pursuant to the Consolidation Order.

Respectfully,

*/s/ Nicholas W. Lobenthal*

Nicholas W. Lobenthal

cc: Mark S. Resnick, Esq.
    (By E-Mail)
    Attached Distribution
    (By E-Mail)

> Plaintiff is granted leave to file a surreply of up to three pages in length addressing the Stoneridge Investment Partners decision. The surreply shall be served and filed (with a courtesy copy) by March 12, 2008. The court will inform the parties if any further briefing or oral argument is necessary.

SO ORDERED.

*/s/* 2/29/2008
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TEITLER & TEITLER

The Honorable Laura T. Swain
February 26, 2008
Page 3

### Distribution List

Jayne S. Robinson, Esq.
Robinson & McDonald LLP
61 Broadway, Suite 1415
New York, New York  10006
Tel: (212) 953-3400
Fax: (212) 953-3690
E-Mail: jayne@robinsonmcdonald.com

    Attorney for JP Morgan SBIC LLC, Sixty Wall Street SBIC
    Fund, L.P. and Stockholder Representative Committee

Ira K. Gross, Esq.
Paul E. Summit, Esq.
Sullivan & Worcester LLP
One Post Office Square
Boston, MA 02109
Tel: (617) 338-2800
Fax: (617) 338-2880
E-Mail: igross@sandw.com
       psummit@sandw.com

    Attorneys for The Megunticook Fund II, L.P., The Megunticook
    Side Fund II, L.P.

Joseph M. Pastore III, Esq.
Dreier LLP
499 Park Avenue
New York, New York 10022
Tel: (212) 328-6100
Fax: (212) 328-6101
E-Mail: jpastore@dreierllp.com

David B. Mack, Esq.
Sean Carnathan, Esq.
O'Connor, Carnathan and Mack LLC
8 New England Executive Park
Burlington, MA  01803
Tel: (781) 359-9005
Fax: (781) 359-9001
Email: dmack@ocmlaw.net

    Attorneys for Kevin O'Hare and Jeffrey Koester

**TEITLER & TEITLER**

The Honorable Laura T. Swain
February 26, 2008
Page 4

Scott H. Angstreich, Esq.
William David Sarratt, Esq.
Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, DC 20036
Tel: (202) 326-7959
Fax: (202) 326-7999
E-Mail: sangstreich@khhte.com
        jhall@khhte.com
        dsarratt@khhte.com

    Attorneys for Verizon New England Inc.

Nicholas J. Panarella, Esq.
Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178-0002
Tel: (212) 808-7800
Fax: (212) 808-7897
E-Mail: npanarella@kelleydrye.com

    Attorneys for Mellon Investor Services LLC